# EXHIBIT A

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND
FOR ST. JOHNS COUNTY, FLORIDA

CASE NO.: **CA24-1388**
DIVISION: **59**
**552024CA001388A000MX**

AKMAL GRANT,

      Plaintiff,

vs.

FREEDOM MORTGAGE
CORPORATION,

and

TRANS UNION LLC,

and

EXPERIAN INFORMATION
SOLUTIONS, INC.,

and

EQUIFAX INFORMATION
SERVICES LLC,

      Defendants.

_____/

## COMPLAINT FOR DAMAGES

### I.    INTRODUCTION

1.    This is an action for damages in excess of $50,000.00 exclusive of costs, interest, and attorney's fees brought by Plaintiff, AKMAL GRANT, an individual consumer, for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA"), by FREEDOM MORTGAGE CORPORATION ("FREEDOM"), TRANS UNION LLC ("TRANS UNION"), EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), and EQUIFAX INFORMATION

SERVICES LLC ("EQUIFAX") and violations of the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA"), against FREEDOM.  Fundamentally, this case is about the Defendants' refusal to respect Mr. Grant's personal and legal rights in their false reporting of Mr. Grant's credit and financial information.

2.    "As a result of increased abuse by consumer debt collectors and the lack of any meaningful common law tort remedies, in the late-1960s and early-1970s, state legislatures began to recognize the need for consumer protection legislation in the area of debt collection… For its part, Florida enacted the FCCPA in 1972 as a means of regulating the activities of consumer collection agencies within the state." Gause v. Med. Bus. Consultants, Inc., 424 F. Supp. 3d 1175, 1186 (M.D. Fla. 2019) (internal citations omitted).

3.    Consumer reporting agencies, like TRANS UNION, EXPERIAN, and EQUIFAX, are charged with maintaining reasonable procedures to ensure the maximum possible accuracy of the information they report which is provided by furnishers, like FREEDOM, to the consumer reporting agencies.

4.    When a consumer, like Plaintiff, disputes information through the consumer reporting agencies the FCRA demands that both the agency and the furnisher separately conduct a reasonable investigation of the consumer's dispute and correct or delete information which is inaccurate or cannot otherwise be verified.

## II.    JURISDICTION AND VENUE

5.    Jurisdiction of this Court arises pursuant to Fla. Stat. § 559.77, Fla. Stat. § 26.012 and 15 U.S.C. § 1681p.  Venue is proper in this County in that the conduct complained of occurred here.

### III.    PARTIES

6.    Plaintiff is a natural person and citizen of the State of Florida residing in Saint Augustine, Florida.

7.    Plaintiff is a "consumer" as defined by the FCRA, 15 U.S.C. § 1681a(c) and FCCPA, Fla. Stat. § 559.55(8).

8.    Defendant, FREEDOM, is a mortgage lender and servicer that provides mortgage services and loans nationwide.

9.    FREEDOM is a "furnisher of information" as contemplated by the FCRA, 15 U.S.C. § 1681s-2(a) & (b), that regularly furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with consumers.

10.    Defendant, TRANS UNION, whose principal address is located at 555 West Adams Street, Chicago, IL 60661, is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f).  Upon information and belief, TRANS UNION regularly engages in the business of assembling, evaluating, and disbursing information concerning consumers for the purposes of furnishing consumer reports, as defined by the FCRA, 15 U.S.C. § 1681a(d), to third parties.

11.    EXPERIAN, whose principal address is located at 475 Anton Boulevard, Costa Mesa, CA 92626, is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f). Upon information and belief, EXPERIAN regularly engages in the business of assembling, evaluating, and disbursing information concerning consumers for the purposes of furnishing consumer reports, as defined by the FCRA, 15 U.S.C. § 1681a(d), to third parties.

12.    EQUIFAX, whose principal address is located at 1550 Peachtree St. NE, Atlanta, GA, 30309, is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f). Upon information and belief, EQUIFAX regularly engages in the business of assembling,

evaluating, and disbursing information concerning consumers for the purposes of furnishing consumer reports, as defined by the FCRA, 15 U.S.C. § 1681a(d), to third parties.

## IV.   BACKGROUND

13.   In March 2021 Mr. Grant purchased his home located at 142 Watervale Dr., Saint Augustine, FL 32092.

14.   Sometime after moving in FREEDOM began servicing Mr. Grant's mortgage account.

15.   On April 26, 2022, Mr. Grant's account was assigned to FREEDOM and FREEDOM became the owner and servicer of the account.   A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit 1.

16.   Unfortunately, Mr. Grant began experiencing some financial difficulties in the summer of 2021 and had to apply for a forbearance.

17.   FREEDOM sent Mr. Grant a letter dated September 9, 2021, approving a forbearance from May 1, 2021, through October 31, 2021.   A true and correct copy of the September 9, 2021, letter is attached hereto as Exhibit 2.

18.   Subsequently, Mr. Grant was granted a forbearance through the summer of 2022.

19.   In the summer of 2022 Mr. Grant, who at that time was still experiencing financial difficulties, applied for assistance to the Florida Department of Economic Opportunity's ("DEO") Homeowner Assistance Fund ("HAF") Program.

20.   The DEO sent Mr. Grant two (2) letters dated August 15, 2022, stating that Mr. Grant had been approved for mortgage assistance.   True and correct copies of the August 15, 2022, letters are attached hereto as Exhibits 3 and 4, respectively.

21.     The DEO awarded Mr. Akmal mortgage assistance for the payments that had come due during the forbearance period and seven (7) mortgage payments going forward.

22.     After applying the DEO awards FREEDOM did not assert that any payments were due until April 2023.

23.     For example, FREEDOM sent Mr. Grant mortgage statements dated December 1, 2022, January 2, 2023, and February 1, 2023, which asserted that $0.00 was due for January 2023, February 2023, and March 2023. True and correct copies of the December 1, 2022, January 2, 2023, and February 1, 2023, account statements are attached hereto as composite Exhibit 5.

24.     In March 2023 FREEDOM began sending Mr. Grant statements asserting that mortgage payments were coming due again.

25.     FREEDOM sent Mr. Grant a statement dated March 1, 2023, asserting that $2,366.94 was due by April 1, 2023. A true and correct copy of the March 1, 2023, statement is attached hereto as Exhibit 6.

26.     Mr. Grant made a payment of $2,411.94 on April 4, 2024. A true and correct copy of Mr. Grant's bank account showing the April 4, 2024, payment is attached hereto as Exhibit 7.

27.     FREEDOM sent Mr. Grant a statement dated April 3, 2023, asserting that $2,366.94 was due by May 1, 2023. A true and correct copy of the April 3, 2023, statement is attached hereto as Exhibit 8.

28.     Mr. Grant made a payment of $2,366.94 on May 9, 2023. A true and correct copy of Mr. Grant's bank account showing the May 9, 2023, payment is attached hereto as Exhibit 9.

29.     FREEDOM sent Mr. Grant a statement dated May 8, 2023, asserting that $2,366.94 was due by June 1, 2023. A true and correct copy of the May 8, 2023, statement is attached hereto as Exhibit 10.

30.     Mr. Grant made a payment of $2,366.94 on June 14, 2023.  A true and correct copy of Mr. Grant's bank account showing the June 14, 2023, payment is attached hereto as Exhibit 11.[1]

31.     FREEDOM sent Mr. Grant a statement dated June 13, 2023, asserting that $2,366.94 was due by July 1, 2023.  A true and correct copy of the June 13, 2023, statement is attached hereto as Exhibit 12.

32.     Mr. Grant did not make a payment by July 16, 2023, as required by the June 13, 2023, statement.

33.     As a result, FREEDOM sent Mr. Grant a statement dated July 18, 2023, asserting that a total of $4,799.57 was due by August 1, 2023.  A true and correct copy of the July 18, 2023, statement is attached hereto as Exhibit 13.

34.     The $4,799.57 demanded consisted of the July 2023 mortgage payment of $2,366.94, a late fee in the amount of $65.69, and the August payment of $2,366.94.

35.     However, as reflected on Mr. Grant's August 14, 2023, statement Mr. Grant called in to make a payment for July 2023 on July 21, 2023.  A true and correct copy of the August 14, 2023, statement is attached hereto as Exhibit 14.

36.     When Mr. Grant called FREEDOM Mr. Grant was informed by FREEDOM that Mr. Grant had $510.25 in HAF funds that Mr. Grant could apply to the July 2023 payment.

37.     As detailed on the August 14, 2023, statement Mr. Grant paid $1,922.38 and HAF funds in the amount of $510.25 were applied to the July 2023 payment.

38.     $1,922.38 + $510.25 = $2,432.63 which represented the $2,366.94 July mortgage payment and late fee of $65.69.

39.     Although paid late, the July 2023 payment was not over 30 days past due.

---

[1] Mr. Grant has a 15-day "grace period" to pay the mortgage before late fees would be assessed for any monthly payment.

40.     Mr. Grant made a payment of $2,366.94 on August 16, 2023, for the August 2023 payment.  A true and correct copy of Mr. Grant's bank account showing the August 16, 2023, payment is attached hereto as Exhibit 15.

41.     Mr. Grant made a payment of $2,366.94 on September 15, 2023, for the September 2023 payment.  A true and correct copy of Mr. Grant's bank account showing the September 15, 2023, payment is attached hereto as Exhibit 16.

42.     FREEDOM sent Mr. Grant a statement dated September 14, 2023, asserting that $2,366.94 was due by October 1, 2023.  A true and correct copy of the September 14, 2023, statement is attached hereto as Exhibit 17.

43.     Mr. Grant made a payment of $2,366.94 on October 19, 2023, for the October 2023 payment.  A true and correct copy of Mr. Grant's bank account showing the October 19, 2023, payment is attached hereto as Exhibit 18.

44.     FREEDOM sent Mr. Grant a statement dated October 16, 2023, asserting that $2,366.94 was due by November 1, 2023.  A true and correct copy of the October 16, 2023, statement is attached hereto as Exhibit 19.

45.     Mr. Grant made a payment of $2,366.94 on November 16, 2023, for the November 2023 payment.  A true and correct copy of Mr. Grant's bank account showing the November 16, 2023, payment is attached hereto as Exhibit 20.

46.     FREEDOM sent Mr. Grant a statement dated December 15, 2023, asserting that ***$12,228.84*** was due by January 1, 2024.  A true and correct copy of the December 15, 2023, statement is attached hereto as Exhibit 21.

47.     Mr. Grant, shocked that FREEDOM was suddenly demanding $12,228.84 when he had made every payment in 2023, decided to call FREEDOM.

7

48.     FREEDOM informed Mr. Grant that the DEO had "overpaid" on Mr. Grant's account and that the DEO had "clawed back" the overpayments.

49.     FREEDOM specifically informed Mr. Grant that the overpayments were clawed back in December 2023.

50.     FREEDOM also informed Mr. Grant that if he did not make all the required payments FREEDOM would begin foreclosure proceedings.

51.     At no point prior to December 2023 did FREEDOM indicate that Mr. Grant was delinquent on his mortgage or that the DEO had overpaid anything.

52.     Mr. Grant, terrified that Mr. Grant would lose his home, took out a loan to make up for the payments that were clawed back.

53.     As detailed on Mr. Grant's January 1, 2024, mortgage statement, Mr. Grant made the following payments:

| Transaction Activity (12/16/23 - 01/01/24) | | | | | |
|---|---|---|---|---|---|
| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid |
| Accrued Late Charge | 12/19/23 | 00/00/00 | 12/19/23 | $65.69 | $0.00 |
| Late Charge Waived | 12/26/23 | 00/00/00 | 12/26/23 | $65.69 | $0.00 |
| Payment | 12/29/23 | 09/01/23 | 12/29/23 | $1,713.08 | $947.90 |
| Payment | 12/29/23 | 10/01/23 | 12/29/23 | $2,366.94 | $946.09 |
| Payment | 12/29/23 | 11/01/23 | 12/29/23 | $2,366.94 | $944.28 |
| Payment | 01/01/24 | 01/01/24 | 12/30/23 | $2,366.94 | $940.64 |

54.     A true and correct copy of the January 1, 2024, statement is attached hereto as Exhibit 22.

55.     In an effort to save his home, Mr. Grant made payments totaling $8,813.90 in the final weeks of December.

56.     Mr. Grant also made two (2) payments of $2,366.94 on January 3, 2024.  A true and copy of Mr. Grant's bank account showing the two January 3, 2024, payments is attached hereto as Exhibit 23.

57.     All told, Mr. Grant paid $13,547.78 in late December 2023 and early January 2024 in an effort to save his home.

58.     Despite the fact that Mr. Grant did nothing wrong, FREEDOM also sought to collect from Mr. Grant late charges in the amount of $394.14 pursuant to the January 1, 2024, statement.

59.     On March 21, 2024, Mr. Grant pulled Mr. Grant's TRANS UNION credit report.  A true and correct copy of the pertinent pages of the March 21, 2024, TRANS UNION report is attached hereto as Exhibit 24.

60.     The March 21, 2024, TRANS UNION report reflected that the FREEDOM mortgage account was 30 days late in February 2023, 60 days late from March 2023 through October 2023, and 90 days late in December 2023.

61.     On March 19, 2024, Mr. Grant pulled Mr. Grant's EXPERIAN credit report.  A true and correct copy of the March 19, 2024, EXPERIAN report is attached hereto as Exhibit 25.

62.     The March 19, 2024, EXPERIAN report reflected the same alleged delinquencies as the TRANS UNION report.

63.     On March 21, 2024, Mr. grant pulled Mr. Grant's EQUIFAX credit report.  A true and correct copy of the March 21, 2024, EQUIFAX report is attached hereto as Exhibit 26.

64.     The March 21, 2024, EQUIFAX report reflected the same alleged delinquencies as the TRANS UNION and EXPERIAN reports.

65.     On August 6, 2024, Mr. Grant pulled Mr. Grant's TRANS UNION report which still reflected the same derogatory reporting that was contained on the March 21, 2024, report.

66.     On August 6, 2024, Mr. Grant pulled Mr. Grant's EXPERIAN report which still reflected the same derogatory reporting that was contained on the March 21, 2024, report.

67.     On August 6, 2024, Mr. Grant pulled Mr. Grant's EQUIFAX report which still reflected the same derogatory reporting that was contained on the March 21, 2024, report.

68.     Mr. Grant sent a dispute letter to FREEDOM dated August 7, 2024, disputing the reporting and explaining that Mr. Grant had not been late on his mortgage during 2023. A true and correct copy of the August 7, 2024, letter is attached hereto as Exhibit 26.

69.     The August 7, 2024, letter was delivered to FREEDOM on August 9, 2024.

70.     Mr. Grant sent a dispute letter to TRANS UNION dated August 7, 2024, disputing the alleged debt and explaining that Mr. Grant had not been late on his mortgage during 2023. A true and correct copy of August 7, 2024, letter is attached hereto as Exhibit 27.

71.     Upon information and belief, TRANS UNION notified the furnisher, FREEDOM, of Plaintiff's dispute of the alleged debt.

72.     Mr. Grant sent a dispute letter to EXPERIAN dated August 7, 2024, disputing the alleged debt and explaining that Mr. Grant had not been late on his mortgage during 2023. A true and correct copy of August 7, 2024, letter is attached hereto as Exhibit 28.

73.     Upon information and belief, EXPERIAN notified the furnisher, FREEDOM, of Plaintiff's dispute of the alleged debt.

74.     Mr. Grant sent a dispute letter to EQUIFAX dated August 7, 2024, disputing the alleged debt and explaining that Mr. Grant had not been late on his mortgage during 2023. A true and correct copy of August 7, 2024, letter is attached hereto as Exhibit 29.

75.     Upon information and belief, EQUIFAX notified the furnisher, FREEDOM, of Plaintiff's dispute of the alleged debt.

76.     A true and correct copy of the certified mailing receipts for the disputes letters is attached hereto as Exhibit 30.

77.     Mr. Grant received a letter from FREEDOM dated September 4, 2024, stating FREEDOM had determined that "there is no evidence of inaccurate reporting and that the loan is being accurately reported to the four major credit bureaus."   A true and correct copy of the September 4, 2024, letter is attached hereto as Exhibit 31.

78.     Mr. Grant received a response from TRANS UNION dated August 21, 2024.  A true and correct copy of the August 24, 2024, response is attached hereto as Exhibit 32.

79.     TRANS UNION's response stated that the item was "updated" but still reported the mortgage as being late beginning in February 2023.

80.     EXPERIAN never responded to the dispute.

81.     However, as of October 3, 2024, EXPERIAN is still reporting the mortgage as delinquent from February 2023 through November 2023.  A true and correct copy of Mr. Grant's October 3, 2024, EXPERIAN report reflecting the FREEDOM account is attached hereto as Exhibit 33.

82.     EQUIFAX never responded to the dispute, other than to ask for more "identification" information, which is rich because the dispute had Mr. Grant's social security number, date of birth, address, and phone number, along with EQUIFAX's own report on Mr. Grant.

83.     However, as of October 3, 2024, EQUIFAX is still reporting the mortgage as delinquent February 2023 through November 2023. A true and correct copy of Mr. Grant's October 3, 2024, EQUIFAX report reflecting the FREEDOM account is attached hereto as Exhibit 34.

84.     The reporting of a delinquency that never existed has saddled Mr. Grant with a delinquent account on his reports that does not reflect what actually happened, causing damage to Mr. Grant's reputation and causing Mr. Grant worry, fear, frustration and embarrassment.

85.     Mr. Grant has also been forced to pay out of pocket expenses for mailings, papers, etc., in attempting to get the Defendants to correct the illegal and inaccurate reporting.

**V.      COUNT I – FLORIDA CONSUMER COLLECTION PRACTICES ACT VIOLATIONS BY FREEDOM**

86.     Plaintiff incorporates by reference paragraphs 1 through 85 of this Complaint.

87.     FREEDOM repeatedly sent Mr. Grant account statements informing Mr. Grant that Mr. Grant was current on his mortgage.  Mr. Grant repeatedly made payments based on those statements to keep his mortgage current.  FREEDOM even informed Mr. Grant that there were "extra" funds available to Mr. Grant from HAF that FREEDOM allowed Mr. Grant to use to pay his mortgage.  However, as soon as HAF reclaimed some of those funds, FREEDOM immediately began threatening Mr. Grant with foreclosure.  FREEDOME engaged in conduct in its mortgage servicing and collection that FREEDOM could reasonably expect to harass Mr. Grant in violation of Fla. Stat. § 559.72(7).

88.     FREEDOM, by threatening a foreclosure, an equitable proceeding, when there was a simple accounting error on the behalf of a third party, attempted to assert a legal right that FREEDOM knew FREEDOM did not have in violation of Fla. Stat. § 559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, FREEDOM, for:

a.   Actual and statutory damages pursuant to Fla. Stat. § 559.77;

b.   Attorney's fees, litigation expenses and costs of suit pursuant to Fla. Stat. § 559.77;

c.   Injunctive relief pursuant to Fla. Stat. § 559.77; and

d.   Such other and further relief as the Court deems proper.

### VI.   COUNT II – FAIR CREDIT REPORTING ACT VIOLATIONS BY FREEDOM

89.   Plaintiff incorporates by reference paragraphs 1 through 85 of this Complaint.

90.   By failing to fully and properly investigate Plaintiff's dispute, by failing to accurately respond to TRANS UNION, EXPERIAN, and EQUIFAX by failing to correctly report the results of the investigation to TRANS UNION, EXPERIAN and EQUIFAX, and by failing to permanently and lawfully correct its own internal records to prevent the re-reporting of an inaccurate item, FREEDOM willfully and negligently violated the FCRA, 15 U.S.C. § 1681s-2(b).

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, FREEDOM, for:

a.   Actual or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o;

b.   Attorney's fees, litigation expenses and costs pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o; and

c.   Such other and further relief as the Court deems proper.

### VII.   COUNT III – FAIR CREDIT REPORTING ACT VIOLATIONS BY TRANS UNION

91.   Plaintiff incorporates by reference paragraphs 1 through 85 of this Complaint.

92.   By failing to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintained concerning Plaintiff TRANS UNION violated the FCRA, 15 U.S.C. § 1681e.

93.    By failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of the inaccuracy, by failing to conduct a reasonable investigation, by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file, by failing to review and consider the information provided to TRANS UNION by Plaintiff, and by relying upon verification of the item from a source TRANS UNION has reason to know is unreliable, TRANS UNION violated the FCRA, 15 U.S.C. § 1681i.

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, TRANS UNION, for:

a.    Actual or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o;

b.    Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o; and

c.    Such other and further relief as the Court deems proper.

### VIII.   COUNT IV – FAIR CREDIT REPORTING ACT VIOLATIONS BY EXPERIAN

94.    Plaintiff incorporates by reference paragraphs 1 through 85 of this Complaint.

95.    By failing to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintained concerning Plaintiff EXPERIAN violated the FCRA, 15 U.S.C. § 1681e.

96.    By failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of the inaccuracy, by failing to conduct a reasonable investigation, by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file, by failing to review and consider the information provided to EXPERIAN by Plaintiff, and by relying upon verification of the item from a source EXPERIAN has reason to know is unreliable, EXPERIAN violated the FCRA, 15 U.S.C. § 1681i.

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, EXPERIAN, for:

a.      Actual or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o;

b.      Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o; and

c.      Such other and further relief as the Court deems proper.

### IX.    COUNT V – FAIR CREDIT REPORTING ACT VIOLATIONS BY EXPERIAN

97.     Plaintiff incorporates by reference paragraphs 1 through 85 of this Complaint.

98.     By failing to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintained concerning Plaintiff EQUIFAX violated the FCRA, 15 U.S.C. § 1681e.

99.     By failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of the inaccuracy, by failing to conduct a reasonable investigation, by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file, by failing to review and consider the information provided to EQUIFAX by Plaintiff, and by relying upon verification of the item from a source EQUIFAX has reason to know is unreliable, EQUIFAX violated the FCRA, 15 U.S.C. § 1681i.

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, EQUIFAX, for:

a.      Actual or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o;

b.      Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o; and

c.      Such other and further relief as the Court deems proper.

/s/ Ryan G. Moore
Ryan G. Moore, Fla. Bar No.: 70038
First Coast Consumer Law
476 Osceola Avenue
Jacksonville Beach, FL, 32250-4082
P: (904) 242-7070 F: (904) 513-9280
e-service: pleadings@firstcoastconsumerlaw.com
*Attorneys for Plaintiff*

# EXHIBIT 1

**Instr #2022042706 BK: 5545 PG: 835, Filed & Recorded: 4/26/2022 3:44 PM #Pgs:1**
**Brandon J. Patty,Clerk of the Circuit Court and Comptroller St. Johns County FL Recording $10.00**

RECORDING REQUESTED AND PREPARED BY:
**Freedom Mortgage Corporation**
**Jayabalaji Natarajan**
**Jayabalaji Natarajan**
**20 Lake Center Drive**
**Marlton NJ 08053**
**(855) 690-5900**

AND WHEN RECORDED MAIL TO:
**Freedom Mortgage Corporation**
**Assignment of Mortgage Department**
**20 Lake Center Drive**
**Marlton, NJ 08053**
Loan #
MIN: **101424500000013618**
MERS Phone #: **(888) 679-6377**

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for JET HOMELOANS, LLC., its successors and assigns, P.O. Box 2026, Flint, MI 48501-2026 (888) 679-6377,** by these presents does convey, assign, transfer and set over to: **Freedom Mortgage Corporation, 907 Pleasant Valley Ave Ste3, Mount Laurel, NJ 08054,** the described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$383374.00** is recorded in the State of **FLORIDA,** County of **St. Johns** Official Records, dated **02/26/2021** and recorded on **03/03/2021,** as Instrument No. **2021023614** in Book No. **5195,** at Page No. **1599**
Original Mortgagor: **AKMAL JAMAL GRANT, SINGLE MAN.**
Original Mortgagee: **Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for JET HOMELOANS, LLC., its successors and assigns**
Property Address: **142 WATERVALE DR SAINT AUGUSTINE, FL 32092**
Date: **04/26/2022.**

**Mortgage Electronic Registration Systems, Inc., as mortgagee,**
**as nominee for JET HOMELOANS, LLC., its successors and**
**assigns**

By: *Latey Smith*

Name: **Lateef Smith**
Title: **Vice President**

STATE OF **New Jersey**          } s.s.
COUNTY OF **BURLINGTON**

On **04/26/2022,** before me, **Carla Johnson,** Notary Public, personally appeared **Lateef Smith, Vice President** of **Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for JET HOMELOANS, LLC., its successors and assigns ,** personally known to me (or proved to me the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she/he/they executed the same in her/his/their authorized capacity(ies), and that by her/his/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

*Carla Johnson*

Notary Public: **Carla Johnson**
My Commission Expires: **08/16/2026**
Commission #: **50044120**

# EXHIBIT 2

FREEDOM MORTGAGE®
FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

7-807-60997-0001068-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL  32092-1768

September 09, 2021

Re:  Loan Number

Dear Valued Customer(s),

We understand that the economic disruptions caused by the COVID-19 National Emergency have impacted your ability to make your mortgage payment. We are here to help. We understand this is a very difficult time for you and Freedom Mortgage is committed to doing the very best we can to assist you in your time of need.

We have received your request for a forbearance in which you have attested to a financial hardship due directly or indirectly to the COVID-19 National Emergency. We are confirming that you have been granted a COVID-19 Forbearance Plan (the "Forbearance Plan"). This Forbearance Plan is a temporary suspension of your mortgage payments intended to allow you the time and flexibility to manage the financial challenges affecting your ability to pay your mortgage. If you did not intend to request a Forbearance Plan, or if the terms of the plan outlined below do not accurately reflect our agreement, please contact us as soon as possible at (855) 690-5900.

