**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AKMAL GRANT,

    Plaintiff,

vs.                                                      Case No.: 3:24-cv-01182-BJD

FREEDOM MORTGAGE CORPORATION,
TRANS UNION LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION**
**SERVICES, LLC AND FREEDOM MORTGAGE CORPORATION**

COMES NOW the Plaintiff, AKMAL GRANT, by and through undersigned counsel, and pursuant to Local Rule 3.09, United States District Court, Middle District of Florida, hereby gives notice to the clerk, parties, and their counsel that a settlement has been reached between Plaintiff and Defendants, FREEDOM MORTGAGE CORPORATION ("FREEDOM") and EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX"). Plaintiff and FREEDOM and Plaintiff and EQUIFAX are in the process of finalizing the respective settlement documents and expect to submit a dismissal of this case as to FREEDOM and EQUIFAX shortly. The case shall remain pending as to co-Defendant, EXPERIAN INFORMATION

SOLUTIONS, INC. This matter has already been resolved as to TRANS UNION LLC.

Dated this 9th day of January 2025.   Respectfully submitted,

/s/ Ryan G. Moore
Ryan G. Moore, FBN: 70038
First Coast Consumer Law
476 Osceola Avenue
Jacksonville Beach, FL 32250-4082
P: (904) 242-7070
F: (904) 513-9280
ryan@beacheslaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this 9th day of January 2025 a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Ryan G. Moore