**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AKMAL GRANT,

    Plaintiff,

vs.                             Case No.: 3:24-cv-01182-BJD

FREEDOM MORTGAGE CORPORATION,
TRANS UNION LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE
## OF TRANS UNION LLC ONLY

COMES NOW the Plaintiff, AKMAL GRANT, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby dismisses Plaintiff's claims against Defendant, TRANS UNION LLC, with prejudice, with each side to bear their own costs and attorney's fees. The case shall remain pending as to co-Defendants, FREEDOM MORTGAGE CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC.

Dated this 4th day of February 2025.   Respectfully submitted,

                                      /s/ Ryan G. Moore_____
                                      Ryan G. Moore, FBN: 70038
                                      First Coast Consumer Law
                                      476 Osceola Avenue

        Jacksonville Beach, FL 32250-4082
        P: (904) 242-7070
        F: (904) 513-9280
        ryan@beacheslaw.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this 4th day of February 2025 a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        /s/ Ryan G. Moore