UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AKMAL GRANT,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 3:24-cv-1182-BJD-SJH

FREEDOM MORTGAGE CORPORATION,
TRANS UNION LLC, EXPERIAN
INFORMATION SOLUTIONS, INC. and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Dismissal With Prejudice of Trans Union LLC Only (Doc. No. 30; Notice) filed on February 4, 2025. In the Notice, Plaintiff requests a dismissal of her case as to Trans Union LLC with prejudice. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1.　Plaintiff's case as to Trans Union LLC is **DISMISSED with prejudice**.

2.　Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate Defendant Trans Union LLC from the Court docket.

**DONE** and **ORDERED** in Jacksonville, Florida this 5TH day of February, 2025.

_____
BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*