## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

AKMAL GRANT,

      Plaintiff,

v.                                                Case No.: 3:24-cv-1182-BJD-SJH

FREEDOM MORTGAGE CORPORATION,
TRANS UNION LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

      Defendants.
_____/

## O R D E R

**THIS MATTER** comes before the Court on the Notice of Settlement as to Experian Information Solutions, Inc. (Doc. 33; Notice) filed on February 7, 2025. In the Notice, Plaintiff advises the Court that a settlement has been reached between Plaintiff and Defendant Experian and the parties are working to finalize the settlement. See Notice at 1.

In light of the foregoing, it is

**ORDERED:**

1. Plaintiff and Defendant Experian Information Solutions, Inc. shall file on or before **April 8, 2025,** a joint stipulated form of final order or judgment as to the claims raised against Defendant Experian.

2. If Plaintiff and Defendant Experian Information Solutions, Inc. have not so stipulated or moved the Court for an extension of time within which to do so by the **April 8, 2025** deadline, Plaintiff's claims against Defendant Experian will automatically be dismissed without prejudice.

**DONE** and **ORDERED** in Jacksonville, Florida this __28th__ day of February, 2025.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*