UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AKMAL GRANT,

    Plaintiff,

v.

                                  Case No.: 3:24-cv-1182-BJD-SJH

EXPERIAN INFORMATION
SOLUTIONS, INC. and EQUIFAX
INFORMATION SERVICES LLC,

    Defendants.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the Stipulation of Dismissal with Prejudice of Equifax Information Services, LLC (Doc. No. 37; Stipulation) filed on April 7, 2025. In the Stipulation, Plaintiff dismisses her claims against Defendant, Equifax Information Services, LLC with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's case as to Equifax Information Services, LLC is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

- 2 -

3. The Clerk of the Court is directed to terminate Defendant Equifax Information Services, LLC from the Court docket.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of April, 2025.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*