**Forbearance Plan Terms**
Your Forbearance Plan is effective May 01, 2021. As part of your Forbearance Plan, we have temporarily suspended your monthly mortgage payment for the following months: May 01, 2021 through October 31, 2021.

During the forbearance period, you do not need to make mortgage payments. Please understand that you are not prohibited from making your mortgage payments during the forbearance period and you can make payments if you choose to do so. If you are able to make payments during your Forbearance Plan, it is in your best interest to do so.

A Forbearance Plan is only a temporary suspension of payments. The payments suspended during the forbearance period are not forgiven and will need to be repaid in the future but necessarily all at once. We will work with you near the end of your Forbearance Plan to determine what long-term solutions may be available to assist you in your repay.

While your monthly mortgage payment is being temporarily suspended, we are legally required to continue to send you a monthly billing statement that shows your contractual mortgage payment amount. During your Forbearance Plan, we recommend that you regularly review your monthly billing statement. Your monthly billing statement will reflect the amount of your monthly payments being suspended, as well as any amounts that may have been past due prior to your Forbearance Plan. This will help you better understand the amounts due at the end of your Forbearance Plan that we will discuss the best way for you to repay.

If you have questions about your Forbearance Plan terms, please contact us at (855) 690-5900.

531                                    **Internet Reprint**

**Next Steps**

- You may shorten your Forbearance Plan at any time. If your financial situation changes during the term of your Forbearance Plan and you have the ability to resume your regular monthly mortgage payments, please contact us. The fewer suspended payments, the less you will owe down the road.

- At the end of your Forbearance Plan, there may be programs available to help you catch up on the payments that were suspended, such as a repayment plan, payment deferment, or a loan modification. The programs that may be available to you will depend on the investor or government backed agency for your specific loan (i.e., Fannie Mae, Freddie Mac, USDA, VA, or FHA).

- We will reach out to you before your Forbearance Plan is scheduled to end to understand your circumstances and to determine which assistance programs may be available to you. Depending on your circumstances, and the programs that may be available to you, a complete loss mitigation application may be required. Not all borrowers may qualify for assistance programs. If we are unable to find a solution that brings your account current, collection activities may begin.

- If you are still experiencing financial challenges related directly or indirectly to COVID-19 when the term of your Forbearance Plan is approaching, you may request an extension of your Forbearance Plan for up to an additional 180 days, for a total of 360 days.

**Additional Forbearance Plan Information and Legal Notices**

- **Credit Reporting**: We will report your account as current to the credit reporting agencies (CRAs) during the term of your Forbearance Plan.  We will also furnish information about your Forbearance Plan to the CRAs in accordance with the requirements of the Fair Credit Reporting Act. We are uncertain as to how this reporting may impact your credit score, particularly if you are current on your mortgage or otherwise have a good credit score.

- You agree that, in the event you make any payments during the Forbearance Plan term, we will hold those payments in an account until sufficient funds are in the account to pay your oldest monthly payment that is due. You also agree that we will not owe you interest on the amounts held in the account. If any money is left in this account at the end of the Forbearance Plan, it will be applied to reduce the unpaid amounts of your mortgage loan in accordance with the terms of the mortgage and applicable law.

- We will not refer your loan to foreclosure during the Forbearance Plan. If your loan is currently in foreclosure, foreclosure proceedings have been placed on hold. However, our acceptance and posting of any payment you make during the forbearance period will not be deemed a waiver of the acceleration of your loan and related activities, including the right to resume or continue foreclosure if you fail to comply with the terms of the plan, and shall not constitute a cure of your mortgage default unless such payments are sufficient to completely cure the default under the terms of your mortgage and applicable law.

- You agree that: (1) all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect; (2) you will comply with those terms, except as otherwise outlined in this Forbearance Plan; and (3) nothing in the Forbearance Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in your loan documents.

- Please see enclosed Forbearance Plan FAQs for some additional information.



FREEDOM MORTGAGE®

**Incomplete Application Acknowledgement Notice**

- This Forbearance Plan was offered based upon your request for forbearance and an attestation of a financial hardship due directly or indirectly to the COVID-19 National Emergency. Under applicable law, this request is considered an incomplete application for loss mitigation assistance and we acknowledge receipt of your incomplete loss mitigation application. As a result, please note this Forbearance Plan is being offered based upon an evaluation of an incomplete application. Other loss mitigation programs may be available. You have the option to submit a complete loss mitigation application to receive an evaluation for all loss mitigation programs available to you regardless of whether you accept this Forbearance Plan. Should you wish to submit a complete loss mitigation application and be considered for other loss mitigation programs, please see the enclosed Checklist of Required Documents.

- **Please note, you have already been granted a COVID-19 Forbearance Plan and you do not need to submit the documentation on the enclosed Checklist of Required Documents to proceed with the Forbearance Plan. You only need to submit this documentation if you would like to be considered for other loss mitigation programs that may be available to you. We will reach out to you before your Forbearance Plan is scheduled to end to understand your circumstances and to determine which assistance programs may be available to you. Depending on your circumstances and the programs available to you, we will let you know what information and/or documentation may be required.**

- Also, should you wish to complete your application and be reviewed for additional loss mitigation programs, you should return this information to us by October 09, 2021 one of the following methods:

| | |
|---|---|
| **Email**: | LossMitigation@FreedomMortgage.com |
| **Fax:** | (866) 505-0949 |
| **Mail:** | |

**Overnight:**                                          **Regular Mail:**
Freedom Mortgage                                    Freedom Mortgage
10500 Kincaid Drive, Suite 111                   P.O. Box 50485
Fishers, Indiana  46037-9764                      Indianapolis, IN 46250-0485

- In the event you complete your application, we will provide you with a decision on your application within 30 days and you will typically have 14 days in which to accept any loss mitigation offers. You should consider contacting servicers of any other mortgage loans secured by the same property to discuss available loss mitigation programs.

To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below:

Freedom Mortgage Corporation
PO Box 50428
Indianapolis, IN 46250-0401

You may access your loan information at your convenience, 24 hours a day, 7 days a week! Simply log on to our website at www.freedommortgage.com or call our automated phone system at (855) 690-5900.  Customer Care representatives are available to assist you Monday through Friday from 8:00am - 10:00pm and Saturday from 9:00am - 6:00pm Eastern Time.

Sincerely,

Customer Care Department
Freedom Mortgage Corporation

**FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Internet Reprint**

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

**Forbearance Plan FAQs**

**What to know before accepting a Forbearance Plan?**
- If you can continue making payments during a Forbearance Plan, it's in your best interest to do so. The fewer missed payments, the less you will owe down the road.

**What is a Forbearance Plan?**
- A Forbearance Plan allows you to suspend making payments on your mortgage for a limited time.
- A Forbearance Plan doesn't erase what is owed - you will have to repay any missed payments in the future.
- If your income is restored during the term of your Forbearance Plan and you want to resume making payments, you can contact us.
- A Forbearance Plan does not replace or modify the terms of your mortgage loan.

**What happens at the end of a Forbearance Plan?**
- A Forbearance Plan is only a temporary suspension of payments. We will need to work with you near the end of your Forbearance Plan to find a solution for the suspended payments. If you are still experiencing financial challenges related directly or indirectly to COVID-19 National Emergency, you may be eligible for an extension of your Forbearance Plan.
- While paying the suspended payments at once is an option, we understand that many of our borrowers are experiencing a financial hardship and this option may not be realistic.
- At the end of a Forbearance Plan, there may be other programs available, such as a repayment plan or loan modification, to help you catch up on your suspended payments.
- The programs that may be available will depend on the investor, insurer, or guarantor of your loan (i.e., Fannie Mae, Freddie Mac, USDA, VA, or FHA). Many investors, insurers, and guarantors already have available loss mitigation solutions and have made available more programs specifically for borrowers financially impacted by COVID-19.
- For example, Fannie Mae and Freddie Mac offer the option of placing the suspended payments at the end of the loan through a payment deferment or a loan modification. FHA has made available a COVID-19 Partial Claim option for mortgages secured by owner-occupied property which takes payments suspended during the Forbearance Plan and creates a non-interest bearing second lien to be paid at the maturity of the first mortgage or at the time the first mortgage is paid-off. There are a few eligibility requirements associated with this option. An FHA borrower ineligible for a COVID-19 Partial Claim may still be considered for other FHA COVID-19 loss mitigation programs, such as a loan modification.
- Certain insurers and guarantors already have available standard loss mitigation solutions and we are hopeful that they are exploring additional programs specifically for borrowers impacted by COVID-19 that may be available at the end of your Forbearance Plan.
- **Action is required at the end of a Forbearance Plan** -We will make contact with you near the end of your Forbearance Plan so we can understand your circumstances and work with you to find a solution. As previously mentioned, while there may be several programs available at the end of a Forbearance Plan, it is not an automatic process. You will need to remain engaged with us to complete a solution. If you do not take any further action, all amounts suspended under the Forbearance Plan may be due in a lump sum at the end of the Forbearance Plan.

*Note: The programs that may be available at the end of your COVID-19 Forbearance Plan may vary depending on the due date of your loan.*

**Can a borrower extend their Forbearance Plan beyond the initial timeframe?**
- At the end of your initial Forbearance Plan, you will have the option to extend your forbearance plan. This option may be right if you need more time before resuming payments.
- If you extend your forbearance, you'll still need to work with us to explore programs available to you when your Forbearance Plan ends.



FREEDOM MORTGAGE®

Please see below list of items needed for a full Loss Mitigation review. The following documents can be located via your account at https://myaccount.freedommortgage.com:

- ➢ Borrower Financial Report
- ➢ IRS 4506-T
- ➢ Contributor Application
- ➢ Boarder Information Sheet
- ➢ Unemployment Affidavit

Once signed into your account follow the below steps to access the documents listed above as needed:
1. Click on **"Help Center"** at the top of the webpage
2. Click on **"Forms"** on the right-hand side of the screen
3. Locate the document you need and click on the cloud with the arrow to the right of the document name to download a copy of the form
4. Download form, print and complete as instructed

## CHECKLIST OF REQUIRED DOCUMENTS

☐ **\* BORROWER FINANCIAL REPORT** – This statement needs to be completed, signed and returned within 30 days, and supporting documentation must be less than 90 days old.

☐ **CHECKING AND SAVINGS ACCOUNT(S)**
   - o Account statements needed for all checking and savings accounts – all pages
      - ☐ Most recent 3 months statements for Pre-Foreclosure ("Short") Sale or Deed-in-lieu requests when middle credit score is over 620
      - ☐ Most recent 2 months statements for all other loan types

☐ **VERIFICATION OF HARDSHIP:**
   - o Documentation to support hardship notated on financial statement or in hardship letter (examples below):
      - ☐ Medical bills or letter from a doctor regarding time off work or limitations preventing employment
      - ☐ Home repair receipts
      - ☐ Proof of increased expenses
      - ☐ Proof of reduction in income

☐ **\* COMPLETED AND SIGNED FORM 4506-T** – Freedom Mortgage will use this to obtain the last two years of tax returns or to verify information listed on tax information provided.
   - o If you are Self-employed, FHA requires prior year's tax returns all pages, all schedules **AND** a fully executed 4506-T

☐ **PROOF OF ALL HOUSEHOLD INCOME, AS APPLICABLE:**
   - o **Current Year Tax Returns – all schedules, all pages, signed**
      - ☐ If current year taxes have not yet been filed:
         - o If prior to filing deadline: Complete prior year's tax returns
         - o If after the filing deadline: Complete prior year tax returns & an executed copy of the extension to file current year's tax returns
         - o If after the extension deadline: Complete prior year tax returns & proof that another extension was granted for current years taxes.
   - o **Hourly or Salary Income**
      - ☐ Most recent paystubs for the last 30 days. See below breakdown for pay frequency:
         - o Weekly: 4 paystubs
         - o Bi-weekly: 2 paystubs
         - o Semi-monthly: 2 paystubs
         - o Monthly: 1 paystub
         - o Quarterly: 1 paystub + copy of documentation detailing terms of salary payments
         - o Semi-Annually: 1 paystub + copy of documentation detailing terms of salary payments
         - o Annually: 1 paystub + copy of documentation detailing terms of salary payments


FREEDOM MORTGAGE®

- o **Military Income**
  - □ 2 most recent Leave & Earnings Statements (Must cover 30 days)
  - □ If your EAOS/ETS is within 12 months, provide;
    - o An offer of civilian employment following release from active service; **Or**
    - o Re-enlist/Extension Documentation; **Or**
    - o Statement from Service member of intent to re-enlist/extend; **And**
    - o Statement from CO confirming eligibility to re-enlist and probability of extension to be granted.
- o **Self-Employment Income**
  - □ Current Year-To-Date Profit & Loss statement (Enclosed example)
  - □ Copy of complete, signed prior year tax returns with below schedules for Self-Employment type:
    - o Sole Proprietor: Form 1040, with Schedule C
    - o Partnership – General: Form 1040 Schedule K-1 and Form 1065
    - o Partnership – Limited:  Form 1040 Schedule K-1 and Form 1065
    - o Corporation: Form 1040 and Form 1120
    - o LLC: Form 1040 Schedule K-1 & E and Form 1065
    - o S Corp: Form 1040 Schedule K-1 & E and Form 1120S
- o **Fixed Income: Social Security, Disability, Pension, Death Benefits;**
  - □ Most recent Awards Letter/Statement/Print out from issuing agency; **And**
  - □ 2 most recent months bank statements showing income being deposited.
- o **Alimony / Child Support:** You are not required to disclose this income; however, if income is disclosed it will be used when determining your eligibility for workout options.
  - □ Divorce Decree from court; **Or**
  - □ Separation agreement from court; **Or**
  - □ Court Decree for Alimony or Child Support; **And**
  - □ 2 most recent months bank statements or deposits to show proof of receipt
- o **Foster Care Income**
  - □ Copy of contract that includes; Amount received, Frequency & Duration; **Or**
  - □ Letter from the agency; **And**
  - □ 2 months proof of receipt
- o **Rental Income**
  - □ Prior year tax returns including Schedule E; **Or**
  - □ 2 months recent bank statements showing deposit; **And**
  - □ Current Lease Agreements signed by all parties

- □ **OTHER INCOME**
  - o **Non-borrower contribution**
    - □ **Contributing 100% of their income**
      - o * Fully completed and signed Contributor Application and acknowledgment (Enclosed)
      - o All financial documents required to verify and confirm income and asset sources for contributor
    - □ **Contributing less than 100% of their income (treated as boarder income)**
      - o * Signed and dated Boarder Affidavit (Enclosed)
      - o All financial documents required to verify and confirm income source
      - o Proof of occupancy at borrower's address
      - o 2 months proof of receipt of boarder income
  - o **Unemployment Income**
    - □ * Fully completed and signed Unemployment Affidavit (Enclosed); **Or**
    - □ Proof of unemployment income detailing; Amount, Frequency and Duration of Payment
  - o **Public Assistance/Proof of Food Stamp Income**
    - □ Most recent Awards Letter/Statement/Print out from issuing agency; **And**
    - □ 2 most recent months bank statements showing income being deposited.



FREEDOM MORTGAGE®

☐ **OTHER DOCUMENTATION COMMONLY NEEDED**
- o **Divorced Borrowers**
  - ☐ If the divorce is part of the reason for default or one of the borrower's is no longer living in the property, we may require the following:
    - o Court Issued Divorce Decree; **Or**
    - o Court Issued Separation Agreement; **And**
    - o Recorded Quit Claim Deed
- o **Deceased Borrowers/Estate**
  - ☐ If the Borrower or Co-Borrower are deceased and there is an estate, we will need the following:
    - o Death Certificate; **And**
    - o Letter of Appointment of Executor; **Or**
    - o Documentation regarding State Appointed Trustee

- o **Trust Agreement**
  - ☐ If a trust account, living (inter-vivos) trust or land trust is being used, we will need;
    - o Trustee's statement verifying terms of trust and access by customer
    - o Additional riders and assignment documents
- o **Proof of Occupancy**
  - ☐ If using contributor income or there is any discrepancy in the documents provided further verification of address may be requested with one of the following;
    - o Copy of Driver's License
    - o Cable or Internet bill
    - o Copy of Homeowner's Insurance Declarations page
- o **Power of Attorney**
  - ☐ If a POA is being used, we need the following to determine if we can proceed with the transaction;
    - o Complete copy of the POA documents specifying signer has authority to execute mortgage documentation
    - o Letter from medical professional (if applicable)

If there is an offer for the sale of the property, the following documents must be submitted, as available:

☐ Listing Agreement
☐ Signed Authorization form for 3rd party
☐ Current MLS Printout
☐ Copy of the Purchase Contract, signed and dated by sellers and buyers
☐ Draft Closing Disclosure (previously called HUD-1 Settlement Statement)
☐ Buyer's Pre-Approval Letter or Proof of funds for cash offer
☐ Signed Arm's Length Agreement Letter
☐ Second Lien Form

# EXHIBIT 3



8/15/2022

Dear Akmal Grant,
APP-34063

Thank you for applying to the Florida Department of Economic Opportunity's (DEO)
Homeowner Assistance Fund (HAF) program. We are pleased to inform you that after
reviewing your application, you are eligible for assistance with your past due account
balance(s). The balance(s) listed below reflects the total amount of assistance available to
you.

Payment(s) will be made directly to your service provider(s) and may process at different
times. Please allow time for your service provider(s) to process and post payments, and
contact them directly to confirm when the payment has been applied to your account.

**Assistance Type**                   **Assistance Amount**
Mortgage Assistance                    $34,090.05

If you have any questions about the HAF program, please visit
www.FLHomeownerAssistance.org, call the Homeowner Assistance Fund Customer
Assistance Center at (833) 987-8997 Monday through Thursday 9 a.m. to 6 p.m., Friday 8
a.m. to 4 p.m., and Saturday 9 a.m. to 1 p.m. (Eastern Time), or email
HomeownerAssistanceFund@DEO.MyFlorida.com.

Sincerely,

DEO Homeowner Assistance Fund Team

# EXHIBIT 4



**FLORIDA DEPARTMENT** *of*
**ECONOMIC OPPORTUNITY**

8/15/2022

Dear Akmal Grant,
APP-34063

Thank you for applying to the Florida Department of Economic Opportunity's (DEO) Homeowner Assistance Fund (HAF) program. We are pleased to inform you that after reviewing your application, you are eligible for assistance with future payments. The amounts listed below reflect the total amount of monthly assistance available to you.

Payment(s) will be made directly to your service provider(s) and may process at different times. Please allow time for your service provider(s) to process and post payments, and contact them directly to confirm when the payment has been applied to your account.

| **Assistance Type** | **Assistance Amount** | **Number of Months** |
|---|---|---|
| Mortgage Assistance | $2,272.67 | 7 |

If you have any questions about the HAF program, please visit www.FLHomeownerAssistance.org, call the Homeowner Assistance Fund Customer Assistance Center at (833) 987-8997 Monday through Thursday 9 a.m. to 6 p.m., Friday 8 a.m. to 4 p.m., and Saturday 9 a.m. to 1 p.m. (Eastern Time), or email HomeownerAssistanceFund@DEO.MyFlorida.com.

Sincerely,

DEO Homeowner Assistance Fund Team

# EXHIBIT 5

ELECTRONIC LOAN STATEMENT

FREEDOM MORTGAGE®
FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# Mortgage Statement
Statement Date 12/01/22

## Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

8-807-82866-0026301-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

| | |
|---|---|
| Loan Number | |
| Payment Due Date | 01/01/23 |

**Amount Due**
If payment is received after 01/16/23, $0.00 late fee will be charged. **$.00**

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

## Account Information

| | |
|---|---|
| Outstanding Principal | $368,120.83 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $4,036.45 |
| Unapplied Funds | $2,016.65 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $.00 |
| Interest | $.00 |
| Escrow/Impound (for Taxes and/or Insurance) | $.00 |
| **Regular Monthly Payment** | **$.00** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due** | **$.00** |

## Transaction Activity  (11/16/22 - 12/01/22)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 12/01/22 | 01/01/23 | 11/14/22 | $0.00 | $962.19 | $680.09 | $619.31 | $0.00 | $0.00 | $0.00 | -$2,261.59 |
| Payment | 12/01/22 | 02/01/23 | 11/14/22 | $0.00 | $960.42 | $681.86 | $619.31 | $0.00 | $0.00 | $0.00 | -$2,261.59 |
| Payment | 11/18/22 | 12/01/22 | 11/18/22 | $0.00 | $963.99 | $678.29 | $619.31 | $0.00 | $0.00 | $0.00 | -$2,261.59 |
| Curtailment | 11/18/22 | 12/01/22 | 11/18/22 | $0.00 | $0.00 | $11.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/01/22 | 12/01/22 | 12/01/22 | $6,539.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,539.83 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $2,051.32 | $14,609.26 |
| Interest | $2,886.60 | $21,531.98 |
| Escrow (Taxes and Insurance) | $1,857.93 | $13,824.26 |
| Fees** | $0.00 | $2,005.57 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | ($244.94) | $2,016.65 |
| **Total** | **$6,550.91** | **$53,987.72** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

## Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FREEDOM MORTGAGE®

LOAN NUMBER:          AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

## Amount Due

| | |
|---|---|
| Due By 01/01/23: | $.00 |
| $0.00 late fee will be charged after 01/16/23 | |
| Additional Principal | $         . |
| Additional Escrow | $         . |
| Late Charge | $         . |
| **Total Amount Enclosed $** | . |

Make check payable to Freedom Mortgage

☐  To change mailing address and/or contact information, check here and complete form on back.

## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage | Freedom Mortgage | Freedom Mortgage | Freedom Mortgage |
| P.O. Box 6656 | 10500 Kincaid Drive, Suite 111 | P.O. Box 50428 | P.O. Box 50485 |
| Chicago IL 60680-6656 | Fishers, IN 46037-9764 | Indianapolis, IN 46250-0401 | Indianapolis, IN 46250-0485 |
| | | | Fax: 1-866-505-0948 |

### CUSTOMER CARE: 1-855-690-5900   or   WEBSITE: www.freedommortgage.com

In case of errors or questions about your electronic transfers telephone us at 1-855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 1-817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at (866) 751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call (866) 222-0005.

For questions regarding Hazard Loss Drafts, please call (888) 810-7318. You may also fax any required Loss Draft information to (866) 751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 1-855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 1-855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above (additional fee may apply). To establish or cancel your ACH program, please contact Customer Care at the number provided above at lease three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address provided above. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 1-855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 1-800-569-4287 or by visiting the HUD website at www.hud.gov.

807-X35912-1018B   REV 03228

------------------------------------------------------------

### Change of Mailing Address / Contact Information
Please provide your contact information below.

Name_____

New Address_____

City_____ State_____ Zip_____

Home Phone #_____ Business Phone #_____ Ext. _____

Email _____

Cell Phone #_____   ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# Manage your account
## anytime, anywhere

**Download the
Freedom Mortgage app.**
It's secure, simple and convenient.






# Get the app.
## Access your account.
### On your time.


**Download on the App Store**



**GET IT ON Google Play**



Download our new app and you'll have the freedom to manage your account on the go. You'll be able to:

✓ Make payments

✓ Check your loan balance

✓ View statements

✓ See the latest offers

*And much more.*

807-4159-08228

---

Freedom Mortgage Corporation, NMLS # 2767 (www.nmlsconsumeraccess.org), 951 Yamato Road, Boca Raton, FL 33431. 800-220-3333.
© 2021 Freedom Mortgage Corporation.

SV099(1021)

 
EQUAL HOUSING OPPORTUNITY

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
FREEDOM MORTGAGE® DALLAS, TX 75261-9063

**ELECTRONIC ONLY STATEMENT**

## Mortgage Statement
### Statement Date 01/02/23

0-807-84402-0040173-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | |
| Payment Due Date | 02/01/23 |

### Amount Due** $.00
If payment is received after 02/16/23, $0.00 late fee will be charged.

Property Address:   142 WATERVALE DR
SAINT AUGUSTINE FL 32092

### Account Information

| | |
|---|---|
| Outstanding Principal | $367,191.62 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $3,571.40 |
| Unapplied Funds | $1,922.38 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $.00 |
| Interest | $.00 |
| Escrow/Impound (for Taxes and/or Insurance) | $.00 |
| **Regular Monthly Payment** | **$.00** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$.00** |

### Transaction Activity (12/02/22 - 01/02/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 12/27/22 | 03/01/23 | 12/01/22 | $0.00 | $958.01 | $684.27 | $724.66 | $0.00 | $0.00 | $0.00 | -$2,366.94 |
| Mortgage Insurance | 12/06/22 | 02/01/23 | 12/06/22 | $258.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Curtailment | 12/07/22 | 02/01/23 | 12/07/22 | $244.94 | $0.00 | $244.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Escrow Refund | 12/07/22 | 02/01/23 | 12/07/22 | $930.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/19/22 | 02/01/23 | 12/19/22 | $2,272.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,272.67 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $929.21 | $0.00 |
| Interest | $958.00 | $0.00 |
| Escrow (Taxes and Insurance) | $724.66 | $0.00 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | ($94.27) | $1,922.38 |
| **Total** | **$2,517.61** | **$1,922.38** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Amounts listed here will include other/optional products, if applicable.

### Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FREEDOM MORTGAGE®

LOAN NUMBER                    AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

### Amount Due

| | | |
|---|---|---|
| **Due By 02/01/23:** | | **$.00** |
| $0.00 late fee will be charged after 02/16/23 | | |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Charge | $ | . |
| **Total Amount Enclosed $** | | . |

Make check payable to Freedom Mortgage

☐   To change mailing address and/or contact information, check here and complete form on back.



## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage | Freedom Mortgage | Freedom Mortgage | Freedom Mortgage |
| P.O. Box 6656 | 10500 Kincaid Drive, Suite 111 | P.O. Box 50428 | P.O. Box 50485 |
| Chicago IL 60680-6656 | Fishers, IN 46037-9764 | Indianapolis, IN 46250-0401 | Indianapolis, IN 46250-0485 |
| | | | Fax: 1-866-505-0948 |

**CUSTOMER CARE: 1-855-690-5900**       or       **WEBSITE: www.freedommortgage.com**

In case of errors or questions about your electronic transfers telephone us at 1-855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 1-817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at (866) 751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call (866) 222-0005.

For questions regarding Hazard Loss Drafts, please call (888) 810-7318. You may also fax any required Loss Draft information to (866) 751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 1-855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 1-855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above (additional fee may apply). To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address provided above. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 1-855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 1-800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x35912-10188  REV 03228

---

### Change of Mailing Address / Contact Information
Please provide your contact information below.

Name _____

New Address _____

City _____ State _____ Zip _____

Home Phone # _____ Business Phone # _____ Ext. _____

Email _____

Cell Phone # _____   ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

FREEDOM MORTGAGE®

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

ELECTRONIC ONLY STATEMENT

## Mortgage Statement
### Statement Date 02/01/23

4-807-85961-0033643-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | |
| Payment Due Date | 03/01/23 |

**Amount Due**\*\*                                              **$.00**
If payment is received after 03/16/23, $0.00 late fee will be charged.

Property Address:   142 WATERVALE DR
                    SAINT AUGUSTINE FL 32092

### Account Information

| | |
|---|---|
| Outstanding Principal | $367,191.62 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $3,312.54 |
| Unapplied Funds | $1,922.38 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $.00 |
| Interest | $.00 |
| Escrow/Impound (for Taxes and/or Insurance) | $.00 |
| **Regular Monthly Payment** | **$.00** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**\*\* | **$.00** |

### Transaction Activity  (01/03/23 - 02/01/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Escrow Refund | 01/04/23 | 03/01/23 | 12/08/22 | -$930.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mortgage Insurance | 01/05/23 | 03/01/23 | 01/05/23 | $258.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Escrow Refund | 01/11/23 | 03/01/23 | 01/11/23 | $930.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees\*\* | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied\* | $0.00 | $1,922.38 |
| **Total** | **$0.00** | **$1,922.38** |

\*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
\*\*Amounts listed here will include other/optional products, if applicable.

### Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

\*\*This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FREEDOM MORTGAGE®

LOAN NUMBER:                    AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

### Amount Due

| | |
|---|---|
| **Due By 03/01/23:** | **$.00** |
| $0.00 late fee will be charged after 03/16/23 | |
| Additional Principal | $          . |
| Additional Escrow | $          . |
| Late Charge | $          . |
| **Total Amount Enclosed $** | **.** |

Make check payable to Freedom Mortgage

☐   To change mailing address and/or contact information,
    check here and complete form on back.



## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | OVERNIGHT Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 1-866-505-0948 |

**CUSTOMER CARE: 1-855-690-5900     or     WEBSITE: www.freedommortgage.com**

In case of errors or questions about your electronic transfers telephone us at 1-855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 1-817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at (866) 751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call (866) 222-5025.

For questions regarding Hazard Loss Drafts, please call (888) 810-7318. You may also fax any required Loss Draft information to (866) 751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 1-855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 1-855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above (additional fee may apply). To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address provided above. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 1-855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 1-800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x25912-10188  REV 03228

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Change of Mailing Address / Contact Information
Please provide your contact information below.

Name_____

New Address_____

City_____  State_____  Zip_____

Home Phone #_____  Business Phone #_____  Ext._____

Email _____

Cell Phone #_____  ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# EXHIBIT 6

FREEDOM MORTGAGE®
FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

ELECTRONIC SERVICE REQUESTED

**Mortgage Statement**
Statement Date 03/01/23

3-807-87528-0032890-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday – Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | |
| Payment Due Date | 04/01/23 |

**Amount Due**** **$2,366.94**
If payment is received after 04/16/23, $65.69 late fee will be charged.

Property Address:  142 WATERVALE DR
SAINT AUGUSTINE FL 32092

### Account Information

| | |
|---|---|
| Outstanding Principal | $367,191.62 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $2,284.55 |
| Unapplied Funds | $1,922.38 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $686.05 |
| Interest | $956.23 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$2,366.94** |

### Transaction Activity  (02/02/23 - 03/01/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 02/06/23 | 03/01/23 | 02/06/23 | $258.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hazard Insurance | 02/07/23 | 03/01/23 | 02/07/23 | $769.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $1,922.38 |
| **Total** | **$0.00** | **$1,922.38** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

### Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT


FREEDOM MORTGAGE®

LOAN NUMBER:                      AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

### Amount Due

| | |
|---|---|
| **Due By 04/01/23:** | **$2,366.94** |
| $65.69 late fee will be charged after 04/16/23 | |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Charge | $ . |
| **Total Amount Enclosed $** | . |

Make check payable to Freedom Mortgage

☐ To change mailing address and/or contact information, check here and complete form on back.

## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 1-866-505-0948 |

### CUSTOMER CARE: 1-855-690-5900 or WEBSITE: www.freedommortgage.com

In case of errors or questions about your electronic transfers telephone us at 1-855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 1-617-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at (866) 751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call (866) 222-0605.

For questions regarding Hazard Loss Drafts, please call (888) 610-7318. You may also fax any required Loss Draft information to (866) 751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 1-855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 1-855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above (additional fee may apply). To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address provided above. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 1-855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 1-800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x35912-10188 REV 0322B

---

## Change of Mailing Address / Contact Information
Please provide your contact information below.

Name _____

New Address _____

City _____ State _____ Zip _____

Home Phone # _____ Business Phone # _____ Ext. _____

Email _____

Cell Phone # _____    ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# EXHIBIT 7



# EXHIBIT 8

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
FREEDOM MORTGAGE®  DALLAS, TX 75261-9063

**Mortgage Statement**
Statement Date 04/03/23

4-807-89378-0019425-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

## Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

Loan Number
Payment Due Date                                    05/01/23

**Amount Due**        **$2,366.94**
If payment is received after 05/16/23, $65.69 late fee will be charged.
Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

## Account Information

| | |
|---|---|
| Outstanding Principal | $366,460.57 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $2,750.35 |
| Unapplied Funds | $1,922.38 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $687.96 |
| Interest | $954.32 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**  | **$2,366.94** |

## Transaction Activity  (03/02/23 - 04/03/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 03/07/23 | 03/01/23 | 03/07/23 | $258.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 04/03/23 | 04/01/23 | 04/03/23 | $2,366.94 | $956.23 | $686.05 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Curtailment | 04/03/23 | 04/01/23 | 04/03/23 | $45.00 | $0.00 | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $731.05 | $731.05 |
| Interest | $956.23 | $956.23 |
| Escrow (Taxes and Insurance) | $724.66 | $724.66 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $1,922.38 |
| **Total** | **$2,411.94** | **$4,334.32** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

## Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

FREEDOM MORTGAGE®

LOAN NUMBER:                     AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

## Amount Due

| | |
|---|---|
| **Due By 05/01/23:** | **$2,366.94** |
| $65.69 late fee will be charged after 05/16/23 | |
| Additional Principal | $               . |
| Additional Escrow | $               . |
| Late Charge | $               . |
| **Total Amount Enclosed $** | **               .** |

Make check payable to Freedom Mortgage

☐ To change mailing address and/or contact information, check here and complete form on back.

Internet Reprint

## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 877-233-5843 |

**CUSTOMER CARE: 855-690-5900**   or   **WEBSITE: www.freedommortgage.com**

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard Insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-9224 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-222-9005.

For questions regarding Hazard Loss Drafts, please call 888-810-7318. You may also fax any required Loss Draft information to 866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax # provided above or via email to freedom.Payoff.Request@FreedomMortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x35912-10188  REV 10218

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Change of Mailing Address / Contact Information
Please provide your contact information below.

Name _____

New Address _____

City _____ State _____ Zip _____

Home Phone # _____ Business Phone # _____ Ext. _____

Email _____

Cell Phone # _____   ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# EXHIBIT 9



(Continued from previous page)

**Business Checking**

05-09   Paid To - Freedom Mtg Pymts Chk 4100103

2,366.94

# EXHIBIT 10

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
FREEDOM MORTGAGE®   DALLAS, TX 75261-9063

ELECTRONIC ONLY STATEMENT
**Mortgage Statement**
Statement Date 05/08/23

1-807-91466-0015782-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

Loan Number
Payment Due Date                    06/01/23

**Amount Due**                      **$2,366.94**
If payment is received after 06/16/23, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

### Account Information

| | |
|---|---|
| Outstanding Principal | $365,772.61 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $2,968.71 |
| Unapplied Funds | $1,922.38 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $689.75 |
| Interest | $952.53 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**\*\* | **$2,366.94** |

### Transaction Activity  (04/04/23 - 05/08/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 04/05/23 | 04/01/23 | 04/05/23 | $253.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mortgage Insurance | 05/05/23 | 04/01/23 | 05/05/23 | $253.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 05/08/23 | 05/01/23 | 05/08/23 | $2,366.94 | $954.32 | $687.96 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $687.96 | $1,419.01 |
| Interest | $954.32 | $1,910.55 |
| Escrow (Taxes and Insurance) | $724.66 | $1,449.32 |
| Fees\*\* | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied\* | $0.00 | $1,922.38 |
| **Total** | **$2,366.94** | **$6,701.26** |

\*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
\*\*Amounts listed here will include other/optional products, if applicable.

### Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

\*\*This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FREEDOM MORTGAGE®

LOAN NUMBER:                    AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

### Amount Due

| | |
|---|---|
| **Due By 06/01/23:** | **$2,366.94** |
| $65.69 late fee will be charged after 06/16/23 | |
| Additional Principal | $       . |
| Additional Escrow | $       . |
| Late Charge | $       . |
| **Total Amount Enclosed $** | . |

Make check payable to Freedom Mortgage

☐ To change mailing address and/or contact information, check here and complete form on back.

## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage | Freedom Mortgage | Freedom Mortgage | Freedom Mortgage |
| P.O. Box 6656 | 10500 Kincaid Drive, Suite 111 | P.O. Box 50428 | P.O. Box 50485 |
| Chicago IL 60680-6656 | Fishers, IN 46037-9764 | Indianapolis, IN 46250-0401 | Indianapolis, IN 46250-0485 |
| | | | Fax: 877-233-5843 |

### CUSTOMER CARE: 855-690-5900   or   WEBSITE: www.freedommortgage.com

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-222-9005.

For questions regarding Hazard Loss Drafts, please call 888-810-7318. You may also fax any required Loss Draft information to 866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax it provided above or via email to FreedomPayoffRequest@FreedomMortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x35912-1018B  REV 1021B

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#### Change of Mailing Address / Contact Information
#### Please provide your contact information below.

Name _____

New Address _____

City _____ State _____ Zip _____

Home Phone # _____ Business Phone # _____ Ext. _____

Email _____

Cell Phone # _____   ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# EXHIBIT 11

2,366.94-

06-14  Paid To - Freedom Mtg Pymts-Chk 4100103

# EXHIBIT 12

ELECTRONIC ONLY STATEMENT

## Mortgage Statement
Statement Date 06/13/23

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

6-807-93626-0006098-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

| | |
|---|---|
| Loan Number | |
| Payment Due Date | 07/01/23 |

**Amount Due**       **$2,366.94**
If payment is received after 07/16/23, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

### Account Information

| | |
|---|---|
| Outstanding Principal | $365,082.86 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $3,440.22 |
| Unapplied Funds | $1,922.38 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $691.54 |
| Interest | $950.74 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$2,366.94** |

### Transaction Activity   (05/09/23 - 06/13/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 06/08/23 | 05/01/23 | 06/08/23 | $253.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 06/13/23 | 06/01/23 | 06/13/23 | $2,366.94 | $952.53 | $689.75 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $689.75 | $2,108.76 |
| Interest | $952.53 | $2,863.08 |
| Escrow (Taxes and Insurance) | $724.66 | $2,173.98 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $1,922.38 |
| **Total** | **$2,366.94** | **$9,068.20** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

### Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FREEDOM MORTGAGE®

LOAN NUMBER:              AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

### Amount Due

| | |
|---|---|
| **Due By 07/01/23:** | **$2,366.94** |
| $65.69 late fee will be charged after 07/16/23 | |
| Additional Principal | $          . |
| Additional Escrow | $          . |
| Late Charge | $          . |
| **Total Amount Enclosed $** | . |

Make check payable to Freedom Mortgage

☐ To change mailing address and/or contact information, check here and complete form on back.

Internet Reprint

## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage | Freedom Mortgage | Freedom Mortgage | Freedom Mortgage |
| P.O. Box 6656 | 10500 Kincaid Drive, Suite 111 | P.O. Box 50428 | P.O. Box 50485 |
| Chicago IL 60680-6656 | Fishers, IN 46037-9764 | Indianapolis, IN 46250-0401 | Indianapolis, IN 46250-0485 |
| | | | Fax: 877-233-5843 |

## CUSTOMER CARE: 855-690-5900   or   WEBSITE: www.freedommortgage.com

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard Insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-222-0909.

For questions regarding Hazard Loss Drafts, please call 888-810-7318. You may also fax any required Loss Draft information to 866-751-9365.

IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES and would like to speak to one of our counselors please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed on your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax # provided above or via email to FreedomPayoffRequest@FreedomMortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

## LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x35912-1018B   REV 1021B

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Change of Mailing Address / Contact Information
### Please provide your contact information below.

Name_____

New Address_____

City_____ State_____ Zip_____

Home Phone #_____ Business Phone #_____ Ext._____

Email _____

Cell Phone #_____   ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# EXHIBIT 13



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
FREEDOM MORTGAGE®   DALLAS, TX 75261-9063

**ELECTRONIC SERVICE REQUESTED**

# Mortgage Statement
Statement Date 07/18/23

## Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

7-807-95852-0058843-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

| | |
|---|---|
| Loan Number | |
| Payment Due Date | 08/01/23 |

**Amount Due** $4,799.57
If payment is received after 08/16/23, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

## Account Information

| | |
|---|---|
| Outstanding Principal | $365,082.86 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $3,187.07 |
| Unapplied Funds | $1,922.38 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $693.34 |
| Interest | $948.94 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $2,366.94 |
| Unpaid Late Charges | $65.69 |
| Other/Optional Products | $.00 |
| **Total Amount Due** | **$4,799.57** |

## Transaction Activity   (06/14/23 - 07/18/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 07/04/23 | 06/01/23 | 07/04/23 | $253.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Accrued Late Charge | 07/18/23 | 00/00/00 | 07/18/23 | $65.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $2,108.76 |
| Interest | $0.00 | $2,863.08 |
| Escrow (Taxes and Insurance) | $0.00 | $2,173.98 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $1,922.38 |
| **Total** | **$0.00** | **$9,068.20** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

## Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

FREEDOM MORTGAGE®

LOAN NUMBER:                    AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

## Amount Due

| Due By 08/01/23: | | $4,799.57 |
|---|---|---|
| $65.69 late fee will be charged after 08/16/23 | | |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Charge | $ | . |
| **Total Amount Enclosed $** | | . |

Make check payable to Freedom Mortgage

☐ To change mailing address and/or contact information, check here and complete form on back.

## CONTACT INFORMATION

### To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 877-233-5843 |

### CUSTOMER CARE: 855-690-5900     or     WEBSITE: www.freedommortgage.com

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard Insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-223-9005.

For questions regarding Hazard Loss Drafts, please call 888-810-7318. You may also fax any required Loss Draft information to 866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

## PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax # provided above or via email to FreedomPayoffRequest@FreedomMortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

## LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x35912-1018B   REV 1021B

------------------------------------------------------------------

### Change of Mailing Address / Contact Information
### Please provide your contact information below.

Name_____

New Address_____

City_____ State_____ Zip_____

Home Phone #_____ Business Phone #_____ Ext._____

Email_____

Cell Phone #_____  ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# EXHIBIT 14

ELECTRONIC ONLY STATEMENT



FREEDOM MORTGAGE®

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## Mortgage Statement
### Statement Date 08/14/23

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

4-807-97571-0018520-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

| | |
|---|---|
| Loan Number | |
| Payment Due Date | 09/01/23 |

**Amount Due**\*\*  **$2,366.94**
If payment is received after 09/16/23, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

### Account Information

| | |
|---|---|
| Outstanding Principal | $363,697.98 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $4,383.24 |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $695.15 |
| Interest | $947.13 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**\*\* | **$2,366.94** |

### Transaction Activity  (07/19/23 - 08/14/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 07/21/23 | 06/01/23 | 07/21/23 | -$1,922.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 07/21/23 | 06/01/23 | 07/21/23 | $1,922.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,922.38 |
| Payment | 07/26/23 | 07/01/23 | 07/26/23 | $510.25 | $950.74 | $691.54 | $724.66 | $65.69 | $0.00 | $0.00 | $0.00 |
| Mortgage Insurance | 08/07/23 | 07/01/23 | 08/07/23 | $253.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 08/14/23 | 08/01/23 | 08/14/23 | $2,366.94 | $948.94 | $693.34 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $1,384.88 | $3,493.64 |
| Interest | $1,899.68 | $4,762.76 |
| Escrow (Taxes and Insurance) | $1,449.32 | $3,623.30 |
| Fees\*\* | $0.00 | $0.00 |
| Late Charges | $65.69 | $65.69 |
| Partial Payment Unapplied\* | $1,922.38 | $0.00 |
| **Total** | **$6,721.95** | **$11,945.39** |

\*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
\*\*Amounts listed here will include other/optional products, if applicable.

### Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

\*\*This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FREEDOM MORTGAGE®

LOAN NUMBER:                     AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

| Amount Due | |
|---|---|
| Due By 09/01/23: | **$2,366.94** |
| $65.69 late fee will be charged after 09/16/23 | |
| Additional Principal | $          . |
| Additional Escrow | $          . |
| Late Charge | $          . |
| **Total Amount Enclosed $** | . |

Make check payable to Freedom Mortgage

☐ To change mailing address and/or contact information, check here and complete form on back.

4-807-97871-0018520-001-000-000-000-000

Rev. 06/2023

| FACTS | WHAT DOES FREEDOM MORTGAGE CORPORATION DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• Account balances and payment history<br>• Credit history and credit scores |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Freedom Mortgage Corporation chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Freedom Mortgage Corporation share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes - to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes - information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes - information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

| To limit our sharing | • Call toll-free **1-855-690-5900** - our menu will prompt you through your choice(s)<br>• Mail the form below<br><br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call toll-free 1-855-690-5900 |

---

**Mail-in Form**

Mark any/all you want to limit:
☐ Do not share information about my creditworthiness with your affiliates for their everyday business purposes.
☐ Do not allow your affiliates to use my personal information to market to me.
☐ Do not share my personal information with nonaffiliates to market their products and services to me.

| Name | AKMAL JAMAL GRANT |
|---|---|
| Address | 142 WATERVALE DR |
| City, State, Zip | SAINT AUGUSTINE FL 32092-1768 |
| Loan # | 0132327289 |

**Mail To: Freedom Mortgage Corporation, P.O. Box 50485, Indianapolis, IN 46250-0485, ATTN: Privacy Dept./Information Sharing Opt-Out**

0132327289

**Page 2**

### Who we are

| Who is providing this notice? | Freedom Mortgage Corporation |
|---|---|

### What we do

| How does Freedom Mortgage Corporation protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. For more information, visit freedommortgage.com/disclosures/privacy-policy. |
|---|---|
| How does Freedom Mortgage Corporation collect my personal information? | We collect your personal information, for example, when you<br>• open an account or apply for a loan<br>• pay your bills or provide account information<br>• provide employment or income information<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account, I hold jointly with someone else? | Your choice will apply to everyone on your account. |

### Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include financial companies such as FMC Subsidiary Services, LLC; RoundPoint Mortgage Servicing Corporation; RoundPoint Mortgage Solutions, LLC.* |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include mortgage companies, insurance companies, financial products providers, retailers and direct marketing companies.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our marketing partners include insurance and other financial companies.* |

### Other Important Information

**California Residents:** We will not share information we collect about you with unaffiliated third parties, except as permitted by law, including, for example, with your consent or to service your account.

**Nevada Residents:** Notice provided pursuant to state law. To be placed on our internal Do Not Call List or to obtain additional information on our telemarketing practices, call 855-690-5900, write to us at Freedom Mortgage Corporation, P.O. Box 50485, Indianapolis, IN 46250- 0485, ATTN: Privacy Dept./Information Sharing Opt-Out or log into your account and write us through the Message Center with the subject line "Nevada Annual Privacy Notice".

You may also contact the Nevada Attorney General's office for more information regarding Nevada Statute Section 228.600(3): 100 North Carson Street, Carson City, NV 89701, Telephone: 775-684-1100, Email: aginfo@ag.nv.gov.

**North Dakota Customers:** Except as permitted by law, we will not share your personal information with nonaffiliates or affiliates unless you authorize us to. To opt-in to sharing, please contact us at 855-690-5900.

**Vermont Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by law, including, for example, with your consent or to service your account. We will not share information about your creditworthiness with our affiliates, other than as permitted by Vermont law, unless you authorize us to make those disclosures.

0132327289

# EXHIBIT 15

2,366.94-

08-16  Paid To - Freedom Mtg Pymts Chk 4100103

# EXHIBIT 16



09-16  Paid To - Freedom Mtg. Pymts Chk. 4100103

2,366.94-

1,951.94+

# EXHIBIT 17

FREEDOM MORTGAGE®

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

ELECTRONIC SERVICE REQUESTED

## Mortgage Statement
**Statement Date 09/14/23**

2-807-00812-0012499-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

Loan Number
Payment Due Date                                    10/01/23

**Amount Due**                                      **$2,366.94**
If payment is received after 10/16/23, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

### Account Information

| | |
|---|---|
| Outstanding Principal | $363,002.83 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $4,854.75 |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $696.96 |
| Interest | $945.32 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due** | **$2,366.94** |

### Transaction Activity  (08/15/23 - 09/14/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 09/05/23 | 08/01/23 | 09/05/23 | $253.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 09/14/23 | 09/01/23 | 09/14/23 | $2,366.94 | $947.13 | $695.15 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $695.15 | $4,188.79 |
| Interest | $947.13 | $5,709.89 |
| Escrow (Taxes and Insurance) | $724.66 | $4,347.96 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $65.69 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$2,366.94** | **$14,312.33** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

### Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FREEDOM MORTGAGE®

LOAN NUMBER:                          AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

### Amount Due

| Due By 10/01/23: | $2,366.94 |
|---|---|
| $65.69 late fee will be charged after 10/16/23 | |
| Additional Principal | $          . |
| Additional Escrow | $          . |
| Late Charge | $          . |
| **Total Amount Enclosed $** | . |

Make check payable to Freedom Mortgage

☐  To change mailing address and/or contact information, check here and complete form on back.

## CONTACT INFORMATION

### To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.

| PAYMENT PROCESSING<br>Freedom Mortgage<br>P.O. Box 6656<br>Chicago IL 60680-6656 | OVERNIGHT<br>Freedom Mortgage<br>10500 Kincaid Drive, Suite 111<br>Fishers, IN 46037-9764 | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR")<br>Freedom Mortgage<br>P.O. Box 50428<br>Indianapolis, IN 46250-0401 | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE<br>Freedom Mortgage<br>P.O. Box 50485<br>Indianapolis, IN 46250-0485<br>Fax: 877-233-5843 |

### CUSTOMER CARE: 855-690-5900   or   WEBSITE: www.freedommortgage.com

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill phase forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required. Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-8324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-222-9005.

For questions regarding Hazard Loss Drafts, please call 888-810-7318. You may also fax any required Loss Draft information to 866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax # provided above or via email to FreedomPayoffRequest@FreedomMortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

807-X35912-1018B   REV 1021B

---

### Change of Mailing Address / Contact Information
### Please provide your contact information below.

Name _____

New Address _____

City _____ State _____ Zip _____

Home Phone # _____ Business Phone # _____ Ext. _____

Email _____

Cell Phone # _____   ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# EXHIBIT 18

10-19 Paid To - Freedom Retry Pymt Chk 4100103 2,366.94- 685.61

# EXHIBIT 19

FREEDOM MORTGAGE®

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

ELECTRONIC ONLY STATEMENT

## Mortgage Statement
Statement Date 10/16/23

4-807-02733-0033733-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | |
| Payment Due Date | 11/01/23 |

**Amount Due\*\***                                **$2,366.94**
If payment is received after 11/16/23, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

### Account Information

| | |
|---|---|
| Outstanding Principal | $362,305.87 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $5,326.26 |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $698.78 |
| Interest | $943.50 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due\*\*** | **$2,366.94** |

### Transaction Activity (09/15/23 - 10/16/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 10/05/23 | 09/01/23 | 10/05/23 | $253.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 10/16/23 | 10/01/23 | 10/14/23 | $2,366.94 | $945.32 | $696.96 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $696.96 | $4,885.75 |
| Interest | $945.32 | $6,655.21 |
| Escrow (Taxes and Insurance) | $724.66 | $5,072.62 |
| Fees\*\* | $0.00 | $0.00 |
| Late Charges | $0.00 | $65.69 |
| Partial Payment Unapplied\* | $0.00 | $0.00 |
| **Total** | **$2,366.94** | **$16,679.27** |

\*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
\*\*Amounts listed here will include other/optional products, if applicable.

### Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

\*\*This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

FREEDOM MORTGAGE®

LOAN NUMBER:                          AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656



Internet Reprint

| Amount Due | |
|---|---|
| **Due By 11/01/23:** | **$2,366.94** |
| $65.69 late fee will be charged after 11/16/23 | |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Charge | $ . |
| **Total Amount Enclosed $** | . |

Make check payable to Freedom Mortgage

☐ To change mailing address and/or contact information, check here and complete form on back.

## CONTACT INFORMATION

### To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 877-233-5843 |

**CUSTOMER CARE: 855-690-5900** or **WEBSITE: www.freedommortgage.com**

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-222-9005.

For questions regarding Hazard Loss Drafts, please call 888-810-7318. You may also fax any required Loss Draft information to 866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax # provided above or via email to FreedomPayoffRequest@FreedomMortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

807-639912-10188 REV 10218

------------------------------------------------------------

### Change of Mailing Address / Contact Information
### Please provide your contact information below.

Name_____

New Address_____

City_____ State_____ Zip_____

Home Phone #_____ Business Phone #_____ Ext. _____

Email _____

Cell Phone #_____  ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# EXHIBIT 20

111.94

2,366.94-

11-16  Paid To - Freedom Mtg Pymts Chk 4100103

# EXHIBIT 21



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
FREEDOM MORTGAGE®    DALLAS, TX 75261-9063

ELECTRONIC ONLY STATEMENT

## Mortgage Statement
Statement Date 12/15/23

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

4-807-06216-0028066-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

| | |
|---|---|
| Loan Number | |
| Payment Due Date | 01/01/24 |

**Amount Due**              **$12,228.84**
If payment is received after 01/16/24, $65.69 late fee will be charged.
Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

### Account Information

| | |
|---|---|
| Outstanding Principal | $363,992.24 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | ($1,754.16) |
| Unapplied Funds | $653.86 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $701.64 |
| Interest | $940.64 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $9,467.76 |
| Unpaid Late Charges | $394.14 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$12,228.84** |

### Transaction Activity  (11/16/23 - 12/15/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Reversal | 12/15/23 | 01/01/23 | 11/14/22 | $0.00 | -$960.42 | -$681.86 | -$619.31 | $0.00 | $0.00 | $0.00 | $2,261.59 |
| Payment Reversal | 12/15/23 | 12/01/22 | 11/14/22 | $0.00 | $0.00 | -$680.09 | -$619.31 | $0.00 | $0.00 | $0.00 | $2,261.59 |
| Payment Reversal | 12/15/23 | 02/01/23 | 12/01/22 | $0.00 | -$958.01 | -$684.27 | -$724.66 | $0.00 | $0.00 | $0.00 | $2,366.94 |
| Curtailment Rev | 12/15/23 | 02/01/23 | 12/07/22 | -$244.94 | $0.00 | -$244.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/15/23 | 01/01/23 | 12/19/22 | $0.00 | $962.19 | $680.09 | $619.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| Curtailment Rev | 12/15/23 | 04/01/23 | 04/03/23 | -$45.00 | $0.00 | -$45.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | ($2,385.15) | $3,199.38 |
| Interest | ($2,831.63) | $4,767.08 |
| Escrow (Taxes and Insurance) | ($2,173.98) | $3,623.30 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $197.07 | $262.76 |
| Partial Payment Unapplied* | $2,678.72 | $653.86 |
| **Total** | **($4,514.97)** | **$12,506.38** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

### Important Messages

Delinquency information is reflected on page 2 in the Delinquency Notice section.

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT


FREEDOM MORTGAGE®

LOAN NUMBER:                    AKMAL JAMAL GRANT

Internet Reprint

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

| Amount Due | | |
|---|---|---|
| **Due By 01/01/24:** | | **$12,228.84** |
| $65.69 late fee will be charged after 01/16/24 | | |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Charge | $ | . |
| **Total Amount Enclosed $** | | . |

Make check payable to Freedom Mortgage

☐ To change mailing address and/or contact information, check here and complete form on back.

## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 877-233-5843 |

### CUSTOMER CARE: 855-690-5900   or   WEBSITE: www.freedommortgage.com

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard Insurance Includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-222-9805.

For questions regarding Hazard Loss Drafts, please call 888-810-7318. You may also fax any required Loss Draft information to 866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax # provided above or via email to freedomPayoffRequest@FreedomMortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x35912-10188  REV 1021B

---

### Change of Mailing Address / Contact Information
Please provide your contact information below.

Name _____

New Address _____

City _____ State _____ Zip _____

Home Phone # _____ Business Phone # _____ Ext. _____

Email _____

Cell Phone # _____   ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

FREEDOM MORTGAGE®

FOR RETURN SERVICE ONLY ELECTRONIC ONLY STATEMENT
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**Mortgage Statement**
Statement Date 12/15/23
Continued from previous page

4-807-08216-0028088-001-000-000-000-000
AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

## Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET<br>Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| Loan Number | |
|---|---|
| Payment Due Date | 01/01/24 |

**Amount Due**    **$12,228.84**
If payment is received after 01/16/24, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

## Delinquency Notice

You are late on your mortgage payments and have been in a delinquent status since 09/01/23. Failure to bring your loan current may result in fees and foreclosure, the loss of your home. As of 12/15/23, you are 105 days delinquent on your mortgage.

Recent Account History
- Payment due 08/01/23: Fully paid on 10/16/23
- Payment due 08/01/23: Unpaid balance of $394.14
- Payment due 09/01/23: Unpaid balance of $2,432.63
- Payment due 10/01/23: Unpaid balance of $2,432.63
- Payment due 11/01/23: Unpaid balance of $2,432.63
- Payment due 12/01/23: Unpaid balance of $2,366.94
- Current payment due 01/01/24 - $2,366.94
- Total $12,228.84 due. You must pay this amount to bring your loan current.

*If you are experiencing financial difficulty, please refer to the reverse side of page 1 of the statement for information about mortgage counseling or assistance. *

## Additional Messages

No additional messages to display at this time.

## Transaction Activity (11/16/23 - 12/15/23)    Continued from previous page

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Reversal | 12/15/23 | 03/01/23 | 04/03/23 | -$2,366.94 | -$956.23 | -$686.05 | -$724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/15/23 | 02/01/23 | 04/03/23 | $0.00 | $960.42 | $681.86 | $619.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment Reversal | 12/15/23 | 04/01/23 | 05/03/23 | -$2,366.94 | -$954.32 | -$687.96 | -$724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/15/23 | 03/01/23 | 05/08/23 | $0.00 | $958.65 | $683.63 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment Reversal | 12/15/23 | 05/01/23 | 06/13/23 | -$2,366.94 | -$952.53 | -$689.75 | -$724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/15/23 | 04/01/23 | 06/13/23 | $0.00 | $956.87 | $685.41 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/15/23 | 05/01/23 | 07/21/23 | $0.00 | $955.08 | $687.20 | $724.66 | $65.69 | $0.00 | $0.00 | -$2,432.63 |
| Payment Reversal | 12/15/23 | 06/01/23 | 07/26/23 | -$510.25 | -$950.74 | -$691.54 | -$724.66 | -$65.69 | $0.00 | $0.00 | $1,922.38 |
| Payment Reversal | 12/15/23 | 07/01/23 | 08/14/23 | -$2,366.94 | -$948.94 | -$693.34 | -$724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/15/23 | 06/01/23 | 08/14/23 | $0.00 | $953.29 | $688.99 | $724.66 | $65.69 | $0.00 | $0.00 | -$2,432.63 |
| Payment Reversal | 12/15/23 | 08/01/23 | 09/14/23 | -$2,366.94 | -$947.13 | -$695.15 | -$724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/15/23 | 07/01/23 | 09/14/23 | $0.00 | $951.50 | $690.78 | $724.66 | $65.69 | $0.00 | $0.00 | $0.00 |
| Payment Reversal | 12/15/23 | 09/01/23 | 10/14/23 | -$2,366.94 | -$945.32 | -$696.96 | -$724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/15/23 | 08/01/23 | 10/16/23 | $1,268.52 | $949.70 | $692.58 | $724.66 | $65.69 | $0.00 | $0.00 | -$1,268.52 |
| Payment Reversal | 12/15/23 | 10/01/23 | 11/15/23 | -$2,366.94 | -$943.50 | -$698.78 | -$724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mortgage Insurance | 12/05/23 | 11/01/23 | 12/05/23 | $253.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/15/23 | 12/01/22 | 12/15/23 | $10,828.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Accrued Late Charge | 12/15/23 | 00/00/00 | 12/15/23 | $65.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

607-4146-0921F



**NOT OK? THAT'S OK.**
Immediate mortgage help may be available.
#COVIDhelpforhome

We all hit rough patches. If you're struggling to pay your mortgage due to COVID-19, there may be immediate help available.

Contact Freedom Mortgage Corporation today or talk to a HUD-approved housing counselor for free advice on what to do next.

Freedom Mortgage Corporation:
Call 855-690-5900
Visit www.freedommortgage.com

Find a HUD-Approved Housing Counselor:
Call 800-569-4287
Visit www.cfpb.gov/housing

607-4147-0921B

**CALL US TODAY.**                  **855-690-5900**



EQUAL HOUSING
OPPORTUNITY

 Consumer Financial
Protection Bureau

# EXHIBIT 22



FREEDOM MORTGAGE®

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

ELECTRONIC ONLY STATEMENT

## Mortgage Statement
### Statement Date 01/01/24

### Contact Information

| Phone: | 1-855-690-5900 |
|---|---|
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

8-807-06972-0073239-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

Loan Number
Payment Due Date                    02/01/24

**Amount Due**           **$2,809.78**
If payment is received after 02/16/24, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

### Account Information

| | |
|---|---|
| Outstanding Principal | $360,502.21 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $1,869.14 |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $703.47 |
| Interest | $938.81 |
| Escrow/Impound (for Taxes and/or Insurance) | $773.36 |
| **Regular Monthly Payment** | **$2,415.64** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $394.14 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$2,809.78** |

### Transaction Activity  (12/16/23 - 01/01/24)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accrued Late Charge | 12/19/23 | 00/00/00 | 12/19/23 | $65.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charge Waived | 12/26/23 | 00/00/00 | 12/26/23 | $65.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/29/23 | 09/01/23 | 12/29/23 | $1,713.08 | $947.90 | $694.38 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/29/23 | 10/01/23 | 12/29/23 | $2,366.94 | $946.09 | $696.19 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 12/29/23 | 11/01/23 | 12/29/23 | $2,366.94 | $944.28 | $698.00 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 01/01/24 | 01/01/24 | 12/30/23 | $2,366.94 | $940.64 | $701.64 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $3,490.03 | $1,401.46 |
| Interest | $4,721.37 | $1,883.10 |
| Escrow (Taxes and Insurance) | $3,623.30 | $1,449.32 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$11,834.70** | **$4,733.88** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Amounts listed here will include other/optional products, if applicable.

### Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FREEDOM MORTGAGE®

LOAN NUMBER:                    AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6856
CHICAGO IL 60680-6656

Internet Reprint

### Amount Due

| Due By 02/01/24: | | $2,809.78 |
|---|---|---|
| $65.69 late fee will be charged after 02/16/24 | | |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Charge | $ | . |
| **Total Amount Enclosed $** | | . |

Make check payable to Freedom Mortgage

☐  To change mailing address and/or contact information, check here and complete form on back.

## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 877-233-5843 |

### CUSTOMER CARE: 855-690-5900   or   WEBSITE: www.freedommortgage.com

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard Insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-9324 or mailed to: Freedom Mortgage Corporation. ISAOA / ATIMA. P.O. Box 5050. Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-222-9005.

For questions regarding Hazard Loss Drafts, please call 888-810-7318. You may also fax any required Loss Draft information to 866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

### PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com.

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax # provided above or via email to FreedomPayoffRequest@FreedomMortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

### LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

807-x35912-10188  REV 10218

------------------------------------------------------------

**Change of Mailing Address / Contact Information**
**Please provide your contact information below.**

Name_____

New Address_____

City_____ State_____ Zip_____

Home Phone #_____ Business Phone #_____ Ext. _____

Email _____

Cell Phone #_____   ☐ I consent for Freedom Mortgage to contact me via this cell phone number.



FREEDOM MORTGAGE®
FOR RETURN SERVICE ONLY ELECTRONIC ONLY STATEMENT
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# Mortgage Statement
Statement Date 01/01/24
Continued from page 1

6-807-08972-0073238-001-000-000-000-000
AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

## Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday – Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| Loan Number | |
|---|---|
| Payment Due Date | 02/01/24 |

**Amount Due**\*\*  **$2,809.78**
If payment is received after 02/16/24, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

## Additional Messages

## Transaction Activity (12/16/23 - 01/01/24)   Continued from page 1

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 01/01/24 | 12/01/23 | 12/31/23 | $2,366.94 | $942.46 | $699.82 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 23



01-03   Paid To - Freedom Mtg Pymts Chk 4100103                    2,366.94-
01-03   Paid To - Freedom Mtg Pymts Chk 4100103                    2,366.94-

# EXHIBIT 24

Personal Credit Report for:
**AKMAL GRANT**

File Number:
**417189327**

Date Created:
**03/21/2024**

Visit **transunion.com/dispute** to start a dispute online.

## 8 Personal Information

You have been on our files since 11/01/1998. Your SSN has been masked for your protection.

**Credit Report Date**

03/21/2024

**Social Security Number**

**Date of Birth**

12/02/1980

**Name**

AKMAL JAMAL GRANT

## Addresses

**Current Address**

142 WATERVALE DR SAINT AUGUSTINE, FL 32092-1768

**Date Reported**

03/27/2021

**Other Address**

3565 LOCHDALE TERRAC LEXINGTON, KY 40514

**Date Reported**

01/31/2007

## Phone Numbers



**Phone Number**

(859) 948-3235

**Phone Number**

(904) 671-2423

**Phone Number**

(948) 323-3235

# 🏛 Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Payment/Remarks Key**

**Ratings**

| | |
|---|---|
| OK | Current, paying or paid as agreed |
| N/R | Not Reported |
| X | Unknown |
| 30 | Account 30 days late |
| 60 | Account 60 days late |
| 90 | Account 90 days late |
| 120 | Account 120 or more days late |
| COL | Transferred to collection |
| VS | Voluntarily surrendered |
| RPO | Repossession |
| C/O | Charged off by account provider |
| FC | Foreclosure |

**Remarks**

**AAP:** Loan assumed by another party
**ACQ:** Acquired from another lender
**ACR:** Account closed due to refinance
**ACT:** Account closed due to transfer
**AFR:** Account acquired by RTC/FDIC
**AID:** Account information disputed by consumer

| | |
|---|---|
| **Monthly Payment** | $2,415 |
| **Date Opened** | 02/26/2021 |
| **Responsibility** | Individual Account |
| **Account Type** | Mortgage Account |
| **Loan Type** | FHA REAL ESTATE MORTGAGE |
| **Balance** | $359,798 |
| **Date Updated** | 02/29/2024 |
| **Payment Received** | $2,415 |
| **Last Payment Made** | 02/14/2024 |
| **Pay Status** | Current: Paid or Paying as Agreed |
| **Terms** | $2,415 per month, paid Monthly for 360 months |
| **High Balance (Hist.)** | High balance of $383,374 from 10/2022 to 01/2023; $383,374 from 12/2023 to 02/2024 |

**Payment History**

| September 2021 | October 2021 | November 2021 | December 2021 | January 2022 | February 2022 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating X | Rating X | Rating X | Rating X | Rating X | Rating X |

| March 2022 | April 2022 | May 2022 | June 2022 | July 2022 | August 2022 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating X | Rating X | Rating X | Rating X | Rating X | Rating X |

| September 2022 | October 2022 | November 2022 | December 2022 | January 2023 | February 2023 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | $375,126 | $372,644 | $365,269 | $365,269 | - - - |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | $4,278 | $0 | $0 | $0 | - - - |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| - - - | $0 | $13,335 | $2,611 | $0 | - - - |
| Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment |
| - - - | $2,272 | $2,261 | $2,261 | $2,261 | - - - |
| Remarks | Remarks | Remarks | Remarks | Remarks | Remarks |
| - - - | - - - | - - - | AID | DRC | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | 30 | OK | OK | OK | 30 |

| March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | Remarks | Remarks | Remarks | Remarks | Remarks |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| 60 | 60 | 60 | 60 | 60 | 60 |

| September 2023 | October 2023 | November 2023 | December 2023 | January 2024 | February 2024 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | - - - | - - - | $360,896 | $360,502 | $359,798 |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | - - - | - - - | $0 | $0 | $0 |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| - - - | - - - | - - - | $11,834 | $0 | $2,415 |
| Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment |
| - - - | - - - | - - - | $2,366 | $2,366 | $2,415 |
| Remarks | Remarks | Remarks | Remarks | Remarks | Remarks |
| - - - | - - - | - - - | DRC | DRC | DRC |
| Rating | Rating | Rating | Rating | Rating | Rating |
| 60 | 60 | 90 | OK | OK | OK |

Total Month

---

NAVY FEDERAL CR UN 406095596139****

## Account Information

| | |
|---|---|
| **Address** | POB 3700 MERRIFIELD, VA 22119 |
| **Phone** | (800) 336-3333 |
| **Monthly Payment** | $132 |
| **Date Opened** | 03/04/2021 |
| **Responsibility** | Individual Account |
| **Account Type** | Revolving Account |
| **Loan Type** | CREDIT CARD |
| **Balance** | $5,737 |
| **Date Updated** | 03/09/2024 |
| **Payment Received** | $132 |
| **Last Payment Made** | 03/07/2024 |

# EXHIBIT 25

Prepared For

# AKMAL GRANT

**Personal & Confidential**

**Date Generated**  Mar 19, 2024

**Report Number**  2939-4295-77

## At a
## Glance  16 Accounts 0 Public Records 0 Hard Inquiries

## Personal Information

5 Names          9 Addresses          0 Employers          6 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

# Names

**AKMAL GRANT**

Name ID #879

**AKMAL J GRANT**

Name ID #24420

**AKMAL JAMAL GRANT**

Name ID #31871

**GRANT ANMAL**

Name ID #6050

**GRANT AKMAL**

Name ID #1978

# Addresses

142 WATERVALE DR SAINT AUGUSTINE FL, 32092-1768

Address ID #0931852843
Single family

14701 BARTRAM PARK BLVD APT612 JACKSONVILLE FL, 32258-5291

Address ID #0708920526
Multifamily

2325 COUNTRY SIDE DR ORANGE PARK FL, 32003-4907

Address ID #0591265121
Single family

2015 REED AVE JACKSONVILLE FL, 32207-8729

Address ID #0061566285
Single family

2325 COUNTRY SIDE DR APTI1 FLEMING ISLE FL, 32003-4907

Address ID #0900903181

161 OLD LOVERS LN APTI1 BOWLING GREEN KY, 42103-7933

Address ID #0877161042
Apartment complex

2834 CARTESIAN DR CHARLOTTE NC, 28214-8895

Address ID #0639554067
Single family

161 OLD LOVERS LN #1 BOWLING GREEN KY, 42103-7933

Address ID #0090717441
Apartment complex

142 WATERLINE DR JACKSONVILLE FL, 32259-2306

Address ID #0950186403
Single family

| Mar 2023 | $484 | $35 | $0 on 3/1/2023 |
| Feb 2023 | $115 | $35 | $0 on 2/1/2023 |
| Jan 2023 | $363 | $35 | $0 on 1/3/2023 |
| Dec 2022 | $364 | $35 | $0 on 12/1/2022 |
| Nov 2022 | $109 | $35 | $0 on 11/4/2022 |
| Oct 2022 | $238 | $35 | $0 on 10/5/2022 |
| Sep 2022 | $127 | $35 | $0 on 9/1/2022 |
| Aug 2022 | $446 | $35 | $0 on 8/2/2022 |
| Jul 2022 | $118 | $35 | $0 on 7/6/2022 |
| Jun 2022 | $9 | $9 | $0 on 6/2/2022 |
| May 2022 | $214 | $35 | $0 on 5/2/2022 |
| Apr 2022 | $131 | $35 | $0 on 4/3/2022 |
| Mar 2022 | $88 | $35 | $0 on 3/1/2022 |

## Additional info

Between Mar 2022 and Feb 2024, your credit limit/high balance was $13,600

 **Contact Info**

| Address | PO BOX 30939, |
| | SALT LAKE CITY UT 84130 |
| Phone Number | (800) 347-2683 |

# FREEDOM MORTGAGE CORP

**POTENTIALLY NEGATIVE**

 ## Account Info

| Account Name | FREEDOM MORTGAGE CORP | Balance | $359,798 |
|---|---|---|---|
| | | Balance Updated | 02/29/2024 |
| Account Number | | Recent Payment | $2,415 as of 2/14/2024 |
| Account Type | FHA Mortgage | Monthly Payment | $2,415 |
| Responsibility | Individual | Original Balance | $383,374 |
| Date Opened | 02/26/2021 | Highest Balance | - |
| Status | Open. | Terms | 30 Years |
| Status Updated | Dec 2023 | | |

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | — | — | — | — | — | — | — | — | — | — |
| 2023 | ✓ | 30 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 90 | ✓ |
| 2022 | — | — | — | — | — | — | — | — | ✓ | 30 | ✓ | ✓ |

✓   Current / Terms met

30   Past due 30 days

60   Past due 60 days

90   Past due 90 days

### Payment history guide

90 days past due as of Nov 2023

60 days past due as of Mar 2023 to Oct 2023

30 days past due as of Feb 2023, Oct 2022

By Oct 2029, this account is scheduled to go to a positive status.

 ## Balance Histories

Scheduled

| Date | Balance | Payment | Paid |
|------|---------|---------|------|
| Jan 2024 | $360,502 | $2,366 | $0 on 12/31/2023 |
| Nov 2023 | $361,607 | $2,366 | $2,366 on 11/15/2023 |
| Oct 2023 | $362,305 | $2,366 | $2,366 on 10/14/2023 |
| Sep 2023 | $363,002 | $2,366 | $2,366 on 9/14/2023 |
| Aug 2023 | $363,697 | $2,366 | $2,366 on 8/14/2023 |
| Jul 2023 | $364,391 | $2,366 | $2,432 on 7/26/2023 |
| Jun 2023 | $363,160 | $2,366 | $2,366 on 6/13/2023 |
| May 2023 | $363,850 | $2,366 | $2,366 on 5/8/2023 |
| Apr 2023 | $364,538 | $2,366 | $2,411 on 4/3/2023 |
| Mar 2023 | $365,269 | $2,366 | $0 on 12/7/2022 |
| Feb 2023 | $365,269 | $2,261 | $0 on 12/7/2022 |
| Jan 2023 | $365,269 | $2,261 | $0 on 12/7/2022 |
| Dec 2022 | $365,269 | $2,261 | $2,611 on 12/7/2022 |
| Nov 2022 | $372,644 | $2,261 | $13,335 on 11/18/2022 |
| Oct 2022 | $375,126 | $2,272 | $0 on 9/29/2022 |
| Sep 2022 | $375,801 | $2,272 | $2,272 on |

| | | | 9/14/2022 |
|---|---|---|---|
| **Aug 2022** | **$376,474** | **$2,272** | **$34,090 on 8/17/2022** |
| **Jul 2022** | **$406,972** | **$2,272** | **$0** |
| **Jun 2022** | **$405,369** | **$2,272** | **$0** |
| **May 2022** | **$403,764** | **$0** | **$0** |
| **Apr 2022** | **$402,143** | **$0** | **$0** |
| **Mar 2022** | **$400,534** | **$0** | **$0** |

### Additional info

The original amount of this account was $383,374

---



## Contact Info

Address          **951 W YAMATO RD STE 175,
BOCA RATON FL 33431**

---



## Comment

### Current:

---

Completed Investigation of FCRA dispute - consumer
disagrees.

### Previous:

---

Account information disputed by consumer (Meets
requirement of the Fair Credit Reporting Act).

Invalid date, Invalid date

---



## Reinvestigation Info

This item was updated from our processing of your
dispute in Jan 2023.

# EXHIBIT 26



# CREDIT REPORT

**AKMAL GRANT**

**Report Confirmation**

**4581405386**



## Dear AKMAL GRANT:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  **https://www.equifax.com/personal/credit-report-services/credit-dispute/**

- Please mail the dispute information to: .
  **Equifax Information Services LLC
  P.O. Box 740241
  Atlanta, GA 30374**

- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Mar 21, 2024 |
| **Credit File Status** | No fraud indicator on file |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 8 Years, 10 Months |
| **Length of Credit History** | 24 Years, 4 Months |
| **Accounts with Negative Information** | 8 |
| **Oldest Account** | DISCOVER BANK (Opened Nov 29, 1999) |
| **Most Recent Account** | BEST EGG (Opened Dec 26, 2023) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 5 | 3 | $6,083 | $18,117 | $24,200 | 25.0% | $183 |
| Mortgage | 1 | 1 | $360,502 | $22,872 | $383,374 | 94.0% | $2,366 |
| Installment | 2 | 2 | $48,196 | $5,710 | $53,906 | 89.0% | $1,134 |
| Other | | | | | | | |
| Total | 8 | 6 | $414,781 | $46,699 | $461,480 | 25.0% | $3,683 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 3 Items Found |
| **Inquiries** | 43 Inquiries Found |
| **Most Recent Inquiry** | CREDIT KARMA, INC Mar 15, 2024 |
| **Public Records** | 0 Records Found |
| **Collections** | 0 Collections Found |

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

## 3.1 FREEDOM MORTGAGE

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | XXXX | Reported Balance | $360,502 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | $375,126 | | | $365,269 |
| 2023 | | | | $364,538 | $363,850 | $363,160 | $364,391 | $363,697 | $363,002 | $362,305 | $361,607 | $360,502 |
| 2024 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | $2,272 | | | $2,366 |
| 2023 | | | | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 |
| 2024 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | $2,411 | $2,366 | $2,366 | $2,432 | $2,366 | $2,366 | $2,366 | $2,366 | $0 |
| 2024 | | | | | | | | | | | | |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | $383,374 | | | $383,374 |
| 2023 | | | | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 |
| 2024 | | | | | | | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | $4,278 | | | |
| 2023 | | | $0 | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Comments 1

| Date | Comment |
|------|---------|
| 11/2022 | Consumer disputes this account information |
| 04/2023 | Consumer disputes this account information |

**EQUIFAX**　　　　　AKMAL GRANT | Mar 21, 2024　　　　　Page 34 of 67

Summary  〉 Revolving  〉 Mortgage  〉 Installment  〉 Other  〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records〉 Collections

| Date | Comment |
|------|---------|
| 05/2023 | Consumer disputes this account information |
| 06/2023 | Consumer disputes this account information |
| 07/2023 | Consumer disputes this account information |
| 08/2023 | Consumer disputes this account information |
| 09/2023 | Consumer disputes this account information |
| 10/2023 | Consumer disputes this account information |
| 11/2023 | Consumer disputes this account information |
| 12/2023 | Consumer disputes this account information |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | | | | | | | | | | | | |
| 2023 | ✔ | 30 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 90 | ✔ |
| 2022 | | | | | | | | | ✔ | 30 | ✔ | ✔ |
| 2021 | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $383,374 | Owner | INDIVIDUAL |
|-------------|----------|-------|------------|
| Credit Limit | | Account Type | MORTGAGE |
| Terms Frequency | MONTHLY | Term Duration | 3 |
| Balance | $360,502 | Date Opened | Feb 26, 2021 |
| Amount Past Due | $0 | Date Reported | Feb 19, 2024 |
| Actual Payment Amount | $0 | Date of Last Payment | Dec 2023 |

EQUIFAX     AKMAL GRANT I Mar 21, 2024     Page 35 of 67

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

| | | | |
|---|---|---|---|
| **Date of Last Activity** | | **Scheduled Payment Amount** | $2,366 |
| **Months Reviewed** | 27 | **Delinquency First Reported** | |
| **Activity Designator** | | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Federal Housing Administration Real Estate Mortgage | **Date Closed** | |
| **Date of First Delinquency** | | | |

## Comments

Consumer disputes this account information

## Contact

FREEDOM MORTGAGE
10500 KINCAID DRIVE SUITE 300
FISHERS, IN  46037
1-855-690-5900

EQUIFAX     AKMAL GRANT | Mar 21, 2024     Page 36 of 67

Summary · Revolving · Mortgage · Installment · Other · Statements · Personal Info · Inquiries · Public Records · Collections

# EXHIBIT 26

August 7, 2024

Akmal Jamal Grant
142 Watervale Dr.
Saint Augustine, FL 32092
DOB:              1980
SSN:
ag562y@gmail.com
          3235

Freedom Mortgage
P.O. Box 50485
Indianapolis, IN 46250

Dear Sir of Madam:

I am writing to dispute the following information in my credit reports. I have enclosed a copy of the pertinent pages of the reports for your review.

The reports reflect a Freedom Mortgage account (account no. *****7289). Freedom Mortgage owns and services my mortgage. The report inaccurately states that I was past due 30 days in February 2023, 60 days from March 2023, through October 2023, and 90 days in November 2023. This is not accurate.

In August 2022 the Florida Department of Economic Opportunity awarded me assistance with my mortgage payments providing me with payments to catch up on my mortgage due to a forbearance I had previously and to cover payments moving forward for 7 months. When that assistance stopped I began making payments again. I'm attaching my mortgage statement dated 09/14/2023 as an example. That statement shows that I was not behind and was making payments. In December 2023 Freedom Mortgage informed me that the DEO had paid more than it should have and clawed back some money from Freedom. As soon as Freedom informed me of that I paid that money to Freedom immediately. In any event, I was not late during these months.

The inaccurate reporting of a balance which I do not owe has already negatively affected my credit worthiness.

Please reinvestigate this matter and delete this item as soon as possible.

Sincerely,

Akmal Jamal Grant
Enclosures: Credit report and mortgage statement.





# CREDIT REPORT

**AKMAL GRANT**

**Report Confirmation**

**4719325055**



**Dear AKMAL GRANT:**

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  **https://www.equifax.com/personal/credit-report-services/credit-dispute/**

- Please mail the dispute information to:
  **Equifax Information Services LLC
  P.O. Box 740241
  Atlanta, GA 30374**

- Call us at 866-349-5186

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Aug 06, 2024 |
| **Credit File Status** | No fraud indicator on file |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 9 Years, 2 Months |
| **Length of Credit History** | 24 Years, 9 Months |
| **Accounts with Negative Information** | 7 |
| **Oldest Account** | DISCOVER BANK (Opened Nov 29, 1999) |
| **Most Recent Account** | NAVY FEDERAL CREDIT UNION (Opened May 13, 2024) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 7 | 6 | $9,434 | $30,066 | $39,500 | 24.0% | $341 |
| Mortgage | 1 | 1 | $356,966 | $26,408 | $383,374 | 93.0% | $2,415 |
| Installment | 3 | 3 | $51,622 | $8,784 | $60,406 | 85.0% | $1,274 |
| Other | | | | | | | |
| Total | 11 | 10 | $418,022 | $65,258 | $483,280 | 24.0% | $4,030 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 3 Items Found |
| **Inquiries** | 60 Inquiries Found |
| **Most Recent Inquiry** | EQUIFAX - TALX Aug 06, 2024 |
| **Public Records** | 0 Records Found |
| **Collections** | 0 Collections Found |

EQUIFAX     AKMAL GRANT | Aug 06, 2024     Page 3 of 86

Summary > Revolving > Mortgage > Installment > Other > Statements > Personal Info > Inquiries > Public Records > Collections

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

## 3.1 FREEDOM MORTGAGE

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | XXXX | Reported Balance | $356,966 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | $376,474 | $375,801 | $375,126 | $375,126 |
| 2023 | $365,269 | $365,269 | $365,269 | $364,538 | $363,850 | $363,180 | $364,391 | $363,697 | $363,002 | $362,305 | $361,607 | $360,896 |
| 2024 | $360,502 | $359,798 | $359,093 | $358,386 | $357,677 | $356,966 | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | $2,272 | $2,272 | $2,272 | $2,272 |
| 2023 | $2,261 | $2,261 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 |
| 2024 | $2,366 | $2,415 | $2,415 | $2,415 | $2,415 | $2,415 | | | | | | |

#### Actual Payment

EQUIFAX     AKMAL GRANT | Aug 06, 2024     Page 44 of 86

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | $34,090 | $2,272 | | |
| 2023 | $2,611 | | | $2,411 | $2,366 | $2,366 | $2,432 | $2,366 | $2,366 | $2,366 | $2,366 | $11,834 |
| 2024 | | $2,415 | $2,415 | $2,496 | $2,481 | $2,481 | | | | | | |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | $383,374 | $383,374 | $383,374 | $383,374 |
| 2023 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 |
| 2024 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | $4,278 | $4,278 | $4,278 |
| 2023 | $0 | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Comments 1

| Date | Comment |
|------|---------|
| 01/2023 | Consumer disputes this account information |
| 02/2023 | Consumer disputes this account information |

EQUIFAX    AKMAL GRANT | Aug 06, 2024    Page 45 of 86

Summary > Revolving > Mortgage > Installment > Other > Statements > Personal Info > Inquiries > Public Records > Collections

| Date | Comment |
|------|---------|
| 03/2023 | Consumer disputes this account information |
| 04/2023 | Consumer disputes this account information |
| 05/2023 | Consumer disputes this account information |
| 06/2023 | Consumer disputes this account information |
| 07/2023 | Consumer disputes this account information |
| 08/2023 | Consumer disputes this account information |
| 09/2023 | Consumer disputes this account information |
| 10/2023 | Consumer disputes this account information |
| 11/2023 | Consumer disputes this account information |
| 12/2023 | Consumer disputes this account information |
| 01/2024 | Consumer disputes this account information |
| 02/2024 | Consumer disputes after resolution |
| 03/2024 | Consumer disputes after resolution |
| 04/2024 | Consumer disputes after resolution |
| 05/2024 | Consumer disputes after resolution |
| 06/2024 | Consumer disputes after resolution |

## Comments 2

| Date | Comment |
|------|---------|
| 03/2023 | Real estate mortgage |
| 04/2023 | Real estate mortgage |
| 05/2023 | Real estate mortgage |
| 06/2023 | Real estate mortgage |
| 07/2023 | Real estate mortgage |
| 08/2023 | Real estate mortgage |
| 09/2023 | Real estate mortgage |
| 10/2023 | Real estate mortgage |
| 11/2023 | Real estate mortgage |
| 12/2023 | Real estate mortgage |
| 01/2024 | Real estate mortgage |

| Date | Comment |
|------|---------|
| 02/2024 | Real estate mortgage |
| 03/2024 | Real estate mortgage |
| 04/2024 | Real estate mortgage |
| 05/2024 | Real estate mortgage |
| 06/2024 | Real estate mortgage |

## Comments 3

| Date | Comment |
|------|---------|
| 03/2023 | Fha mortgage |
| 04/2023 | Fha mortgage |
| 05/2023 | Fha mortgage |
| 06/2023 | Fha mortgage |
| 07/2023 | Fha mortgage |
| 08/2023 | Fha mortgage |
| 09/2023 | Fha mortgage |
| 10/2023 | Fha mortgage |
| 11/2023 | Fha mortgage |
| 12/2023 | Fha mortgage |
| 01/2024 | Fha mortgage |
| 02/2024 | Fha mortgage |
| 03/2024 | Fha mortgage |
| 04/2024 | Fha mortgage |
| 05/2024 | Fha mortgage |
| 06/2024 | Fha mortgage |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |

EQUIFAX     AKMAL GRANT | Aug 06, 2024     Page 47 of 86

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | 30 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 90 | ✔ |
| 2022 | | | | | | | | | ✔ | 30 | ✔ | ✔ |
| 2021 | | | | | | | | | | | | |

✔ Paid on Time          30 30 Days Past Due          60 60 Days Past Due          90 90 Days Past Due          120 120 Days Past Due

150 150 Days Past Due          180 180 Days Past Due          V Voluntary Surrender          F Foreclosure          C Collection Account

CO Charge-Off          B Included in Bankruptcy          R Repossession          TN Too New to Rate          No Data Available

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $383,374 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | MORTGAGE |
| Terms Frequency | MONTHLY | Term Duration | 30 YEARS |
| Balance | $356,966 | Date Opened | Feb 26, 2021 |
| Amount Past Due | - | Date Reported | Jun 30, 2024 |
| Actual Payment Amount | $2,481 | Date of Last Payment | Jun 2024 |
| Date of Last Activity | Jun 2024 | Scheduled Payment Amount | $2,415 |
| Months Reviewed | 33 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Federal Housing Administration Real Estate Mortgage | Date Closed | |

Date of First Delinquency

## Comments

Consumer disputes after resolution

Real estate mortgage

Fha mortgage

## Contact

FREEDOM MORTGAGE
11988 EXIT 5 PRKWY BLDG 4
Fishers, IN 46037-7939
(317) 537-3748

**Personal Credit Report for:**
**AKMAL GRANT**

**File Number:**
**417189327**

**Date Created:**
**08/06/2024**

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ☞.

## 🧍 Personal Information

You have been on our files since 11/01/1998. Your SSN has been masked for your protection.

**Credit Report Date**

08/06/2024

**Social Security Number**

XXX-XX-█

**Date of Birth**

12/02/1980

**Name**

AKMAL JAMAL GRANT

## Addresses

**Current Address**

142 WATERVALE DR SAINT AUGUSTINE, FL 32092-1768

**Date Reported**

03/27/2021

**Other Address**

3565 LOCHDALE TERRAC LEXINGTON, KY 40514

**Date Reported**

01/31/2007

## Phone Numbers

| Phone Number |
| --- |
| (859) 948-3235 |
| **Phone Number** |
| (904) 671-2423 |
| **Phone Number** |
| (948) 323-3235 |

## Employers

| Employer |
| --- |
| LIQUID WEB |
| **Date Verified**<br>05/09/2024 |

## 🏛 Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Payment/Remarks Key**

| Ratings | |
| --- | --- |
| OK | Current, paying or paid as agreed |
| N/R | Not Reported |
| X | Unknown |
| 30 | Account 30 days late |
| 60 | Account 60 days late |
| 90 | Account 90 days late |
| 120 | Account 120 or more days late |
| COL | Transferred to collection |
| VS | Voluntarily surrendered |
| RPO | Repossession |

| April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|
| **Balance** | **Balance** | **Balance** | **Balance** |
| - - - | - - - | - - - | **$0** |
| **Credit Limit** | **Credit Limit** | **Credit Limit** | **Credit Limit** |
| - - - | - - - | - - - | **$300** |
| **High Credit** | **High Credit** | **High Credit** | **High Credit** |
| - - - | - - - | - - - | **$660** |
| **Past Due** | **Past Due** | **Past Due** | **Past Due** |
| - - - | - - - | - - - | **$0** |
| **Amount Paid** | **Amount Paid** | **Amount Paid** | **Amount Paid** |
| - - - | - - - | - - - | **$0** |
| **Scheduled Payment** | **Scheduled Payment** | **Scheduled Payment** | **Scheduled Payment** |
| - - - | - - - | - - - | - - - |
| **Remarks** | **Remarks** | **Remarks** | **Remarks** |
| - - - | - - - | - - - | **CBC/CBG/CLO** |
| **Rating** | **Rating** | **Rating** | **Rating** |
| **OK** | **OK** | **OK** | **OK** |

**Total Month**

----------------------------------------------------------------

**FREEDOM MORTGAGE** ▮▮▮▮****

## Account Information

| | |
|---|---|
| **Address** | 11988 EXIT 5 PRKWY BLDG #4 FISHERS, IN 46037 |
| **Phone** | (866) 369-2012 |
| **Monthly Payment** | $2,415 |
| **Date Opened** | 02/26/2021 |
| **Responsibility** | Individual Account |
| **Account Type** | Mortgage Account |
| **Loan Type** | FHA REAL ESTATE MORTGAGE |
| **Balance** | $356,966 |

| **Date Updated** | 06/30/2024 |
|---|---|
| **Payment Received** | $2,481 |
| **Last Payment Made** | 06/26/2024 |
| **Pay Status** | Current; Paid or Paying as Agreed |
| **Terms** | $2,415 per month, paid Monthly for 360 months |
| **High Balance (Hist.)** | High balance of $383,374 from 10/2022 to 01/2023; $383,374 from 12/2023 to 06/2024 |

**Payment History**

| September 2021 | October 2021 | November 2021 | December 2021 | January 2022 | February 2022 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - |
| Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X |

| March 2022 | April 2022 | May 2022 | June 2022 | July 2022 | August 2022 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - |
| Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X |

| September 2022 | October 2022 | November 2022 | December 2022 | January 2023 | February 2023 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | $375,126 | $372,644 | $365,269 | $365,269 | - - - |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | $4,278 | $0 | $0 | $0 | - - - |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| - - - | $0 | $13,335 | $2,611 | $0 | - - - |
| Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment |
| - - - | $2,272 | $2,261 | $2,261 | $2,261 | - - - |
| Remarks | Remarks | Remarks | Remarks | Remarks | Remarks |
| - - - | - - - | - - - | AID | DRC | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | 30 | OK | OK | OK | 30 |

| March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | Remarks | Remarks | Remarks | Remarks | Remarks |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| 60 | 60 | 60 | 60 | 60 | 60 |

| September 2023 | October 2023 | November 2023 | December 2023 | January 2024 | February 2024 |
|---|---|---|---|---|---|
| Balance --- | Balance --- | Balance --- | Balance $360,896 | Balance $360,502 | Balance $359,798 |
| Past Due --- | Past Due --- | Past Due --- | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid --- | Amount Paid --- | Amount Paid --- | Amount Paid $11,834 | Amount Paid $0 | Amount Paid $2,415 |
| Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment $2,366 | Scheduled Payment $2,366 | Scheduled Payment $2,415 |
| Remarks --- | Remarks --- | Remarks --- | Remarks DRC | Remarks DRC | Remarks DRC |
| Rating 60 | Rating 60 | Rating 90 | Rating OK | Rating OK | Rating OK |

| March 2024 | April 2024 | May 2024 | June 2024 |
|---|---|---|---|
| Balance $359,093 | Balance $358,386 | Balance $357,677 | Balance $356,966 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $2,415 | Amount Paid $2,496 | Amount Paid $2,481 | Amount Paid $2,481 |
| Scheduled Payment $2,415 | Scheduled Payment $2,415 | Scheduled Payment $2,415 | Scheduled Payment $2,415 |
| Remarks DRC | Remarks DRC | Remarks DRC | Remarks DRC |
| Rating OK | Rating OK | Rating OK | Rating OK |

Total Month

----------------------------------------------------------------------

**NAVY FEDERAL CR UN** ***

## Account Information

**Address**                                          POB 3700 MERRIFIELD, VA 22119

**Phone**                                            (800) 914-9494

8/6/24, 2:38 PM                                         Annual Credit Report - Experian

Prepared For

# AKMAL GRANT

**Personal & Confidential**

**Date Generated**  Aug 6, 2024

**Report Number**  2049-4349-69



## At a Glance          **18 Accounts**          **0 Public Records**          **1 Hard Inquiries**

## Personal Information

5 Names          9 Addresses          0 Employers          6 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to
see small variations in reported personal information, like names and addresses. For security reasons,
many of these items can't be disputed online, but don't worry—they don't affect your credit score.

---

### Names

| | | | |
|---|---|---|---|
| **AKMAL GRANT** <br> Name ID #879 | **AKMAL J GRANT** <br> Name ID #24420 | **AKMAL JAMAL GRANT** <br> Name ID #31871 | **GRANT ANMAL** <br> Name ID #6050 |
| **GRANT AKMAL** <br> Name ID #1978 | | | |

## Addresses

**142 WATERVALE DR SAINT AUGUSTINE FL, 32092-1768**

Address ID #0931852843
Single family

**14701 BARTRAM PARK BLVD APT612 JACKSONVILLE FL, 32258-5291**

Address ID #0708920526
Multifamily

**2325 COUNTRY SIDE DR ORANGE PARK FL, 32003-4907**

Address ID #0591265121
Single family

**2015 REED AVE JACKSONVILLE FL, 32207-8729**

Address ID #0061566285
Single family

**2325 COUNTRY SIDE DR APT11 FLEMING ISLE FL, 32003-4907**

Address ID #0900903181

**161 OLD LOVERS LN APT11 BOWLING GREEN KY, 42103-7933**

Address ID #0877161042
Apartment complex

**2834 CARTESIAN DR CHARLOTTE NC, 28214-8895**

Address ID #0639554067
Single family

**161 OLD LOVERS LN #1 BOWLING GREEN KY, 42103-7933**

Address ID #0090717441
Apartment complex

**142 WATERLINE DR JACKSONVILLE FL, 32259-2306**

Address ID #0950186403
Single family

## Year of Birth

**1980**

## Phone Numbers

| (859) 948-3235 | (859) 230-0952 | (859) 272-7790 |
|---|---|---|
| Cellular | Cellular | Residential |

## Notices

This address has pertained to a business: 142 WATERVALE DR ST AUGUSTINE FL 32092.

ENGINEERING-MANAGEMENT SERVICE: 142 WATERVALE DR, ST AUGUSTINE, FL, 32092.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.



### AFFIRM INC

#### Account Info

| | |
|---|---|
| Account Name | **AFFIRM INC** |
| Account Number | |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **05/29/2024** |
| Status | **Open/Never late.** |
| Status Updated | **Jul 2024** |
| Balance | **$168** |
| Balance Updated | **07/03/2024** |
| Recent Payment | **$35 as of 6/29/2024** |
| Monthly Payment | **$35** |
| Original Balance | **$199** |
| Highest Balance | **-** |
| Terms | **6 Months** |

Annual Credit Report - Experian

Between Aug 2022 and Jun 2024, your credit limit/high balance was $13,600

## Contact Info

| | |
|---|---|
| Address | PO BOX 30939, SALT LAKE CITY UT 84130 |
| Phone Number | (800) 347-2683 |

## FREEDOM MORTGAGE CORP
### POTENTIALLY NEGATIVE

### Account Info

| | |
|---|---|
| Account Name | FREEDOM MORTGAGE CORP |
| Account Number | ███████ |
| Account Type | FHA Mortgage |
| Responsibility | Individual |
| Date Opened | 02/26/2021 |
| Status | Open. |
| Status Updated | Dec 2023 |
| Balance | $355,966 |
| Balance Updated | 06/30/2024 |
| Recent Payment | $2,481 as of 6/26/2024 |
| Monthly Payment | $2,415 |
| Original Balance | $383,274 |
| Highest Balance | - |
| Terms | 30 Years |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | — | — | — | — | — | — |
| 2023 | ✔ | 30 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 90 | ✔ |
| 2022 | — | — | — | — | — | — | — | — | ✔ | 30 | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |

**Payment history guide**

90 days past due as of Nov 2023

60 days past due as of Mar 2023 to Oct 2023

30 days past due as of Feb 2023, Oct 2022

By Oct 2029, this account is scheduled to go to a positive status.

---

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2024 | $357,677 | $2,415 | $2,481 on 5/29/2024 |
| Apr 2024 | $358,386 | $2,415 | $2,496 on 4/26/2024 |
| Mar 2024 | $359,093 | $2,415 | $2,415 on 3/15/2024 |
| Feb 2024 | $359,798 | $2,415 | $2,415 on 2/14/2024 |
| Jan 2024 | $360,502 | $2,366 | $0 on 12/31/2023 |
| Nov 2023 | $361,607 | $2,366 | $2,366 on 11/15/2023 |
| Oct 2023 | $362,305 | $2,366 | $2,366 on 10/14/2023 |
| Sep 2023 | $363,002 | $2,366 | $2,366 on 9/14/2023 |
| Aug 2023 | $363,697 | $2,366 | $2,366 on 8/14/2023 |
| Jul 2023 | $364,391 | $2,366 | $2,432 on 7/26/2023 |
| Jun 2023 | $363,160 | $2,366 | $2,366 on 6/13/2023 |
| May 2023 | $363,850 | $2,366 | $2,366 on 5/8/2023 |
| Apr 2023 | $364,538 | $2,366 | $2,411 on 4/3/2023 |
| Mar 2023 | $365,269 | $2,366 | $0 on 12/7/2022 |
| Feb 2023 | $365,269 | $2,261 | $0 on 12/7/2022 |
| Jan 2023 | $365,269 | $2,261 | $0 on 12/7/2022 |
| Dec 2022 | $365,269 | $2,261 | $2,611 on 12/7/2022 |
| Nov 2022 | $372,644 | $2,261 | $13,335 on 11/18/2022 |
| Oct 2022 | $375,126 | $2,272 | $0 on 9/29/2022 |
| Sep 2022 | $375,801 | $2,272 | $2,272 on 9/14/2022 |
| Aug 2022 | $376,474 | $2,272 | $34,090 on 8/17/2022 |

### Additional Info

The original amount of this account was $383,374



### Contact Info

Address                                         11988 EXIT 5 PKWY,
                                                FISHERS IN 46037



### Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

Completed investigation of FCRA dispute - consumer disagrees.

**Feb 2024 to May 2024**

Account information disputed by consumer (Meets requirement
of the Fair Credit Reporting Act).

**Jan 2024, Dec 2022**



### Reinvestigation Info

This item was updated from our processing of your dispute in Jan
2023.

## NAVY FEDERAL CR UNION



### Account Info

| | |
|---|---|
| Account Name | NAVY FEDERAL CR UNION |
| Account Number | ▮▮▮▮▮▮▮ |
| Account Type | Secured Loan |
| Responsibility | Individual |
| Date Opened | 05/13/2024 |
| Status | Open/Never late. |
| Status Updated | Jul 2024 |
| Balance | $6,369 |
| Balance Updated | 07/31/2024 |
| Recent Payment | $140 |
| Monthly Payment | $140 |



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
FREEDOM MORTGAGE®   DALLAS, TX 75261-9063

ELECTRONIC ONLY STATEMENT

# Mortgage Statement
### Statement Date 09/14/23

2-807-00812-0012498-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

## Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |
| **Loan Number** | |
| **Payment Due Date** | 10/01/23 |

## Amount Due** $2,366.94
If payment is received after 10/16/23, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

## Account Information

| | |
|---|---|
| Outstanding Principal | $363,002.83 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $4,854.75 |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $696.96 |
| Interest | $945.32 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$2,366.94** |

## Transaction Activity  (08/15/23 - 09/14/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 09/05/23 | 08/01/23 | 09/05/23 | $253.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 09/14/23 | 09/01/23 | 09/14/23 | $2,366.94 | $947.31 | $695.35 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $695.15 | $4,188.79 |
| Interest | $947.13 | $5,709.89 |
| Escrow (Taxes and Insurance) | $724.66 | $4,347.96 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $65.69 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$2,366.94** | **$14,312.33** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

## Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FREEDOM MORTGAGE®

LOAN NUMBER:                          AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

## Amount Due

| | |
|---|---|
| **Due By 10/01/23:** | **$2,366.94** |
| $65.69 late fee will be charged after 10/16/23 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| **Total Amount Enclosed $** | |

Make check payable to Freedom Mortgage

☐  To change mailing address and/or contact information, check here and complete form on back.

## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 877-233-5843 |

### ELECTRONIC TRANSFERS - ERRORS OR QUESTIONS

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-0324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-222-9005.

For questions regarding Hazard Loss Drafts, please call 888-810-7318. You may also fax any required Loss Draft information to 866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax # provided above or via email to FreedomPayoffRequest@freedommortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

---

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

807-a35912-10188 REV 1021B

---

## Change of Mailing Address / Contact Information
### Please provide your contact information below.

Name_____

New Address_____

City_____ State_____ Zip_____

Home Phone #_____ Business Phone #_____ Ext._____

Email_____

Cell Phone #_____ ☐ I consent for Freedom Mortgage to contact me via this cell phone number.



# EXHIBIT 27

August 7, 2024

Akmal Jamal Grant
142 Watervale Dr.
Saint Augustine, FL 32092
DOB: 12/02/1980 ██████████

ag562y@gmail.com
859-948-█235

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Dear Sir of Madam:

I am writing to dispute the following information in my TransUnion credit report. I have enclosed a copy of the pertinent pages of the report for your review.

The report reflects a Freedom Mortgage account (account no. ███████****). Freedom Mortgage owns and services my mortgage. The report inaccurately states that I was past due 30 days in February 2023, 60 days from March 2023, through October 2023, and 90 days in November 2023. This is not accurate.

In August 2022 the Florida Department of Economic Opportunity awarded me assistance with my mortgage payments providing me with payments to catch up on my mortgage due to a forbearance I had previously and to cover payments moving forward for 7 months. When that assistance stopped I began making payments again. I'm attaching my mortgage statement dated 09/14/2023 as an example. That statement shows that I was not behind and was making payments. In December 2023 Freedom Mortgage informed me that the DEO had paid more than it should have and clawed back some money from Freedom. As soon as Freedom informed me of that I paid that money to Freedom immediately. In any event, I was not late during these months.

The inaccurate reporting of a balance which I do not owe has already negatively affected my credit worthiness.

Please reinvestigate this matter and delete this item as soon as possible.

Sincerely,

Akmal Jamal Grant
Enclosures: Credit Report and mortgage statement.



Personal Credit Report for:
**AKMAL GRANT**

File Number:
**417189327**

Date Created:
**08/06/2024**

Visit **transunion.com/dispute** to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at **www.transunion.com/credit-help** ☑️.

## 👤 Personal Information

You have been on our files since 11/01/1998. Your SSN has been masked for your protection.

**Credit Report Date**

08/06/2024

**Social Security Number**



**Date of Birth**



**Name**

AKMAL JAMAL GRANT

## Addresses

**Current Address**

142 WATERVALE DR SAINT AUGUSTINE, FL 32092-1768

**Date Reported**

03/27/2021

**Other Address**

3565 LOCHDALE TERRAC LEXINGTON, KY 40514

**Date Reported**

01/31/2007

## Phone Numbers

| Phone Number |
|---|
| (859) 948-3235 |
| **Phone Number** |
| (904) 671-2423 |
| **Phone Number** |
| (948) 323-3235 |

## Employers

| Employer |
|---|
| LIQUID WEB |
| **Date Verified**<br>05/09/2024 |

## 🏛 Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

### Payment/Remarks Key

**Ratings**

- **OK**  Current, paying or paid as agreed
- **N/R**  Not Reported
- **X**  Unknown
- **30**  Account 30 days late
- **60**  Account 60 days late
- **90**  Account 90 days late
- **120**  Account 120 or more days late
- **COL**  Transferred to collection
- **VS**  Voluntarily surrendered
- **RPO**  Repossession

| April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>$0 |
| Credit Limit<br>- - - | Credit Limit<br>- - - | Credit Limit<br>- - - | Credit Limit<br>$300 |
| High Credit<br>- - - | High Credit<br>- - - | High Credit<br>- - - | High Credit<br>$660 |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>$0 |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>$0 |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>CBC/CBG/CLO |
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK |

Total Month

**FREEDOM MORTGAGE** •••

## Account Information

| Address | 11988 EXIT 5 PRKWY BLDG #4 FISHERS, IN 46037 |
|---|---|
| **Phone** | (866) 369-2012 |
| **Monthly Payment** | $2,415 |
| **Date Opened** | 02/26/2021 |
| **Responsibility** | Individual Account |
| **Account Type** | Mortgage Account |
| **Loan Type** | FHA REAL ESTATE MORTGAGE |
| **Balance** | $356,966 |

| Date Updated | 06/30/2024 |
|---|---|
| Payment Received | $2,481 |
| Last Payment Made | 06/26/2024 |
| Pay Status | Current; Paid or Paying as Agreed |
| Terms | $2,415 per month, paid Monthly for 360 months |
| High Balance (Hist.) | High balance of $383,374 from 10/2022 to 01/2023; $383,374 from 12/2023 to 06/2024 |

**Payment History**

| September 2021 | October 2021 | November 2021 | December 2021 | January 2022 | February 2022 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - |
| Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X |

| March 2022 | April 2022 | May 2022 | June 2022 | July 2022 | August 2022 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - |
| Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X | Rating<br>X |

| September 2022 | October 2022 | November 2022 | December 2022 | January 2023 | February 2023 |
|---|---|---|---|---|---|
| Balance --- | Balance $375,126 | Balance $372,644 | Balance $365,269 | Balance $365,269 | Balance --- |
| Past Due --- | Past Due $4,278 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due --- |
| Amount Paid --- | Amount Paid $0 | Amount Paid $13,335 | Amount Paid $2,611 | Amount Paid $0 | Amount Paid --- |
| Scheduled Payment --- | Scheduled Payment $2,272 | Scheduled Payment $2,261 | Scheduled Payment $2,261 | Scheduled Payment $2,261 | Scheduled Payment --- |
| Remarks --- | Remarks --- | Remarks --- | Remarks AID | Remarks DRC | Remarks --- |
| Rating OK | Rating 30 | Rating OK | Rating OK | Rating OK | Rating 30 |

| March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 |
|---|---|---|---|---|---|
| Balance --- | Balance --- | Balance --- | Balance --- | Balance --- | Balance --- |
| Past Due --- | Past Due --- | Past Due --- | Past Due --- | Past Due --- | Past Due --- |
| Amount Paid --- | Amount Paid --- | Amount Paid --- | Amount Paid --- | Amount Paid --- | Amount Paid --- |
| Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- |
| Remarks --- | Remarks --- | Remarks --- | Remarks --- | Remarks --- | Remarks --- |
| Rating 60 | Rating 60 | Rating 60 | Rating 60 | Rating 60 | Rating 60 |

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

## 3.1 FREEDOM MORTGAGE

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx | Reported Balance | $356,253 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

**Balance**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | $375,126 | $375,126 |
| 2023 | $365,269 | $365,269 | $365,269 | $364,538 | $363,850 | $363,160 | $364,391 | $363,697 | $363,002 | $362,305 | $361,607 | $360,896 |
| 2024 | $360,502 | $359,798 | $359,093 | $358,386 | $357,677 | $356,966 | $356,253 | $356,253 | | | | |

**Scheduled Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | $2,272 | $2,272 |
| 2023 | $2,261 | $2,261 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 |
| 2024 | $2,366 | $2,415 | $2,415 | $2,415 | $2,415 | $2,415 | $2,415 | $2,415 | | | | |

**Actual Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | $2,611 | | | $2,411 | $2,366 | $2,366 | $2,432 | $2,366 | $2,366 | $2,366 | $2,366 | $11,834 |
| 2024 | | $2,415 | $2,415 | $2,496 | $2,481 | $2,481 | $2,481 | $2,481 | | | | |

**Credit Limit**

EQUIFAX    AKMAL GRANT | Oct 03, 2024    Page 36 of 73

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**10:35**     📶 5G 🔋

<     **Account Details**

**Experian Credit Report**
As of: **Today**

## FREEDOM MORTGAGE CORP
████ **XXX**

| | |
|---|---|
| Original Creditor | - |
| Company Sold | - |
| Account Type | **FHA Mortgage** |
| Date Opened | **Feb 26, 2021** |
| Open/Closed | **Open** |
| Status | **Open.** |
| Status Updated | **Dec 2023** |
| Balance | **$355,539** |
| Balance Updated | **Aug 31, 2024** |
| Last Payment Date | **Aug 28, 2024** |
| Paid Off | **7%** |
| Monthly Payment | **$2,415** |
| Original Balance | **$383,374** |
| Terms | **30 Years** |
| Responsibility | **Individual** |

Your Statement:

-

Comments:
Completed investigation of FCRA dispute - consumer disagrees

Contact Info:
**(800) 220-3333**

**951 W YAMATO RD STE 175**
**BOCA RATON, FL 33431**

## 24-month payment history

**If you want to see your full payment history, log in using a web browser.**

   

10/24    09/24    08/24    07/24

## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 877-233-5843 |

## CUSTOMER CARE: 855-690-5900     or     WEBSITE: www.freedommortgage.com

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-9334 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-222-9005.

For questions regarding Hazard Loss Drafts, please call 888-810-7318. You may also fax any required Loss Draft information to 866-751-9365.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors, please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such Servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

## PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax # provided above or via email to FreedomPayoffRequest@FreedomMortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. You must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

807-435Q12-10188 REV 1021B

## LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

---

## Change of Mailing Address / Contact Information
### Please provide your contact information below.

Name _____

New Address _____

City _____ State _____ Zip _____

Home Phone # _____ Business Phone # _____ Ext. _____

Email _____

Cell Phone # _____  ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# EXHIBIT 28

| | |
|---|---|
| **File Number:** | 417189327 |
| **Date Issued:** | 08/21/2024 |

**Page 5 of 6**

# Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED: A change was made to the item(s) based on your dispute and other information has also changed.**

**FREEDOM MORTGAGE #**▉▉▉***** ( 11988 EXIT 5 PRKWY BLDG #4, FISHERS, IN 46037, (866) 369-2012 )
We investigated the information you disputed and updated: **Balance; Date Updated; Last Payment Made; Rating; Mortgage Info; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 02/26/2021 | **Balance:** | $356,253 | **Pay Status:** | Current; Paid or Paying as Agreed |
| **Responsibility:** | Individual Account | **Date Updated:** | 07/31/2024 | | |
| **Account Type:** | Mortgage Account | **Payment Received:** | 07/25/2024 ($2,481) | **Terms:** | $2,415 per month, paid Monthly for 360 months |
| **Loan Type:** | FHA REAL ESTATE MORTGAGE | **Last Payment Made:** | 07/25/2024 | | >Maximum Delinquency of 90 days in 11/2023< |
| | | **High Balance:** | $383,374 | | |

**Remarks: DISP INVG COMP-CONSUM DISAGRS**

| | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | 180 | 60 | 60 | 90 | 60 |

| | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 60 | 60 | 60 | 30 | OK | OK | OK | 30 | OK | X | X |

| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

0048703050000-PK0G300100467

8/6/24, 2:38 PM                              Annual Credit Report - Experian

Prepared For

# AKMAL GRANT

**Personal & Confidential**

Date Generated   Aug 6, 2024

Report Number   2049-4349-69

## At a Glance

| **18 Accounts** | **0 Public Records** | **1 Hard Inquiries** |

## Personal Information

| 5 Names | 9 Addresses | 0 Employers | 6 Other Records |

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

### Names

| **AKMAL GRANT** Name ID #879 | **AKMAL J GRANT** Name ID #24420 | **AKMAL JAMAL GRANT** Name ID #31871 | **GRANT ANMAL** Name ID #6050 |
| **GRANT AKMAL** Name ID #1978 | | | |

Annual Credit Report - Experian

## Addresses

| | | | |
|---|---|---|---|
| **142 WATERVALE DR SAINT AUGUSTINE FL, 32092-1768** Address ID #0931852843 Single family | **14701 BARTRAM PARK BLVD APT612 JACKSONVILLE FL, 32258-5291** Address ID #0708920526 Multifamily | **2325 COUNTRY SIDE DR ORANGE PARK FL, 32003-4907** Address ID #0591265121 Single family | **2015 REED AVE JACKSONVILLE FL, 32207-8729** Address ID #0061566285 Single family |
| **2325 COUNTRY SIDE DR APT11 FLEMING ISLE FL, 32003-4907** Address ID #0900903181 | **161 OLD LOVERS LN APT11 BOWLING GREEN KY, 42103-7933** Address ID #0877161042 Apartment complex | **2834 CARTESIAN DR CHARLOTTE NC, 28214-8895** Address ID #0639554067 Single family | **161 OLD LOVERS LN #1 BOWLING GREEN KY, 42103-7933** Address ID #0090717441 Apartment complex |
| **142 WATERLINE DR JACKSONVILLE FL, 32259-2306** Address ID #0950186403 Single family | | | |

## Year of Birth

**1980**

09/04/24

AKMAL JAMAL GRANT

Account Number 

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/15/24 | 03/15/24 | 03/01/24 | PAYMENT | 2415.64 | 705.30 | 936.98 | 773.36 | 0.00 | 0.00 | |
| 04/04/24 | 04/04/24 | 03/01/24 | FHA ENMASSE | -247.26 | 0.00 | 0.00 | -247.26 | 0.00 | 0.00 | |
| 04/16/24 | 04/16/24 | 04/01/24 | PAYMENT | 2415.64 | 707.14 | 935.14 | 773.36 | 0.00 | 0.00 | |
| 04/23/24 | 04/23/24 | 03/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 04/23/24 | 04/23/24 | 03/01/24 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 04/23/24 | 04/23/24 | 03/01/24 | PAYMENT REVERSAL | -2415.64 | -707.14 | -935.14 | -773.36 | 0.00 | 0.00 | |
| 04/23/24 | 04/23/24 | 03/01/24 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | F |
| 04/26/24 | 04/26/24 | 04/01/24 | PAYMENT | 2481.33 | 707.14 | 935.14 | 773.36 | 0.00 | 65.69 | L |
| 04/26/24 | 04/26/24 | 04/01/24 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | F |
| 05/07/24 | 05/07/24 | 04/01/24 | FHA ENMASSE | -247.26 | 0.00 | 0.00 | -247.26 | 0.00 | 0.00 | |
| 05/17/24 | 05/17/24 | 04/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 05/17/24 | 05/17/24 | 04/01/24 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 05/29/24 | 05/29/24 | 05/01/24 | PAYMENT | 2481.33 | 708.98 | 933.30 | 773.36 | 0.00 | 65.69 | L |
| 06/05/24 | 06/05/24 | 05/01/24 | FHA ENMASSE | -247.26 | 0.00 | 0.00 | -247.26 | 0.00 | 0.00 | |
| 06/18/24 | 06/18/24 | 05/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 06/18/24 | 06/18/24 | 05/01/24 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 06/26/24 | 06/26/24 | 06/01/24 | PAYMENT | 2481.33 | 710.83 | 931.45 | 773.36 | 0.00 | 65.69 | L |
| 07/02/24 | 07/02/24 | 06/01/24 | FHA ENMASSE | -247.26 | 0.00 | 0.00 | -247.26 | 0.00 | 0.00 | |
| 07/17/24 | 07/17/24 | 06/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 07/17/24 | 07/17/24 | 06/01/24 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 07/25/24 | 07/25/24 | 07/01/24 | PAYMENT | 2481.33 | 712.68 | 929.60 | 773.36 | 0.00 | 65.69 | L |

B= *Buydown/Subsidy*         F= *Fee Payment*         L= *Late Charges*         N= *Unapplied*

09/04/24

AKMAL JAMAL GRANT

Account Number 

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/23 | 12/15/23 | 02/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/15/23 | 02/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/01/22 | 02/01/22 | PAYMENT REVERSAL | 0.00 | -684.27 | -958.01 | -724.66 | 0.00 | 2366.94 | N |
| 12/15/23 | 12/07/22 | 02/01/23 | CURTAILMENT REVERSAL | -244.94 | -244.94 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 12/15/23 | 12/15/23 | 01/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/15/23 | 01/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 11/14/22 | 01/01/23 | PAYMENT REVERSAL | 0.00 | -681.86 | -960.42 | -619.31 | 0.00 | 2261.59 | N |
| 12/15/23 | 11/14/22 | 12/01/22 | PAYMENT REVERSAL | 0.00 | -680.09 | -962.19 | -619.31 | 0.00 | 2261.59 | N |
| 12/15/23 | 12/15/23 | 12/01/22 | CASH RECEIPT | 10828.94 | 0.00 | 0.00 | 0.00 | 0.00 | 10828.94 | N |
| 12/15/23 | 12/19/22 | 01/01/23 | PAYMENT | 0.00 | 680.09 | 962.19 | 619.31 | 0.00 | -2261.59 | N |
| 12/15/23 | 04/03/23 | 02/01/23 | PAYMENT | 0.00 | 681.86 | 960.42 | 619.31 | 0.00 | -2261.59 | N |
| 12/15/23 | 05/08/23 | 03/01/23 | PAYMENT | 0.00 | 683.63 | 958.65 | 724.66 | 0.00 | -2366.94 | N |
| 12/15/23 | 06/13/23 | 04/01/23 | PAYMENT | 0.00 | 685.41 | 956.87 | 724.66 | 0.00 | -2366.94 | N |
| 12/15/23 | 07/21/23 | 05/01/23 | PAYMENT | 0.00 | 687.20 | 955.08 | 724.66 | 0.00 | -2366.94 | LN |
| 12/15/23 | 08/14/23 | 06/01/23 | PAYMENT | 0.00 | 688.99 | 953.29 | 724.66 | 0.00 | -2366.94 | LN |
| 12/15/23 | 09/14/23 | 07/01/23 | PAYMENT | 0.00 | 690.78 | 951.50 | 724.66 | 0.00 | -2366.94 | LN |
| 12/15/23 | 10/16/23 | 08/01/23 | PAYMENT | 0.00 | 692.58 | 949.70 | 724.66 | 0.00 | -2366.94 | LN |
| 12/19/23 | 12/19/23 | 08/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/19/23 | 12/19/23 | 08/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/26/23 | 12/26/23 | 08/01/23 | LATE CHARGE WAIVED | 65.69 | 0.00 | 0.00 | 0.00 | 0.00 | 65.69 | L |
| 12/26/23 | 12/26/23 | 08/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.69 | L |
| 12/26/23 | 12/26/23 | 08/01/23 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.69 | L |
| 12/29/23 | 12/29/23 | 09/01/23 | PAYMENT | 1713.08 | 694.38 | 947.90 | 724.66 | 0.00 | -653.86 | N |
| 12/29/23 | 12/29/23 | 10/01/23 | PAYMENT | 2366.94 | 696.19 | 946.09 | 724.66 | 0.00 | 0.00 | |
| 12/29/23 | 12/29/23 | 11/01/23 | PAYMENT | 2366.94 | 698.00 | 944.28 | 724.66 | 0.00 | 0.00 | |
| 01/01/24 | 12/31/23 | 12/01/23 | PAYMENT | 2366.94 | 699.82 | 942.46 | 724.66 | 0.00 | 0.00 | |
| 01/01/24 | 12/30/23 | 01/01/24 | PAYMENT | 2366.94 | 701.64 | 940.64 | 724.66 | 0.00 | 0.00 | |
| 01/05/24 | 01/05/24 | 01/01/24 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 01/12/24 | 01/12/24 | 01/01/24 | LATE CHARGE WAIVED | 394.14 | 0.00 | 0.00 | 0.00 | 0.00 | 394.14 | L |
| 01/12/24 | 01/12/24 | 01/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 394.14 | L |
| 01/12/24 | 01/11/24 | 01/01/24 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 394.14 | L |
| 02/06/24 | 02/06/24 | 01/01/24 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 02/09/24 | 02/09/24 | 01/01/24 | INSURANCE ENMASSE | -1138.76 | 0.00 | 0.00 | -1138.76 | 0.00 | 0.00 | |
| 02/14/24 | 02/14/24 | 02/01/24 | PAYMENT | 2415.64 | 703.47 | 938.81 | 773.36 | 0.00 | 0.00 | |
| 03/05/24 | 03/05/24 | 02/01/24 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |

B= *Buydown/Subsidy*        F= *Fee Payment*        L= *Late Charges*        N= *Unapplied*

60 days past due as of Mar 2023 to Oct 2023

30 days past due as of Feb 2023, Oct 2022

By Oct 2029, this account is scheduled to go to a positive status.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| May 2024 | $357,677 | $2,415 | $2,481 on 5/29/2024 |
| Apr 2024 | $358,386 | $2,415 | $2,496 on 4/26/2024 |
| Mar 2024 | $359,093 | $2,415 | $2,415 on 3/15/2024 |
| Feb 2024 | $359,798 | $2,415 | $2,415 on 2/14/2024 |
| Jan 2024 | $360,502 | $2,366 | $0 on 12/31/2023 |
| Nov 2023 | $361,607 | $2,366 | $2,366 on 11/15/2023 |
| Oct 2023 | $362,305 | $2,366 | $2,366 on 10/14/2023 |
| Sep 2023 | $363,002 | $2,366 | $2,366 on 9/14/2023 |
| Aug 2023 | $363,697 | $2,366 | $2,366 on 8/14/2023 |
| Jul 2023 | $364,391 | $2,366 | $2,432 on 7/26/2023 |
| Jun 2023 | $363,160 | $2,366 | $2,366 on 6/13/2023 |
| May 2023 | $363,850 | $2,366 | $2,366 on 5/8/2023 |
| Apr 2023 | $364,538 | $2,366 | $2,411 on 4/3/2023 |
| Mar 2023 | $365,269 | $2,366 | $0 on 12/7/2022 |
| Feb 2023 | $365,269 | $2,261 | $0 on 12/7/2022 |
| Jan 2023 | $365,269 | $2,261 | $0 on 12/7/2022 |
| Dec 2022 | $365,269 | $2,261 | $2,611 on 12/7/2022 |
| Nov 2022 | $372,644 | $2,261 | $13,335 on 11/18/2022 |
| Oct 2022 | $375,126 | $2,272 | $0 on 9/29/2022 |
| Sep 2022 | $375,801 | $2,272 | $2,272 on 9/14/2022 |
| Aug 2022 | $376,474 | $2,272 | $34,090 on 8/17/2022 |

09/04/24

AKMAL JAMAL GRANT

Account Number 

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/07/23 | 08/07/23 | 07/01/23 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 08/14/23 | 08/14/23 | 08/01/23 | PAYMENT | 2366.94 | 693.34 | 948.94 | 724.66 | 0.00 | 0.00 | |
| 09/05/23 | 09/05/23 | 08/01/23 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 09/14/23 | 09/14/23 | 09/01/23 | PAYMENT | 2366.94 | 695.15 | 947.13 | 724.66 | 0.00 | 0.00 | |
| 10/05/23 | 10/05/23 | 09/01/23 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 10/16/23 | 10/14/23 | 10/01/23 | PAYMENT | 2366.94 | 696.96 | 945.32 | 724.66 | 0.00 | 0.00 | |
| 11/06/23 | 11/06/23 | 10/01/23 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 11/10/23 | 11/10/23 | 10/01/23 | TAX ENMASSE | -5124.80 | 0.00 | 0.00 | -5124.80 | 0.00 | 0.00 | |
| 11/15/23 | 11/15/23 | 11/01/23 | PAYMENT | 2366.94 | 698.78 | 943.50 | 724.66 | 0.00 | 0.00 | |
| 12/05/23 | 12/05/23 | 11/01/23 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 12/15/23 | 12/15/23 | 10/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/15/23 | 10/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 11/15/23 | 10/01/23 | PAYMENT REVERSAL | -2366.94 | -698.78 | -943.50 | -724.66 | 0.00 | 0.00 | |
| 12/15/23 | 12/15/23 | 09/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/15/23 | 09/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 10/14/23 | 09/01/23 | PAYMENT REVERSAL | -2366.94 | -696.96 | -945.32 | -724.66 | 0.00 | 0.00 | |
| 12/15/23 | 12/15/23 | 08/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/15/23 | 08/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 09/14/23 | 08/01/23 | PAYMENT REVERSAL | -2366.94 | -695.15 | -947.13 | -724.66 | 0.00 | 0.00 | |
| 12/15/23 | 12/15/23 | 07/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/15/23 | 07/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 08/14/23 | 07/01/23 | PAYMENT REVERSAL | -2366.94 | -693.34 | -948.94 | -724.66 | 0.00 | 0.00 | |
| 12/15/23 | 12/15/23 | 06/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/15/23 | 06/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 07/26/23 | 06/01/23 | PAYMENT REVERSAL | -510.25 | -691.54 | -950.74 | -724.66 | 0.00 | 1856.69 | LN |
| 12/15/23 | 12/15/23 | 05/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/15/23 | 05/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 06/13/23 | 05/01/23 | PAYMENT REVERSAL | -2366.94 | -689.75 | -952.53 | -724.66 | 0.00 | 0.00 | |
| 12/15/23 | 12/15/23 | 04/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/15/23 | 04/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 05/08/23 | 04/01/23 | PAYMENT REVERSAL | -2366.94 | -687.96 | -954.32 | -724.66 | 0.00 | 0.00 | |
| 12/15/23 | 04/03/23 | 04/01/23 | CURTAILMENT REVERSAL | -45.00 | -45.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 12/15/23 | 12/15/23 | 03/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 12/15/23 | 03/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 12/15/23 | 04/03/23 | 03/01/23 | PAYMENT REVERSAL | -2366.94 | -686.05 | -956.23 | -724.66 | 0.00 | 0.00 | |

B= *Buydown/Subsidy*          F= *Fee Payment*          L= *Late Charges*          N= *Unapplied*



09/04/24

Account Number 

AKMAL JAMAL GRANT

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/15/22 | 11/15/22 | 11/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.57 | F |
| 11/15/22 | 11/15/22 | 11/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 435.00 | F |
| 11/15/22 | 11/15/22 | 11/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1305.00 | F |
| 11/15/22 | 11/15/22 | 11/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | F |
| 11/15/22 | 11/15/22 | 11/01/22 | CASH RECEIPT | 2272.67 | 0.00 | 0.00 | 0.00 | 0.00 | 2272.67 | N |
| 11/15/22 | 11/15/22 | 11/01/22 | TAX ENMASSE | -4917.16 | 0.00 | 0.00 | -4917.16 | 0.00 | 0.00 | |
| 11/18/22 | 11/18/22 | 12/01/22 | PAYMENT | 0.00 | 678.29 | 963.99 | 619.31 | 0.00 | -2261.59 | N |
| 11/18/22 | 11/18/22 | 12/01/22 | ADDITIONAL PRINCIPAL | 0.00 | 11.08 | 0.00 | 0.00 | 0.00 | -11.08 | N |
| 12/01/22 | 12/01/22 | 12/01/22 | CASH RECEIPT | 6539.83 | 0.00 | 0.00 | 0.00 | 0.00 | 6539.83 | N |
| 12/01/22 | 11/14/22 | 01/01/23 | PAYMENT | 0.00 | 680.09 | 962.19 | 619.31 | 0.00 | -2261.59 | N |
| 12/01/22 | 11/14/22 | 02/01/23 | PAYMENT | 0.00 | 681.86 | 960.42 | 619.31 | 0.00 | -2261.59 | N |
| 12/06/22 | 12/06/22 | 02/01/23 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | |
| 12/07/22 | 12/07/22 | 02/01/23 | ADDITIONAL PRINCIPAL | 244.94 | 244.94 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 12/07/22 | 12/07/22 | 02/01/23 | REFUND ENMASSE | -930.85 | 0.00 | 0.00 | -930.85 | 0.00 | 0.00 | |
| 12/19/22 | 12/19/22 | 02/01/23 | CASH RECEIPT | 2272.67 | 0.00 | 0.00 | 0.00 | 0.00 | 2272.67 | N |
| 12/27/22 | 12/01/22 | 03/01/23 | PAYMENT | 0.00 | 684.27 | 958.01 | 724.66 | 0.00 | -2366.94 | N |
| 01/04/23 | 12/08/22 | 03/01/23 | REFUND MANUAL | 930.85 | 0.00 | 0.00 | 930.85 | 0.00 | 0.00 | |
| 01/05/23 | 01/05/23 | 03/01/23 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | |
| 01/11/23 | 01/11/23 | 03/01/23 | REFUND MANUAL | -930.85 | 0.00 | 0.00 | -930.85 | 0.00 | 0.00 | |
| 02/06/23 | 02/06/23 | 03/01/23 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | |
| 02/07/23 | 02/07/23 | 03/01/23 | INSURANCE ENMASSE | -769.13 | 0.00 | 0.00 | -769.13 | 0.00 | 0.00 | |
| 03/07/23 | 03/07/23 | 03/01/23 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | |
| 04/03/23 | 04/03/23 | 04/01/23 | PAYMENT | 2366.94 | 686.05 | 956.23 | 724.66 | 0.00 | 0.00 | |
| 04/03/23 | 04/03/23 | 04/01/23 | ADDITIONAL PRINCIPAL | 45.00 | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04/05/23 | 04/05/23 | 04/01/23 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 05/05/23 | 05/05/23 | 04/01/23 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 05/08/23 | 05/08/23 | 05/01/23 | PAYMENT | 2366.94 | 687.96 | 954.32 | 724.66 | 0.00 | 0.00 | |
| 06/08/23 | 06/08/23 | 05/01/23 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 06/13/23 | 06/13/23 | 06/01/23 | PAYMENT | 2366.94 | 689.75 | 952.53 | 724.66 | 0.00 | 0.00 | |
| 07/04/23 | 07/04/23 | 06/01/23 | FHA ENMASSE | -253.15 | 0.00 | 0.00 | -253.15 | 0.00 | 0.00 | |
| 07/18/23 | 07/18/23 | 06/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 07/18/23 | 07/18/23 | 06/01/23 | LATE CHARGE ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.69 | L |
| 07/21/23 | 07/21/23 | 06/01/23 | SINGLE REC REVERSAL | -1922.38 | 0.00 | 0.00 | 0.00 | 0.00 | -1922.38 | N |
| 07/21/23 | 07/21/23 | 06/01/23 | CASH RECEIPT | 1922.38 | 0.00 | 0.00 | 0.00 | 0.00 | 1922.38 | N |
| 07/26/23 | 07/26/23 | 07/01/23 | PAYMENT | 510.25 | 691.54 | 950.74 | 724.66 | 0.00 | -1856.69 | LN |

B= *Buydown/Subsidy*        F= *Fee Payment*        L= *Late Charges*        N= *Unapplied*


157140-00176744-0 [PAG.0] [DOC 27 21/28 Id.38982075]

## CONTACT INFORMATION

**To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.**

| PAYMENT PROCESSING | OVERNIGHT | TO SUBMIT A RESPA QUALIFIED WRITTEN REQUEST ("QWR") | REQUEST FOR PAYOFF/ GENERAL CORRESPONDENCE |
|---|---|---|---|
| Freedom Mortgage P.O. Box 6656 Chicago IL 60680-6656 | Freedom Mortgage 10500 Kincaid Drive, Suite 111 Fishers, IN 46037-9764 | Freedom Mortgage P.O. Box 50428 Indianapolis, IN 46250-0401 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250-0485 Fax: 877-233-5843 |

## CUSTOMER CARE 855-690-5900

In case of errors or questions about your electronic transfers telephone us at 855-690-5900 or write us at P.O. Box 50428, Indianapolis, IN 46250-0401 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## IMPORTANT INFORMATION

**REAL ESTATE TAXES** are paid from a tax bill issued by your local taxing authority. It is not necessary for you to forward any regular tax bills to us. If we need your tax bill, we will request it from you in writing. If you receive a delinquent, adjusted, or corrected tax bill please forward it to: Freedom Mortgage, P.O. Box 22670, Rochester, NY 14692. You may also fax it to 817-826-0410. Supplemental bills are often taxed in addition to yearly real estate tax bills and are your responsibility to pay. They are not collected through your escrow account.

**HAZARD INSURANCE** It is your responsibility to maintain proper and sufficient hazard insurance coverage for your property. Hazard insurance includes Fire and Extended coverage and, where required, Flood Insurance. To protect our mutual interest in the property, we require evidence of proper insurance. If you fail to provide evidence, we will purchase Lender Placed coverage on your behalf, not including your equity, and charge your escrow account.

Policy renewals and invoices are due thirty (30) days prior to the expiration of the existing policy. Please notify your agent to ensure that we are listed on the policy and that a copy, which includes your loan number, is either faxed to our Insurance Department at 866-751-9324 or mailed to: Freedom Mortgage Corporation, ISAOA / ATIMA, P.O. Box 5050, Troy, MI 48007-5050. For general questions regarding hazard insurance, please call 866-222-9005.

For questions regarding Hazard Loss Drafts, please call 866-810-7318. You may also fax any required Loss Draft information to 866-751-9265.

**IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTIES** and would like to speak to one of our counselors please call 855-690-5900.

**U.S. MILITARY** Servicemembers on "active duty" or "active service" or a spouse or dependent of such servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers' Civil Relief Act ("SCRA"). If you are a servicemember on active duty or believe you are eligible for such SCRA benefits, please notify our Customer Care Department at 855-690-5900.

## PAYMENT INFORMATION

**Payment Crediting** - If you are enrolled in automatic payment drafting, your payment will be credited each month on the date selected at the time of enrollment. One-time payments made online or by phone will be credited effective the date you selected when submitting the payment. Please note that it may take up to 1-2 business days for your payment to be displayed in your transaction history.

**Phone payments or Automatic (ACH) payments** - To pay by phone please call the Customer Care number provided above. To establish or cancel your ACH program, please contact Customer Care at the number provided above at least three business days prior to the next scheduled draft date.

**Web** - You can make your payments online, simply visit us at www.freedommortgage.com

**Unapplied / Partial Payments** - Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest-bearing account until enough funds are received to apply to a full periodic payment.

**Payoff Quote** - This statement does not contain the amount required to pay your loan in full and may not reflect all third-party fees (if applicable) or all amounts due. To obtain a payoff quote, please send your request in writing to the address or fax it provided above or via email to FreedomPayoffRequest@FreedomMortgage.com. You may also contact Customer Care at the number provided above.

**Payments by Mail** - To avoid processing delays make your check or money order payable to Freedom Mortgage and include your loan number. Please do not send cash or correspondence with your payment.

**Avoid Late Charges and Protect Your Credit** - We may furnish information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Any payments received after the late payment date noted on your coupon will be assessed a late fee.

**Additional Principal Payments** - Depending upon the terms of your loan agreement, you may be able to pay additional principal on your loan. We must receive additional principal payments on or before your payment due date. Include additional principal with your regular payment and indicate the amount in the space provided on your coupon.

**Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

## LOSS MITIGATION OPTIONS

If you are experiencing financial difficulties, we are here to help you. Call us today to learn more about your Loss Mitigation options at 855-690-5900 or by visiting our website at www.freedommortgage.com.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

You may obtain a list of HUD approved, non-profit homeowners counseling organizations serving your residential area by calling toll free 800-569-4287 or by visiting the HUD website at www.hud.gov.

807-X35912-10188 REV 1021B

---

### Change of Mailing Address / Contact Information
Please provide your contact information below.

Name_____

New Address_____

City_____ State_____ Zip_____

Home Phone #_____ Business Phone #_____ Ext._____

Email_____

Cell Phone #_____   ☐ I consent for Freedom Mortgage to contact me via this cell phone number.

# EXHIBIT 29

August 7, 2024

Akmal Jamal Grant
142 Watervale Dr.
Saint Augustine, FL 32092
DOB: ███
SSN: ███
aa562w@gmail.com
███ 3235

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

Dear Sir of Madam:

I am writing to dispute the following information in my Equifax credit report. I have enclosed a copy of the pertinent pages of the report for your review.

The report reflects a Freedom Mortgage account (account no. *****7289). Freedom Mortgage owns and services my mortgage. The report inaccurately states that I was past due 30 days in February 2023, 60 days from March 2023, through October 2023, and 90 days in November 2023. This is not accurate.

In August 2022 the Florida Department of Economic Opportunity awarded me assistance with my mortgage payments providing me with payments to catch up on my mortgage due to a forbearance I had previously and to cover payments moving forward for 7 months. When that assistance stopped I began making payments again. I'm attaching my mortgage statement dated 09/14/2023 as an example. That statement shows that I was not behind and was making payments. In December 2023 Freedom Mortgage informed me that the DEO had paid more than it should have and clawed back some money from Freedom. As soon as Freedom informed me of that I paid that money to Freedom immediately. In any event, I was not late during these months.

The inaccurate reporting of a balance which I do not owe has already negatively affected my credit worthiness.

Please reinvestigate this matter and delete this item as soon as possible.

Sincerely,

Akmal Jamal Grant
Enclosures: Credit report and mortgage statement.



# CREDIT REPORT

**AKMAL GRANT**

**Report Confirmation**

**4719325055**



## Dear AKMAL GRANT:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the internet 24 hours a day, 7 days a week at:
  https://www.equifax.com/personal/credit-report-services/credit-dispute/

- Please mail the dispute information to:
  **Equifax Information Services LLC**
  **P.O. Box 740241**
  **Atlanta, GA 30374**

- Call us at 866-349-5186

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: 1-877-SCORE-11.

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Aug 06, 2024 |
| **Credit File Status** | No fraud indicator on file |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 9 Years, 2 Months |
| **Length of Credit History** | 24 Years, 9 Months |
| **Accounts with Negative Information** | 7 |
| **Oldest Account** | DISCOVER BANK (Opened Nov 29, 1999) |
| **Most Recent Account** | NAVY FEDERAL CREDIT UNION (Opened May 13, 2024) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 7 | 6 | $9,434 | $30,066 | $39,500 | 24.0% | $341 |
| Mortgage | 1 | 1 | $356,966 | $26,408 | $383,374 | 93.0% | $2,415 |
| Installment | 3 | 3 | $51,622 | $8,784 | $60,406 | 85.0% | $1,274 |
| Other | | | | | | | |
| Total | 11 | 10 | $418,022 | $65,258 | $483,280 | 24.0% | $4,030 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 3 Items Found |
| **Inquiries** | 60 Inquiries Found |
| **Most Recent Inquiry** | EQUIFAX - TALX Aug 06, 2024 |
| **Public Records** | 0 Records Found |
| **Collections** | 0 Collections Found |

09/04/24

AKMAL JAMAL GRANT

Account Number

142 WATERVALE DR

SAINT AUGUSTINE          FL 32092-0000

Collateral  142 WATERVALE DR

| | | | | | |
|---|---|---|---|---|---|
| Original Balance | 383374.00 | P&I Payment | 1642.28 | Next Due Date | 09/01/24 |
| Current Balance | 355539.27 | Escrow Payment | 773.36 | Last Payment Date | 08/28/24 |
| Escrow Balance | 4148.15 | Opt Ins Payment | 0.00 | Current Interest Rate | 3.12500 |
| Unapplied Balance | 0.00 | Buydown | 0.00 | | |
| Fee Balance | 0.00 | Total Payment | 2415.64 | | |

History from undefined through undefined        Beginning statement balance undefined    Ending statement balance undefined

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 08/03/21 | 08/03/21 | 03/01/22 | FHA MANUAL | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 08/23/21 | 08/23/21 | 03/01/22 | FHA MANUAL | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 09/08/21 | 04/01/21 | 04/01/21 | PAYMENT REVERSAL | -500.97 | 0.00 | 0.00 | -500.97 | 0.00 | 0.00 |
| 09/08/21 | 04/01/21 | 04/01/21 | PAYMENT | 500.97 | 0.00 | 0.00 | 500.97 | 0.00 | 0.00 |
| 09/13/21 | 09/13/21 | 04/01/21 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 F |
| 09/15/21 | 09/15/21 | 04/01/21 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 F |
| 10/07/21 | 10/07/21 | 04/01/21 | FHA ENMASSE | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 11/03/21 | 11/03/21 | 04/01/21 | TAX ENMASSE | -1041.88 | 0.00 | 0.00 | -1041.88 | 0.00 | 0.00 |
| 11/08/21 | 11/08/21 | 04/01/21 | FHA ENMASSE | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 12/06/21 | 12/06/21 | 04/01/21 | FHA ENMASSE | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 01/06/22 | 01/06/22 | 04/01/21 | FHA ENMASSE | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 02/03/22 | 02/03/22 | 04/01/21 | INSURANCE ENMASSE | -672.46 | 0.00 | 0.00 | -672.46 | 0.00 | 0.00 |
| 02/04/22 | 02/04/22 | 04/01/21 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 F |
| 02/08/22 | 02/08/22 | 04/01/21 | FHA ENMASSE | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 02/21/22 | 02/21/22 | 04/01/21 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 F |
| 03/04/22 | 03/04/22 | 04/01/21 | FHA ENMASSE | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 04/06/22 | 04/06/22 | 04/01/21 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 04/07/22 | 04/07/22 | 04/01/21 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 F |

B= *Buydown/Subsidy*          F= *Fee Payment*          L= *Late Charges*          N= *Unapplied*

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | $34,090 | $2,272 | | |
| 2023 | $2,611 | | | $2,411 | $2,366 | $2,366 | $2,432 | $2,366 | $2,366 | $2,366 | $2,366 | $11,834 |
| 2024 | | $2,415 | $2,415 | $2,496 | $2,481 | $2,481 | | | | | | |

### High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | $383,374 | $383,374 | $383,374 | $383,374 |
| 2023 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 |
| 2024 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | $383,374 | | | | | | |

### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

### Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | $4,278 | $4,278 | $4,278 |
| 2023 | $0 | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

### Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

### Comments 1

| Date | Comment |
|------|---------|
| 01/2023 | Consumer disputes this account information |
| 02/2023 | Consumer disputes this account information |

EQUIFAX     AKMAL GRANT | Aug 06, 2024     Page 45 of 86

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

| Date | Comment |
|------|---------|
| 03/2023 | Consumer disputes this account information |
| 04/2023 | Consumer disputes this account information |
| 05/2023 | Consumer disputes this account information |
| 06/2023 | Consumer disputes this account information |
| 07/2023 | Consumer disputes this account information |
| 08/2023 | Consumer disputes this account information |
| 09/2023 | Consumer disputes this account information |
| 10/2023 | Consumer disputes this account information |
| 11/2023 | Consumer disputes this account information |
| 12/2023 | Consumer disputes this account information |
| 01/2024 | Consumer disputes this account information |
| 02/2024 | Consumer disputes after resolution |
| 03/2024 | Consumer disputes after resolution |
| 04/2024 | Consumer disputes after resolution |
| 05/2024 | Consumer disputes after resolution |
| 06/2024 | Consumer disputes after resolution |

## Comments 2

| Date | Comment |
|------|---------|
| 03/2023 | Real estate mortgage |
| 04/2023 | Real estate mortgage |
| 05/2023 | Real estate mortgage |
| 06/2023 | Real estate mortgage |
| 07/2023 | Real estate mortgage |
| 08/2023 | Real estate mortgage |
| 09/2023 | Real estate mortgage |
| 10/2023 | Real estate mortgage |
| 11/2023 | Real estate mortgage |
| 12/2023 | Real estate mortgage |
| 01/2024 | Real estate mortgage |

| Date | Comment |
|---|---|
| 02/2024 | Real estate mortgage |
| 03/2024 | Real estate mortgage |
| 04/2024 | Real estate mortgage |
| 05/2024 | Real estate mortgage |
| 06/2024 | Real estate mortgage |

## Comments 3

| Date | Comment |
|---|---|
| 03/2023 | Fha mortgage |
| 04/2023 | Fha mortgage |
| 05/2023 | Fha mortgage |
| 06/2023 | Fha mortgage |
| 07/2023 | Fha mortgage |
| 08/2023 | Fha mortgage |
| 09/2023 | Fha mortgage |
| 10/2023 | Fha mortgage |
| 11/2023 | Fha mortgage |
| 12/2023 | Fha mortgage |
| 01/2024 | Fha mortgage |
| 02/2024 | Fha mortgage |
| 03/2024 | Fha mortgage |
| 04/2024 | Fha mortgage |
| 05/2024 | Fha mortgage |
| 06/2024 | Fha mortgage |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | 30 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 90 | ✔ |
| 2022 | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ✔ | 30 | ✔ | ✔ |
| 2021 | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ░ |

| | | | | | |
|---|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ░ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $383,374 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | MORTGAGE |
| Terms Frequency | MONTHLY | Term Duration | 30 YEARS |
| Balance | $356,966 | Date Opened | Feb 26, 2021 |
| Amount Past Due | | Date Reported | Jun 30, 2024 |
| Actual Payment Amount | $2,481 | Date of Last Payment | Jun 2024 |
| Date of Last Activity | Jun 2024 | Scheduled Payment Amount | $2,415 |
| Months Reviewed | 33 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Federal Housing Administration Real Estate Mortgage | Date Closed | |
| Date of First Delinquency | | | |

## Comments

Consumer disputes after resolution

Real estate mortgage

Fha mortgage

## Contact

FREEDOM MORTGAGE
11988 EXIT 5 PRKWY BLDG 4
Fishers, IN  46037-7939
(317) 537-3748

EQUIFAX                AKMAL GRANT I Aug 06, 2024                Page 48 of 86

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

# EXHIBIT 30









# EXHIBIT 31

FREEDOM MORTGAGE CORPORATION
3001 TECHNOLOGY DRIVE
EDMOND OK 73013

27 4 SP 2.310   157140.176744.38982075-P:27 T:1

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768



1/13/23, 1:07 PM

Detail History

01/13/23

Account Number

AKMAL JAMAL GRANT

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 02/04/22 | 02/04/22 | 04/01/21 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 F |
| 02/08/22 | 02/08/22 | 04/01/21 | FHA Enmasse | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 02/21/22 | 02/21/22 | 04/01/21 | Fee Waived | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 F |
| 03/04/22 | 03/04/22 | 04/01/21 | FHA Enmasse | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 04/06/22 | 04/06/22 | 04/01/21 | FHA Enmasse | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 04/07/22 | 04/07/22 | 04/01/21 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 F |
| 04/28/22 | 04/28/22 | 04/01/21 | Fee Waived | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 F |
| 05/05/22 | 05/05/22 | 04/01/21 | FHA Enmasse | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 05/25/22 | 05/25/22 | 04/01/21 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 F |
| 06/07/22 | 06/07/22 | 04/01/21 | FHA Enmasse | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 07/07/22 | 07/07/22 | 04/01/21 | FHA Enmasse | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 08/08/22 | 08/08/22 | 04/01/21 | FHA Enmasse | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 08/10/22 | 08/10/22 | 04/01/21 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 08/17/22 | 08/17/22 | 04/01/21 | Cash Receipt | 34090.05 | 0.00 | 0.00 | 0.00 | 0.00 | 34090.05 N |
| 08/22/22 | 08/22/22 | 04/01/21 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.57 F |
| 09/06/22 | 08/17/22 | 07/01/22 | Miscellaneous | 0.00 | 9862.35 | 14771.85 | 9455.05 | 0.00 | -34090.05 N |
| 09/07/22 | 09/07/22 | 07/01/22 | FHA Enmasse | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 09/14/22 | 09/14/22 | 08/01/22 | Payment | 2272.67 | 671.27 | 971.01 | 630.39 | 0.00 | 0.00 |
| 10/06/22 | 10/06/22 | 08/01/22 | FHA Enmasse | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 10/10/22 | 10/10/22 | 09/01/22 | Payment | 2272.67 | 673.02 | 969.26 | 630.39 | 0.00 | 0.00 |
| 11/08/22 | 11/08/22 | 09/01/22 | FHA Enmasse | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 11/15/22 | 11/15/22 | 11/01/22 | Payment | 1889.77 | 1351.30 | 1933.26 | -3667.46 | 0.00 | 4278.24 FN |
| 11/18/22 | 11/18/22 | 12/01/22 | Miscellaneous | 0.00 | 689.37 | 963.99 | 619.31 | 0.00 | -2272.67 N |
| 12/01/22 | 12/01/22 | 02/01/23 | Payment | 6539.83 | 1361.95 | 1922.61 | 1238.62 | 0.00 | 2016.65 N |
| 12/06/22 | 12/06/22 | 02/01/23 | FHA Enmasse | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 12/07/22 | 12/07/22 | 02/01/23 | Payment | -685.91 | 244.94 | 0.00 | -930.85 | 0.00 | 0.00 |
| 12/19/22 | 12/19/22 | 02/01/23 | Cash Receipt | 2272.67 | 0.00 | 0.00 | 0.00 | 0.00 | 2272.67 N |
| 12/27/22 | 12/01/22 | 03/01/23 | Payment | 0.00 | 684.27 | 958.01 | 724.66 | 0.00 | -2366.94 N |
| 01/04/23 | 12/08/22 | 03/01/23 | Refund Manual | 930.85 | 0.00 | 0.00 | 930.85 | 0.00 | 0.00 |
| 01/05/23 | 01/05/23 | 03/01/23 | FHA Enmasse | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 |
| 01/11/23 | 01/11/23 | 03/01/23 | Refund Manual | -930.85 | 0.00 | 0.00 | -930.85 | 0.00 | 0.00 |

B= Buydown/Subsidy          F= Fee Payment          L= Late Charges          N= Unapplied          C= Uncollected





FREEDOM MORTGAGE*
P.O. Box 50485, Indianapolis, IN 46250-0485

**FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

2/23/24, 1:42 PM                                          CARE Admin - User Message Reply

February 23, 2024

Dear Akmal Jamal Grant,

Thank you for contacting Freedom Mortgage Corporation ("Freedom Mortgage"). We received your request via our website on February 14, 2024, regarding the credit reporting. We appreciate the opportunity to assist you and hope you find the following information helpful.

After researching the account, we have determined that there is no evidence of inaccurate reporting and that the loan is being accurately reported to the four major credit bureaus. According to the Fair Credit Reporting Act (FCRA), we must report factual data. We have verified delinquency reporting for the months of October 2022, and February 2023, to November 2023 per Freedom Mortgage records as valid. Freedom Mortgage does not change credit reporting as a courtesy or facilitate the restoration of credit.

If you believe there is any discrepancy, please provide a copy of the credit report(s) showing the disputed information, a full bank statement, and/or front and back copies of canceled checks for the payment(s) in question. You may send it by attaching it via fax to 1-866-505-0948 or via mail to the address listed below.

Freedom Mortgage Corporation
P.O. Box 50485
Indianapolis, IN 46250-0485

Freedom Mortgage is obligated by federal law to provide timely and accurate credit reporting with regard to loan status, payment history, and loan information. The contractual obligations are to make full monthly payments on the first of each month. Payments received after the month in which they are due will be reported to the credit bureaus accordingly. The information reported to the four major credit bureaus properly reflects your payment history and loan information. We are, therefore, unable to make changes to the reported information.

If you need to speak with a Customer Care Representative, please call Monday through Friday 8:00am to 8:00pm and Saturday 9:00am to 2:00pm Eastern Time at (855) 690-5900.

Sincerely,



2/23/24, 1:42 PM                                    CARE Admin - User Message Reply

**Customer Care Team**
**Freedom Mortgage Corporation**

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS
SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS
COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY,
AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL
LIABILITY FOR SUCH OBLIGATION.
----------------------Previous Message--------------------
I would like to dispute all late payments reported from Feb 2023 – Nov 2023. These payments were
marked late on my credit report due to a recall of funds from HAF on Dec 14 2023. The funds that were
recalled were from back in January of 2023. Apparently, HAF over paid freedom mortgage and didn't
realize it until almost 1 year later. My original approval letter from HAF on 8/2022 stated they would pay
past due mortgage(forbearance) and 7months going forward which would put my first payment due in
March 2023. I had no way of knowing how or why they over paid. I have paid my mortgage as agreed
every month since HAF funds stopped in March 2023 including the large December balance that came
after the over 6k in funds were recalled halfway through December as evident in each monthly statement
sent to me in 2023. I have been advised by your team to reach out to HAF to get a letter stating that the
error was on their end and not my own. Unfortunately, the Florida HAF phone number has been
disconnected and my countless emails sent to the address on the site have gone unanswered. As you can
imagine these 10 late mortgage payments ranging from 30–90 days has destroyed my credit rating. I ask
that you please remove those late payments from my credit report as the error was not mine and I have
been timely on my payments. Thank you. Akmal G

1/13/23, 1:08 PM                                                    Account Connect Admin

January 13, 2023

Dear Akmal Jamal Grant,

Thank you for contacting Freedom Mortgage Corporation ("Freedom Mortgage"). We received your requests via our website on January 4, 2023, regarding the information furnished to the Credit Reporting Agencies (CRAs). We appreciate the opportunity to assist you and hope you find the following helpful information.

We are unable to honor your request to update the credit reporting. The delinquency for October 2022 is accurate as reported. We received the October 1, 2022  payment on November 15, 2022. Enclosed is a payment history for your review and records.

The contractual obligation is to make full monthly payments on the first of each month. According to the Fair Credit Reporting Act ("FCRA"), we must report factual data and we are unable to retract the delinquency. If further research is requested, please provide a copy of the Credit Report(s) showing the disputed information.

If you need to speak with a Customer Care Representative, please call Monday through Friday 8:00 am – 8:00 pm and Saturday 9:00 am – 2:00 pm Eastern Time at (855) 690-5900.


Sincerely,


Customer Care Team
Freedom Mortgage Corporation

We appreciate any feedback you can provide regarding your conversation with us. Please complete this quick survey.


Enclosure(s)

**FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

----------------------Previous Message--------------------
I was approved for the HAF funds on 8/15/22 and passed the information over to Freedom Mortgage immediately. The past due of $34,090.45 was payed in September of 2022 with the future 7 payments to follow from HAF. I have attached the approval letters for HAF. If there is any other information you need please reach out to me. Thank you.

01/13/23

AKMAL JAMAL GRANT

Account Number

142 WATERVALE DR

SAINT AUGUSTINE      FL 32092-0000

Collateral  142 WATERVALE DR

| Original Balance | 383374.00 | P&I Payment | 1642.28 | Next Due Date | 04/01/23 |
|---|---|---|---|---|---|
| Current Balance | 367191.62 | Escrow Payment | 724.66 | Last Payment Date | 12/01/22 |
| Escrow Balance | 3312.54 | Opt Ins Payment | 0.00 | Current Interest Rate | 3.12500 |
| Unapplied Balance | 0.00 | Buydown | 0.00 | | |
| Fee Balance | 0.00 | Total Payment | 2366.94 | | |

History from 01/01/13 through 01/13/23   Beginning statement balance   383374.00   Ending statement balance   367191.62

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/21 | 03/23/21 | 04/01/21 | Admin Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/24/21 | 03/24/21 | 04/01/21 | Cash Receipt | 1456.98 | 0.00 | 0.00 | 1456.98 | 0.00 | 0.00 |
| 04/02/21 | 04/02/21 | 03/01/22 | FHA Manual | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 04/16/21 | 04/16/21 | 04/01/21 | Payment | 2272.67 | 643.91 | 998.37 | 630.39 | 0.00 | 0.00 |
| 05/04/21 | 05/04/21 | 03/01/22 | FHA Manual | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 06/02/21 | 06/02/21 | 03/01/22 | FHA Manual | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 07/02/21 | 07/02/21 | 03/01/22 | FHA Manual | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 08/03/21 | 08/03/21 | 03/01/22 | FHA Manual | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 08/23/21 | 08/23/21 | 03/01/22 | FHA Manual | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 09/08/21 | 04/01/21 | 04/01/21 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/13/21 | 09/13/21 | 04/01/21 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 F |
| 09/15/21 | 09/15/21 | 04/01/21 | Fee Waived | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 F |
| 10/07/21 | 10/07/21 | 04/01/21 | FHA Enmasse | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 11/03/21 | 11/03/21 | 04/01/21 | Tax Enmasse | -1041.88 | 0.00 | 0.00 | -1041.88 | 0.00 | 0.00 |
| 11/08/21 | 11/08/21 | 04/01/21 | FHA Enmasse | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 12/06/21 | 12/06/21 | 04/01/21 | FHA Enmasse | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 01/06/22 | 01/06/22 | 04/01/21 | FHA Enmasse | -264.40 | 0.00 | 0.00 | -264.40 | 0.00 | 0.00 |
| 02/03/22 | 02/03/22 | 04/01/21 | Ins Enmasse | -672.46 | 0.00 | 0.00 | -672.46 | 0.00 | 0.00 |

B= *Buydown/Subsidy*        F= *Fee Payment*        L= *Late Charges*        N= *Unapplied*        C= *Uncollected*





**FREEDOM MORTGAGE'**
P.O. Box 50485, Indianapolis, IN 46250-0485

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE, FL 32092

September 4, 2024

Re: Loan number █████████

Dear Akmal Jamal Grant,

Thank you for contacting Freedom Mortgage Corporation ("Freedom Mortgage"). We received a request via mail on August 13, 2023, regarding your credit reporting. We appreciate the opportunity to assist you and hope you find the following information helpful.

After researching the account, we have determined that there is no evidence of inaccurate reporting and that the loan is being accurately reported to the four major credit bureaus. We have verified delinquency reporting for 2023 and 2024 per Freedom Mortgage records as valid. According to the Fair Credit Reporting Act (FCRA), we must report factual data. Freedom Mortgage does not change credit reporting as a courtesy or facilitate the restoration of credit.

We have enclosed copies of the payment history, previous correspondence sent to you regarding your credit reporting for your review and records.

Freedom Mortgage is obligated by federal law to provide timely and accurate credit reporting with regard to loan status, payment history, and loan information. The contractual obligations are to make full monthly payments on the first of each month. Payments received after the month in which they are due will be reported to the credit bureaus accordingly. The information reported to the four major credit bureaus properly reflects your payment history and loan information. We are, therefore, unable to make changes to the reported information.

You can access your loan information 24 hours a day, seven days a week by logging on to www.freedommortgage.com or through our automated phone system at (855) 690-5900. If you need to speak with a Customer Care Representative, please call Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time.

Sincerely,

Customer Care Team
Freedom Mortgage Corporation

Enclosure



157140-C0176744-0 [PAG.0] [DOC 27.0/28 Id.38062075]

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

## 3.1 FREEDOM MORTGAGE

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx | Reported Balance | $358,966 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | $376,474 | $375,801 | $375,126 | $375,126 |
| 2023 | $365,269 | $365,269 | $365,269 | $364,538 | $363,850 | $363,160 | $364,391 | $363,697 | $363,002 | $362,305 | $361,607 | $360,896 |
| 2024 | $360,502 | $359,798 | $359,093 | $358,386 | $357,677 | $356,966 | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | $2,272 | $2,272 | $2,272 | $2,272 |
| 2023 | $2,261 | $2,261 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 | $2,366 |
| 2024 | $2,366 | $2,415 | $2,415 | $2,415 | $2,415 | $2,415 | | | | | | |

#### Actual Payment



09/04/24

AKMAL JAMAL GRANT

Account Number ████████

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/28/22 | 04/28/22 | 04/01/21 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 | F |
| 05/05/22 | 05/05/22 | 04/01/21 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | |
| 05/25/22 | 05/25/22 | 04/01/21 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | F |
| 06/07/22 | 06/07/22 | 04/01/21 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | |
| 07/07/22 | 07/07/22 | 04/01/21 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | |
| 08/08/22 | 08/08/22 | 04/01/21 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | |
| 08/10/22 | 08/10/22 | 04/01/21 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | F |
| 08/17/22 | 09/17/22 | 04/01/21 | CASH RECEIPT | 34090.05 | 0.00 | 0.00 | 0.00 | 0.00 | 34090.05 | N |
| 08/22/22 | 08/22/22 | 04/01/21 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.37 | F |
| 08/22/22 | 08/22/22 | 04/01/21 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 435.00 | F |
| 08/22/22 | 08/22/22 | 04/01/21 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1305.00 | F |
| 09/06/22 | 08/17/22 | 05/01/21 | PAYMENT | 0.00 | 645.59 | 996.69 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 06/01/21 | PAYMENT | 0.00 | 647.27 | 995.01 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 07/01/21 | PAYMENT | 0.00 | 648.95 | 993.33 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 08/01/21 | PAYMENT | 0.00 | 650.64 | 991.64 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 09/01/21 | PAYMENT | 0.00 | 652.34 | 989.94 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 10/01/21 | PAYMENT | 0.00 | 654.04 | 988.24 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 11/01/21 | PAYMENT | 0.00 | 655.74 | 986.54 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 12/01/21 | PAYMENT | 0.00 | 657.45 | 984.83 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 01/01/22 | PAYMENT | 0.00 | 659.16 | 983.12 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 02/01/22 | PAYMENT | 0.00 | 660.88 | 981.40 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 03/01/22 | PAYMENT | 0.00 | 662.60 | 979.68 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 04/01/22 | PAYMENT | 0.00 | 664.32 | 977.96 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 05/01/22 | PAYMENT | 0.00 | 666.05 | 976.23 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 06/01/22 | PAYMENT | 0.00 | 667.79 | 974.49 | 630.39 | 0.00 | -2272.67 | N |
| 09/06/22 | 08/17/22 | 07/01/22 | PAYMENT | 0.00 | 669.53 | 972.75 | 630.39 | 0.00 | -2272.67 | N |
| 09/07/22 | 09/07/22 | 07/01/22 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | |
| 09/14/22 | 09/14/22 | 08/01/22 | PAYMENT | 2272.67 | 671.27 | 971.01 | 630.39 | 0.00 | 0.00 | |
| 10/06/22 | 10/06/22 | 08/01/22 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | |
| 10/10/22 | 10/10/22 | 08/01/22 | CASH RECEIPT | 2272.67 | 0.00 | 0.00 | 0.00 | 0.00 | 2272.67 | N |
| 10/10/22 | 09/29/22 | 09/01/22 | PAYMENT | 0.00 | 673.02 | 969.26 | 630.39 | 0.00 | -2272.67 | N |
| 11/08/22 | 09/01/22 | FHA ENMASSE | -258.86 | 0.00 | 0.00 | -258.86 | 0.00 | 0.00 | | |
| 11/15/22 | 11/15/22 | 10/01/22 | PAYMENT | 2272.67 | 674.77 | 967.51 | 630.39 | 0.00 | 0.00 | |
| 11/15/22 | 11/15/22 | 11/01/22 | PAYMENT | 2261.59 | 676.53 | 965.75 | 619.31 | 0.00 | 0.00 | |
| 11/15/22 | 11/15/22 | 11/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | F |

B= *Buydown/Subsidy*        F= *Fee Payment*        L= *Late Charges*        N= *Unapplied*



FREEDOM MORTGAGE®

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

ELECTRONIC ONLY STATEMENT

## Mortgage Statement
Statement Date 09/14/23

### Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday – Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

**Loan Number** [redacted]

Payment Due Date  10/01/23

### Amount Due** $2,366.94
If payment is received after 10/16/23, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

2-807-00812-0012499-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

### Account Information

| | |
|---|---|
| Outstanding Principal | $363,002.83 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $4,854.75 |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $696.96 |
| Interest | $945.32 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$2,366.94** |

### Transaction Activity  (08/15/23 - 09/14/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 09/05/23 | 08/01/23 | 09/05/23 | $253.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 09/14/23 | 09/01/23 | 09/14/23 | $2,366.94 | $947.13 | $695.15 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED
FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT
CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $695.15 | $4,188.79 |
| Interest | $947.13 | $5,709.89 |
| Escrow (Taxes and Insurance) | $724.66 | $4,347.96 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $65.69 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$2,366.94** | **$14,312.33** |

*Partial Payments: Any funds received that are less than a full periodic
payment may be applied to your account, promptly returned to you, or held
in a non-interest bearing account until enough funds are received to apply
to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

### Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR
ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED
BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS
GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT
INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT
TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF
THE DEBT FROM YOU PERSONALLY.

**This balance represents the known Amount Due as of the printing of this
statement. If you are delinquent, this balance may not represent full
reinstatement of your obligation. Please contact us regarding your up-
to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

FREEDOM MORTGAGE®

LOAN NUMBER: [redacted]          AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

### Amount Due

| | |
|---|---|
| Due By 10/01/23: | $2,366.94 |
| $65.69 late fee will be charged after 10/16/23 | |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Charge | $ . |
| **Total Amount Enclosed $** | . |

Make check payable to Freedom Mortgage

☐  To change mailing address and/or contact information,
check here and complete form on back.



## Additional Info

The original amount of this account was $383,374



## Contact Info

Address                                           11988 EXIT 5 PKWY,
                                                  FISHERS IN 46037



## Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

Completed investigation of FCRA dispute - consumer disagrees.

### Feb 2024 to May 2024

Account information disputed by consumer (Meets requirement
of the Fair Credit Reporting Act).

### Jan 2024, Dec 2022

## Reinvestigation Info

This item was updated from our processing of your dispute in Jan
2023.

# NAVY FEDERAL CR UNION



## Account Info

| | |
|---|---|
| Account Name | NAVY FEDERAL CR UNION |
| Account Number | ████XXXXXXX |
| Account Type | Secured Loan |
| Responsibility | Individual |
| Date Opened | 05/13/2024 |
| Status | Open/Never late. |
| Status Updated | Jul 2024 |
| Balance | $6,369 |
| Balance Updated | 07/31/2024 |
| Recent Payment | $140 |
| Monthly Payment | $140 |



Between Aug 2022 and Jun 2024, your credit limit/high balance was $13,600

## Contact Info

| | |
|---|---|
| Address | PO BOX 30939, SALT LAKE CITY UT 84130 |
| Phone Number | (800) 347-2683 |

# FREEDOM MORTGAGE CORP

**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | FREEDOM MORTGAGE CORP |
| Account Number | XXXX |
| Account Type | FHA Mortgage |
| Responsibility | Individual |
| Date Opened | 02/26/2021 |
| Status | Open. |
| Status Updated | Dec 2023 |
| Balance | $356,966 |
| Balance Updated | 06/30/2024 |
| Recent Payment | $2,481 as of 6/26/2024 |
| Monthly Payment | $2,415 |
| Original Balance | $383,374 |
| Highest Balance | - |
| Terms | 30 Years |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – | – |
| 2023 | ✓ | 30 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 90 | ✓ |
| 2022 | – | – | – | – | – | – | – | – | ✓ | 30 | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |

**Payment history guide**

90 days past due as of Nov 2023



## Phone Numbers

| | | |
|---|---|---|
| **(859) 948-3235** | **(859) 230-0952** | **(859) 272-7790** |
| Cellular | Cellular | Residential |

## Notices

This address has pertained to a business: 142 WATERVALE DR ST AUGUSTINE FL 32092.

ENGINEERING-MANAGEMENT SERVICE: 142 WATERVALE DR, ST AUGUSTINE, FL, 32092.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## AFFIRM INC



### Account Info

| | |
|---|---|
| Account Name | **AFFIRM INC** |
| Account Number | **████XXX** |
| Account Type | **Unsecured** |
| Responsibility | **Individual** |
| Date Opened | **05/28/2024** |
| Status | **Open/Never late.** |
| Status Updated | **Jul 2024** |
| Balance | **$168** |
| Balance Updated | **07/03/2024** |
| Recent Payment | **$35 as of 6/28/2024** |
| Monthly Payment | **$35** |
| Original Balance | **$199** |
| Highest Balance | **-** |
| Terms | **6 Months** |



# EXHIBIT 32

*** 417189327-028 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

08/21/2024



**Information for Good.**



PKIX3200100467-I004461-215773073

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE, FL 32092-1768

Dear AKMAL JAMAL GRANT,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   • Review relevant information we sent them, including any provided documents
   • Investigate your dispute and verify whether the information they report is accurate
   • Provide us a response to your dispute and update any other information
   • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

File Number:   417189327          Page 2 of 6
Date Issued:   08/21/2024

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field.  If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results**.

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months.  On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data:  Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

**File Number:** 417188327
**Date Issued:** 08/21/2024

Page 3 of 6

## Rating Key

Your accounts may also include up to 84 months of rating information. Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors.  This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | | | | | | | | | |
|-----|---|----|----|----|----|----|----|----|----|----|----|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

0046702005/0000-PK0032001000457

**File Number:** 417189327
**Date Issued:** 08/21/2024

Page 4 of 6

## TransUnion Credit Score
AKMAL JAMAL GRANT



**YOUR CREDIT SCORE**

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>08/21/2024 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than —% of the nation's population. |

### Summary
You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

August 7, 2024

Akmal Jamal Grant
142 Watervale Dr.
Saint Augustine, FL 32092
DOB: ██████
SSN: ██████
ag562y@gmail.com
██████3235

Experian
P.O. Box 9701
Allen, TX 75013

Dear Sir of Madam:

I am writing to dispute the following information in my Experian credit report. I have enclosed a copy of the pertinent pages of the report for your review.

The report reflects a Freedom Mortgage account (account no. ██████***). Freedom Mortgage owns and services my mortgage. The report inaccurately states that I was past due 30 days in February 2023, 60 days from March 2023, through October 2023, and 90 days in November 2023. This is not accurate.

In August 2022 the Florida Department of Economic Opportunity awarded me assistance with my mortgage payments providing me with payments to catch up on my mortgage due to a forbearance I had previously and to cover payments moving forward for 7 months. When that assistance stopped I began making payments again. I'm attaching my mortgage statement dated 09/14/2023 as an example. That statement shows that I was not behind and was making payments. In December 2023 Freedom Mortgage informed me that the DEO had paid more than it should have and clawed back some money from Freedom. As soon as Freedom informed me of that I paid that money to Freedom immediately. In any event, I was not late during these months.

The inaccurate reporting of a balance which I do not owe has already negatively affected my credit worthiness.

Please reinvestigate this matter and delete this item as soon as possible.

Sincerely,


Akmal Jamal Grant
Enclosures: Credit report and mortgage statement.

File Number:   417189327
Date Issued:   08/21/2024

Page 6 of 6

In the preceding pages we have provided details on the results of our investigation. **If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a note of 100 words or less describing your situation or why you disagree with the results, and we will add this statement to your report. Anyone who views your report will see this statement. Please know that if you include any medical information in your statement, this means you're giving TransUnion permission to include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report you may dispute with the company that reported it using the contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any other information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau (www.consumerfinance.gov/complaint) or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicable) for any other purpose.

**A Note on Inquiries**
An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Should You Wish to Contact TransUnion

Please have your TransUnion **FILE NUMBER** available.  Your unique **FILE NUMBER** is located at the top of each page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit:  www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at
http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

#### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your

express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW,<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580          (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and<br>Consumer Protection<br>National Center for Consumer<br>and Depositor Assistance<br>Federal Deposit Insurance<br>Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of  Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580          (877) 382-4357 |

# EXHIBIT 33



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
FREEDOM MORTGAGE® DALLAS, TX 75261-9063

ELECTRONIC ONLY STATEMENT

**Mortgage Statement**
Statement Date 09/14/23

2-807-00812-0012499-001-000-000-000-000

AKMAL JAMAL GRANT
142 WATERVALE DR
SAINT AUGUSTINE FL 32092-1768

## Contact Information

| | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| Loan Number | |
|---|---|
| Payment Due Date | 10/01/23 |

**Amount Due**\*\* **$2,366.94**
If payment is received after 10/16/23, $65.69 late fee will be charged.

Property Address: 142 WATERVALE DR
SAINT AUGUSTINE FL 32092

## Account Information

| | |
|---|---|
| Outstanding Principal | $363,002.83 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $4,854.75 |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $696.96 |
| Interest | $945.32 |
| Escrow/Impound (for Taxes and/or Insurance) | $724.66 |
| **Regular Monthly Payment** | **$2,366.94** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**\*\* | **$2,366.94** |

## Transaction Activity (08/15/23 - 09/14/23)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 09/05/23 | 08/01/23 | 09/05/23 | $253.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 09/14/23 | 09/01/23 | 09/14/23 | $2,366.94 | $947.13 | $695.15 | $724.66 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $695.15 | $4,188.79 |
| Interest | $947.13 | $5,709.89 |
| Escrow (Taxes and insurance) | $724.66 | $4,347.96 |
| Fees\*\* | $0.00 | $0.00 |
| Late Charges | $0.00 | $65.69 |
| Partial Payment Unapplied\* | $0.00 | $0.00 |
| **Total** | **$2,366.94** | **$14,312.33** |

\*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
\*\*Amounts listed here will include other/optional products, if applicable.

## Important Messages

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

\*\*This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

FREEDOM MORTGAGE®

LOAN NUMBER:                 AKMAL JAMAL GRANT

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

Internet Reprint

## Amount Due

| Due By 10/01/23: | $2,366.94 |
|---|---|
| $65.69 late fee will be charged after 10/16/23 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| **Total Amount Enclosed $** | |

Make check payable to Freedom Mortgage

☐ To change mailing address and/or contact information, check here and complete form on back.

10:35   .ıll  5G 🔋

< **Account Details**

**Experian Credit Report**
As of:  **Today**

If you want to see your full payment history, log in using a web browser.

| | | | |
|---|---|---|---|
| 10/24 | 09/24 | 08/24 | 07/24 |
| 06/24 | 05/24 | 04/24 | 03/24 |
| 02/24 | 01/24 | 12/23 | 11/23 |
| 10/23 | 09/23 | 08/23 | 07/23 |
| 06/23 | 05/23 | 04/23 | 03/23 |
| 02/23 | 01/23 | 12/22 | 11/22 |

**Dispute account**

# EXHIBIT 34



# CREDIT REPORT

---

**AKMAL GRANT**

**Report Confirmation**

**4777619143**



**Dear AKMAL GRANT:**

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
    **https://www.equifax.com/personal/credit-report-services/credit-dispute/**
- Please mail the dispute information to:
    **Equifax Information Services LLC**
    **P.O. Box 740241**
    **Atlanta, GA 30374**
- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Oct 03, 2024 |
| **Credit File Status** | No fraud indicator on file |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 8 Years, 2 Months |
| **Length of Credit History** | 24 Years, 11 Months |
| **Accounts with Negative Information** | 7 |
| **Oldest Account** | DISCOVER BANK (Opened Nov 29, 1999) |
| **Most Recent Account** | AMERICAN EXPRESS (Opened Jul 11, 2024) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 7 | 5 | $10,218 | $18,914 | $29,132 | 35.0% | $213 |
| Mortgage | 1 | 1 | $356,253 | $27,121 | $383,374 | 93.0% | $2,415 |
| Installment | 3 | 3 | $50,100 | $10,306 | $60,406 | 83.0% | $1,274 |
| Other | | | | | | | |
| Total | 11 | 9 | $416,571 | $56,341 | $472,912 | 35.0% | $3,902 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 3 Items Found |
| **Inquiries** | 78 Inquiries Found |
| **Most Recent Inquiry** | CREDIT KARMA, INC. Oct 01, 2024 |
| **Public Records** | 0 Records Found |
| **Collections** | 0 Collections Found |

EQUIFAX     AKMAL GRANT I Oct 03, 2024     Page 3 of 73

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

| September 2023 | October 2023 | November 2023 | December 2023 | January 2024 | February 2024 |
|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>$360,896 | **Balance**<br>$360,502 | **Balance**<br>$359,798 |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>$0 | **Past Due**<br>$0 | **Past Due**<br>$0 |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>$11,834 | **Amount Paid**<br>$0 | **Amount Paid**<br>$2,415 |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>$2,366 | **Scheduled Payment**<br>$2,366 | **Scheduled Payment**<br>$2,415 |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>DRC | **Remarks**<br>DRC | **Remarks**<br>DRC |
| **Rating**<br>60 | **Rating**<br>60 | **Rating**<br>90 | **Rating**<br>OK | **Rating**<br>OK | **Rating**<br>OK |

| March 2024 | April 2024 | May 2024 | June 2024 |
|---|---|---|---|
| **Balance**<br>$359,093 | **Balance**<br>$358,386 | **Balance**<br>$357,677 | **Balance**<br>$356,966 |
| **Past Due**<br>$0 | **Past Due**<br>$0 | **Past Due**<br>$0 | **Past Due**<br>$0 |
| **Amount Paid**<br>$2,415 | **Amount Paid**<br>$2,496 | **Amount Paid**<br>$2,481 | **Amount Paid**<br>$2,481 |
| **Scheduled Payment**<br>$2,415 | **Scheduled Payment**<br>$2,415 | **Scheduled Payment**<br>$2,415 | **Scheduled Payment**<br>$2,415 |
| **Remarks**<br>DRC | **Remarks**<br>DRC | **Remarks**<br>DRC | **Remarks**<br>DRC |
| **Rating**<br>OK | **Rating**<br>OK | **Rating**<br>OK | **Rating**<br>OK |

Total Month

**NAVY FEDERAL CR UN███████****

## Account Information

**Address**                                   POB 3700 MERRIFIELD, VA 22119

**Phone**                                     (800) 914-9494

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |

### Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     | $4,278 | $4,278 |
| 2023 | $0  |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     | $0  |     |     |     |     |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2023 | ✔ | 30 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 90 | ✔ |
| 2022 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | 30 | ✔ | ✔ |
| 2021 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |

| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ▨No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $383,374 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit |  | Account Type | MORTGAGE |
| Terms Frequency | MONTHLY | Term Duration | 30 YEARS |
| Balance | $356,253 | Date Opened | Feb 26, 2021 |
| Amount Past Due | $0 | Date Reported | Aug 14, 2024 |
| Actual Payment Amount | $2,481 | Date of Last Payment | Jul 2024 |

| Date of Last Activity | | Aug 2024 | Scheduled Payment Amount | | $2,415 |
|---|---|---|---|---|---|
| Months Reviewed | | 34 | Delinquency First Reported | | |
| Activity Designator | | | Creditor Classification | | UNKNOWN |
| Deferred Payment Start Date | | | Charge Off Amount | | |
| Balloon Payment Date | | | Balloon Payment Amount | | |
| Loan Type | Federal Housing Administration Real Estate Mortgage | | Date Closed | | |
| Date of First Delinquency | | | | | |

## Comments

Consumer disputes after resolution

Real estate mortgage

Fha mortgage

## Contact

FREEDOM MORTGAGE
11988 EXIT 5 PRKWY BLDG 4
Fishers, IN  46037-7939
(317) 537-3748